IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NUMBER 4:14-CV-00046-JHM

KEVIN LEE PERRY, Individually, and as Administrator          PLAINTIFFS
of the Estate of MADONNA G. PERRY, Deceased
N.P., minor, by his father and next friend, KEVIN PERRY; and
ANDREA SMITH BUTLER

vs.

OWENSBORO HEALTH, INC. f/k/a
OWENSBORO MEDICAL HEALTH SYSTEM, INC.          DEFENDANT
.

## NOTICE OF REMOVAL

Defendant, Owensboro Health, Inc. f/k/a Owensboro Medical Health System, for its notice of removal of this action, states as follows:

1. In this Notice of Removal, Defendant, Owensboro Health, Inc., ("Defendant") exercises its rights under the provisions of 28 U.S.C. §1441 and §1446 to remove this action from the Circuit Court of Daviess County, Kentucky, to this Court.

2. In their Third Amended complaint, Plaintiffs have alleged that Defendants violated 42 U.S.C. §1395, the "Emergency Medical Treatment and Active Labor Act" (EMTALA). These allegations raise a federal question which gives this Court original jurisdiction pursuant to 28 U.S.C §1441(a).

3. Plaintiff originally commenced this action on October 28, 2010 by filing a Complaint in the Circuit Court of Daviess County, Kentucky alleging negligence on the part of Defendant. Additionally, Plaintiff alleged negligence on the parts of Charles F. Hobelmann, III, MD, David A. Dwyer, MD, Emergency Physician

Groups, PSC; Thomas E. Sonnanstine, IV, MD, and Central Kentucky Advanced Surgery & Medicine, PSC. All Defendants Answered the Complaint and discovery commenced. A mediation was held on January 3, 2014 and all parties settled their claims, except Defendant. Plaintiff then moved for leave to Amend their Complaint to allege violations of EMTALA and the Motion was granted on April 2, 2014 and the Complaint was deemed as filed at that time. Therefore, because Defendant filed its Notice of Removal within thirty (30) days of service, this Notice of Removal is timely under 28 U.S.C. §1446.

4. Pursuant to the provisions of 28 U.S.C. §1446, Defendant has attached copies of the Daviess Circuit Court Order granting Plaintiff's Motion for Leave to file their Third Amended Complaint, Plaintiffs' Third Amended Complaint and Defendant's Answer to Plaintiffs' Third Amended Complaint.

5. Additionally, Defendant attaches copies of Plaintiff's Original Complaint and Defendant's Answer; Plaintiff's First Amended Complaint, and Defendant's Answer; Defendant's Partial Stipulation of Dismissal; and multiple Agreed Scheduling Orders. Defendant reserves the right to amend and supplement this information as necessary or required by this Court.

6. Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law.

7. This action is not an action described in 28 U.S.C. §1445.

8. A true copy of this Notice of Removal will be filed with the Clerk for the Circuit Court of Daviess County, Kentucky as required by law.

9. By filing this Notice of Removal, Defendant does not waive any defense based upon lack of personal jurisdiction, statute of limitation or improper venue or any other defense.

WHEREFORE, Defendant respectfully requests that this action be removed to this Court and placed on its docket for further proceedings.

This April 29, 2014.

Respectfully submitted,

SHEFFER LAW FIRM, PLLC

 /s/  William K. Burnham, Esq.
Ronald G. Sheffer, Esq.
William K. Burnham, Esq.
101 South Fifth Street, Suite 1450
Louisville, Kentucky 40202
Telephone: (502) 582-1600
Email: rsheffer@kylaw.com
        wburnham@kylaw.com
Facsimile:   (502) 582-1193
ATTORNEYS FOR DEFENDANT, OMHS

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was delivered via first-class U.S. Mail, postage pre-paid, to all of the individuals on the following service list on this April 29, 2014.


   _/s/ William K. Burnham, Esq._____
   Ronald G. Sheffer
   William K. Burnham

SERVICE LIST:

Travis L. Holtrey, Esq.
FOREMAN WATSON HOLTREY, LLP
530 Frederica Street
Owensboro, KY 42301
*Co-Counsel for Plaintiff*


Darron L. Brawner, Esq.
Attorney at Law
2645 Frederica Street – Suite 200
Owensboro, KY 42301
*Co-Counsel for Plaintiff*