# Bluegrass Regional Healthcare, Inc.

BLUEGRASS REGIONAL HEALTHCARE INC
1307 N. MAIN ST.,
BEAVER DAM, KY 42320
Ph : (270)274 9222 - Fax : (270)274 0696

## Initial Visit

| | | | |
|---|---|---|---|
| Name : | PERRY MADONNA G | Date : | 11/06/2009 |
| Provider : | Matthews Susan, Ph.D., APRN, Family Practice | DOB : | |
| SSN : | | Age : | 47 year |
| Address : | 726 W 4TH ST  BEAVER DAM, KY, 42320 | Pri.Ins. : | HUMANA |

### Reason for Visit

PERRY, MADONNA G a 47 year year old Female is here today for abdominal pain.

### History of Present Illness

**Location** : The location of symptoms is in the LUQ  recent incision site has opened with purulent drainage. Had gastric by-pass on 10/28/09;

**Duration** : The duration of symptoms is 1 day(s)  onset today;

**Pain Scale** : The severity is Rates pain 8 /10.

**Associated Signs and Symptoms** : nausea with vomiting, diarrhea and fever;

### Allergies

| Allergic To | Not Allergic To | Allergy Type | Reaction | Remarks |
|---|---|---|---|---|
| NKDA | | | | |

### Vital Signs

BMI:

| Vital Sign | Units | Current Value | Remarks |
|---|---|---|---|
| Temp | Temp | 100.0 Temp | |

### Physical Exam

**Constitutional** : The patient is acutely ill.

**Skin, Hair & Nails** : Drain intact to mid-abdomen. Bloody drainage noted in drain and erythema, edema and purulent drainage noted at LUQ incision site. The area is hot to touch and the incision is open; Examination of the abdominal skin reveals bruising;

### Impression

29794 - PERRY, MADONNA G


EXHIBIT 1

| Diagnosis | | | Procedures | | | | |
|---|---|---|---|---|---|---|---|
| ICD Code | ICD Name | Rank | CPT Code | CPT Name | Modifiers | ICD Code | Units |
| 99883 | NON-HEALING SURGCL WOUND | 1 | 99214 | LEVEL 4-ESTABLISHED PATIENT | | 78060,78701 | 1.00 |
| 78060 | FEVER | 2 | | | | | |
| 78701 | NAUSEA AND VOMITING | 3 | | | | | |
| 78791 | DIARRHEA | 4 | | | | | |

**Plan**

Referrals     OMHS ER:  Spoke with Steve RN at Dr. Sinnastone's office. Dr. Sinnastone was speaking in the background, I was told to send the patient to the local ER, that any surgeon could I&D the area.

Medications     Rocephin 1gm IM given in office and Phenergan 25mg IM given in office.

**Follow up**

No Follow Up

**Injections**

Vitamin B-12 1000mcg IM Lt deltoid  American Regent Lot 9311  Exp 4/2011 (SLM)

**Addendum**

Addendum Date:   11-09-2009

Subject:   Injection

The patient was not given a B-12 injection on 11/6/09. The injection was given on 10/19/09 and is carried over into the EHR automatically.

Provider's Signature: _____   11/07/2009   02:35 PM
                     Matthews, Susan, Ph.D., APRN            Date    Time

Page 2 of 2

20794 - PERRY, MADONNA G