HEALTH INFORMATION FACESHEET

Label ID:NOFACEO

Fac: OMHS
Account Number
Patient Name: PERRY, MADONNA G.                DNA?:                                    Clerk:D. DIEHL
Medical Record #:00103958

Adm Date: 11/06/2009          Adm Time: 13:27              Discharge Date:
Account Type:                 Acct Subtype;               Medical Service: EMERGENCY RO
Source: EMERGENCY DEPARTMENT-DONO    Financial Class: H

OP Attending MD:              Primary Care MD:

FINAL DIAGNOSIS:

OTHER POSTOPERATIVE INFECTION                 990.59
DISRUPTION OF EXTERNAL OPERATION (SURGICAL) WOUND 998.32
BARIATRIC SURGERY STATUS                      V46.86
HYPERTENSION NOS                              401.9
LUMBOSACRAL SPONDYLOSIS                       721.3

OPERATIONS AND NON-SURGICAL PROCEDURES:

CONSULTATIONS:

SIGNED:                                      DATE:.

ATTENDING PHYSICIAN

MEDICAL RECORDS COPY



Fac:OMHS
Account Number:
Patient Name:PERRY, MADONNA  G.
Medical Record #:00103950

**PATIENT REGISTRATION FACESHEET**

OHA?:N
IFO:

Label ID:EFACE

Checked by:_____
Clerk:D. DIEHL

| | | |
|---|---|---|
| Chief Complaint: post op complications | Reg Time: 13:27 | Financial Class: M |
| Reg Date: 11/06/2009 | Acct Subtype: | Medical Service:EMERGENCY RD |
| Account Type:EMERGENCY | | |
| Source:EMERGENCY DEPARTMENT | | |

ED Attending MD:

Referring MD:
MATTHEWS, SUSAN      P9916

PATIENT DEMOGRAPHIC INFORMATION:

MAILING ADDRESS:

EMPLOYER INFORMATION:

Age:47
Sex:F
Marital Status:Married
Race:Caucasian
Religion:Pentecostal Other
Interpreter Required?:Not Applic
POA?:

726 W 4TH STREET
BEAVER DAM KY 42320
County: 183  Ohio
Home Phone:(270)363-3069
Work Phone:
SPOUSE/INSURED INFORMATION:
Name:PERRY KEVIN
DOB:08/09/:

Empl Status:NOT EMPLOYED
Empl:disabled
Addr:

Phone:

GUARANTOR DEMOGRAPHIC INFORMATION:

MAILING ADDRESS:

EMPLOYER INFORMATION:

Name: PERRY, Madonna G.

Sex:r
Relation to Patient:PATIENT

726 W 4TH ST
BEAVER DAM KY 42320
County: 183  Ohio
Home Phone: (270)363-3069

Empl Status: NOT EMPLOYED
Empl:
Addr:

Phone:

EMERGENCY CONTACT INFORMATION:

NEXT OF KIN:

EMER CONTACT:

| | | |
|---|---|---|
| Name: | PERRY Kevin | GOFF Alma |
| Street/PO Box: | 726 W 4TH STREET | 102 ECHOLS CHURCH LANE |
| City/State/Zip: | BEAVER DAM KY 42320 | BEAVER DAM KY 42320 |
| Home Phone: | (270)363-3069 | (270)274-3603 |
| Message Phone: | | |
| Relationship: | HUSBAND | PARENT |

FIRST INSURANCE:

SECOND INSURANCE:

THIRD INSURANCE:

| | |
|---|---|
| Ins Name:Humana Claim Office | Medicare |
| Address:P O BOX 14610 | 9901 Linn Station Road |
| City:    LEXINGTON | Louisville |
| State:   KY | KY |
| Zip Code:40512 | 40223 |
| Insured: PERRY Kevin | PERRY Madonna |
| | 04/19/ |

Policy #:
Group #:
Rel to PT:Spouse
Auth#:

Patient is insured

ACCIDENT DATE: Date:
Place:

Hour:
Natural

Type:

PRINTED BY: U3253
DATE    1/4/2011

P2

Fac: OHIS
Account Number:
Patient Name: PERRY, MADONNA U.
Medical Record #:00103988

HEALTH INFORMATION FACESHEET

Label ID:HDFACEO

DIAG: N

Clerk:D. DIEHL

Adm Date: 11/06/2009
Account Type:
Source: EMERGENCY DEPARTMENT

Adm Time: 19:27
Acct Subtype:
Financial Class: H

Discharge Date:
Medical Service: EMERGENCY RO

OP Attending MD:

Primary Care MD:

FINAL DIAGNOSIS:

OPERATIONS AND NON-SURGICAL PROCEDURES:

11/6/9

0205439

DD

CONSULTATIONS:

SIGNED:

DATE:

ATTENDING PHYSICIAN

PRINTED BY: U3253
DATE    1/4/2011

MEDICAL RECORDS COPY

## OWENSBORO MEDICAL HEALTH SYSTEM
### PATIENT AUTHORIZATION RECORD

1. **CONSENT TO TREATMENT.** I voluntarily consent to care involving routine diagnostic tests, procedures and medical treatment as ordered by my admitting and attending physician. I acknowledge that in life threatening emergencies treatment may include administration of universal donor blood that lacks completion of some compatibility testing. I also agree that, as part of the medical procedures or tests that may be performed during my hospital stay, I may be tested for HIV infection, hepatitis or other blood-borne infectious diseases if a physician orders the test for diagnostic purposes or in the event of exposure to health care personnel. I understand that the use of telemedicine may be used in the course of my treatment and by providing my signature below, I hereby consent to the use of telemedicine in my medical care. I am under the care and supervision of my attending physician and it the responsibility of my physician, not OMHS or its employees, to obtain my informed consent to medical or surgical treatment. No one has guaranteed the results that may be obtained from my care.

2. **OTHER PRACTITIONERS AND HEALTH CARE EDUCATION.** I understand and acknowledge that most physicians furnishing services to me, including, but not limited to, the radiologist, pathologist, anesthesiologist and emergency department physician, as well as residents and medical students, are not employees or agents of OMHS and may be involved in my care. I further understand and agree that there are other health care providers in the Hospital including, but not limited to, certified registered nurse anesthetists, nurse practitioners, registered nurses, physician assistants, physical therapists, occupational therapists, surgical technicians, and psychologists, who may render care to me, and who are NOT employees or agents of the Hospital but who are independent contractors or employees of an independent contractor. I agree that the signing of this document does not in any way imply that OMHS is responsible for or assumes any liability for the activities of any physician or practitioner who is not its employee. As independent contractors, these physicians and other health care providers may bill me separately for their services. I also understand that, from time to time, students in health care occupations, including but not limited to nursing, physical therapy, radiation therapy, and laboratory sciences, may observe and participate in my care at OMHS in a supervised environment and I agree that, by signing this document, I am consenting to such student observation and participation.

3. **PATIENT RIGHTS.** Hospital patients have specific rights under state and federal law. I acknowledge receipt of information concerning patient rights under state law to make decisions about health care, including the right to refuse treatment, to formulate an advance directive, and the transmission and prevention of AIDS and HIV infection. By signing below, I consent to photographing (including still and video photography) of myself or parts of my body as deemed necessary for inclusion in my medical record for patient identification/safety and treatment.

4. **PERSONAL BELONGINGS.** I understand that OMHS shall not be responsible for my personal belongings. If I wish to keep items with me in the hospital, I can ask that they be placed in the hospital safe. OMHS reserves the right to confiscate any illegal substances, paraphernalia, alcoholic beverages, firearms or weapons of any kind located on OMHS property.

5. **USES AND DISCLOSURES OF INFORMATION.** OMHS' Notice of Privacy Practices states how OMHS may use and disclose medical information. OMHS gives patients a copy of the Notice.

6. **ASSIGNMENT OF BENEFITS.** By signing below, I agree to direct payment to OMHS of any third-party benefits otherwise payable to or on my behalf, for the care OMHS provides to me, including emergency services if rendered. Payment to OMHS by a third-party payor shall discharge the payor of any and all obligations under my policy to the extent of such payment. I agree to pay for all charges that are not covered or paid by any third-party payor to the extent allowed by law. If my bill must be turned over to a collection agency, I agree to pay OMHS attorney's fees and collection expenses.

7. **BILLING.** In order to permit OMHS to bill for the services it has provided to me, I agree to furnish or arrange to have furnished to OMHS any and all information needed to process my insurance claim and, if I have no insurance coverage, a signed agreement to make payment arrangements. I authorize OMHS to receive from the Social Security Administration any Medicare eligibility information necessary to process my account. OMHS must receive verification from my insurance company as to the amount of coverage under my policy for hospital services.

8. **FOR MEDICARE RECIPIENTS ONLY.** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration under the Medicare program or its intermediaries or carriers or to the Professional Review Organization any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. My signature below only acknowledges the receipt of "An Important Message from Medicare" from OMHS on the admission date listed below and does not waive any of my rights to request a review or make me liable for payment.

I, _____ (print name), agree that a copy of this patient authorization record may be used in place of the original copy. If I am eligible for TRICARE benefits, I acknowledge that I have received a copy of the "Important Message from TRICARE." I acknowledge that I have read and understood all of the information above and I have had the opportunity to ask questions and have them answered to my satisfaction. I agree to all of the conditions for admission to OMHS described above. If I am not the patient, I certify that I am authorized by law to agree to these conditions of admission on the patient's behalf.

| | | | |
|---|---|---|---|
| 11/4/9 | X _____ | _____ | X _____ |
| Date | Patient/Parent/Guardian/Power of Attorney | Relationship to Patient | Witness |

I, _____ (print name) acknowledge that I have received OMHS' Notice of Privacy Practices.

| | | | |
|---|---|---|---|
| 11/4/9 | X _____ | _____ | X _____ |
| Date | Patient/Parent/Guardian/Power of Attorney | Relationship to Patient | Witness |

If any patient hospitals or HIV status, race, creed, color, national origin, or because of...

00103058  012008337   DOB 04/19/19
PERRY, MADONNA  Q.                              DATE  1/4/2011
                        11/06/2009      DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT

MEDICAL RECORDS

# OWENSBORO MEDICAL HEALTH SYSTEM
## PATIENT AUTHORIZATION RECORD

### LEAVING THE HOSPITAL AGAINST MEDICAL ADVICE

DATE: _____ TIME: _____ THIS WILL CERTIFY THAT _____ A PATIENT IN THIS HOSPITAL HAS BEEN DISCHARGED AGAINST THE ADVICE OF THE ATTENDING PHYSICIAN. NOW THEREFORE, HAVING FULL KNOWLEDGE AND REALIZING THE DANGER THAT MAY RESULT BY REASON OF REMOVAL OF SAID PATIENT, I HEREBY PROMISE AND AGREE TO HOLD OWENSBORO MEDICAL HEALTH SYSTEM, ALL OF ITS OFFICERS AND EMPLOYEES AND THE ATTENDING PHYSICIAN FREE FROM LIABILITY FOR ANY INJURY THAT MAY RESULT DIRECTLY OR INDIRECTLY BY REASON OF SAID REMOVAL.

SIGNED: _____

WITNESS: _____

---

### OMHS USE ONLY

TO BE COMPLETED BY OMHS PERSONNEL IF PATIENT OR REPRESENTATIVE WILL NOT OR CANNOT SIGN ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES AT THE BOTTOM OF PAGE ONE.

PLEASE CHECK THE APPROPRIATE STATEMENT:

EITHER:

_____ PATIENT WAS IN AN EMERGENCY TREATMENT SITUATION DURING FIRST SERVICE DELIVERY, AND THE NOTICE OF PRIVACY PRACTICES WAS PROVIDED AS SOON AS WAS PRACTICABLE. AFTER THE EMERGENCY TREATMENT SITUATION PASSED.

OR:

A GOOD FAITH EFFORT WAS MADE TO OBTAIN AN ACKNOWLEDGEMENT FROM THE PATIENT OR HIS/HER REPRESENTATIVE THAT THE NOTICE OF PRIVACY PRACTICES WAS RECEIVED, BUT (CHECK ONE):

_____ PATIENT OR REPRESENTATIVE REFUSED TO SIGN.

_____ OTHER (LIST REASON WHY ACKNOWLEDGEMENT NOT OBTAINED):

_____
_____
_____
_____

PRINT NAME _____  00103950
PERRY, RADONIA Q.      11/06/2009      OMHS

SIGNATURE _____  PRINTED BY: U0063
                         DATE  1/4/2011


RDY1

## CONSENT FOR RADIOLOGIC PROCEDURE INVOLVING
## ARTERIAL OR INTRAVENOUS CONTRAST AGENTS

I, _Madonna Perry_ _____ (Patient's Name),
acknowledge that my doctor has scheduled an examination that requires an injection of a chemical into
my bloodstream, (sometimes referred to as "contrast agent"), which will provide greater visible detail of
certain organs of my body when viewed by the use of special radiologic equipment, thereby providing
greater information to the physician who will interpret the examination. I have read the information on the
back of this form regarding "Facts Concerning Injection of Contrast Agent", and I understand the risks
involved in this procedure.

I acknowledge that the nature of this procedure and the risks involved have also been explained to
me and all of my questions have been answered to my satisfaction. I also understand that if I have further
questions, I may speak with Dr. _____HULDASON_____ prior to the
injection of the contrast agent.

I hereby certify that (I am) or (I am not) - (circle one), in one of the high-risk categories described
in the information explaining the facts of the use of the contrast agent. If I am in one or more of the high-
risk categories, I have circled the category number(s) which applies to me on the back of this Consent
Form.

I hereby consent to the injection of a contrast agent as part of the radiologic procedure ordered for
me by my physician.

NOTE: The terms "I", "My" and "Me", refer to the patient, regardless of whether this Consent form is
signed by the patient or by the patient's legal representative.

11/6/2009 _____ 1603 _____
Date _____ Time _____

_____
Date _____ Time _____

_Madonna Perry_
Patient or Legally Authorized Representative

_Jewish White RN_
Witness

* Department Staff -
Refer to Special Consent Policy regarding patient's signature.

RDY 1-Pg. 1 of 2   Policy #500RAD-001
Revised 10/30/04

Owensboro
Medical Health System

_Madonna Perry_

PRINTED BY: U3263
DATE   1/4/2011

P.6

## FACTS CONCERNING INJECTION OF CONTRAST AGENT

The injection into the bloodstream of a chemical or "contrast agent" is a procedure frequently used to provide greater visible detail of certain organs of the body when viewed by use of special radiologic equipment. This procedure is normally quite safe, but any injection carries a risk of harm. A patient may occasionally have a mild reaction to the contrast agent and will develop hives or sneezing. It is not uncommon, (approximately 1 out of 1,000 cases), for a serious reaction to occur. Physicians and hospital medical staff are trained to treat these reactions. Rarely, (approximately 1 out of 40,000 cases), death occurs as a result of a contrast injection. This risk is comparable to the risk of death from the administration of common antibiotics.

The patients who are considered to be at greater or higher risk for adverse reactions to contrast include:

1. Patients who have previously had a reaction to contrast which required treatment;

2. Patients with severe asthma or allergies;

3. Patients with severe incapacitating heart disease;

4. Patients with multiple myeloma or sickle-cell disease;

5. Patients with severe kidney disease, particularly caused by diabetes.

If a patient is one of the high risk categories he/she will be injected with a non-ionic or low-osmolar contrast, but if not in a high risk group, a standard conventional ionic contrast agent with a long record of safety and effectiveness is used.

Nurse Progress Notes

11/6/2009 @ 1163 110cc Omnipaque350 hand injected through existing 22g Neylon in ® hand c̄ ø complications for X²p w/wo. IV flushed c̄, 10cc NS flush prior to & post contrast. IV clamped ———— J. Wheel RTCR)


Owensboro
Medical Health System

BDY 1 Pg. 2 of 2  Polley #500RAD-001
Revised 10/30/04
PRINTED BY: U3253
DATE  1/4/2011


Madonna Perry



| 24 | ✦ General Adult ✦ | | ED28 |

**DATE:** ___ **TIME:** 140P ☐ on arrival **ROOM:** M4 ___ EMS notal
**HISTORIAN:** patient  spouse  paramedics ___
___ **HX / EXAM LIMITED BY:** 47F
**TRANSFER FROM:** ___ ☐ see transfer record

## HPI

**chief complaint:** ① _Abdominal wall Hernia_
_Drainage_

**onset / duration:** Today ___ min / hrs / days ago

| timing: | severity: | modifying factors: |
|---|---|---|
| still present | mild | none |
| better | moderate | |
| gone now | severe | |
| worse | (1/10) | |

**context:** Bypass on 10/20 Now ___ ___ incision & drainage ___ ___ upper abdom

R/C

Bruising ___ sharp pain ___ ① side
② Drainage

**quality:** ___

**location:** ___

**Recent trauma** ___

**Similar symptoms previously** ___

**Recently seen / treated by doctor / hospitalized** Sommerstine 502-867-3303

© 1996 - 2008 T-System, Inc. Circle or check affirmatives; backslash (\) negatives.

Owensboro
Medical Health System
EMERGENCY PHYSICIAN RECORD: U3253
DATE: 1/17/2011

## ROS

**CONST**
fever / chills
sweating
recent illness
weakness / weight loss
**EYES / ENT**
problems with vision
sore throat
nasal drainage
**CVS / RESP**
chest pain
shortness of breath
cough
**GI / GU**
abdominal pain
nausea / vomiting
diarrhea
black stools
problems urinating
LMP ___ preg  post-menop

**MS / SKIN / LYMPH**
calf / leg pain
neck / back pain
joint pain
leg / ankle swelling
rash
swollen glands

**NEURO / PSYCH**
headache
fainting
dizziness
tingling
numbness
difficulty walking
difficulty with speech
anxiety / depression

all sytoms neg except as marked

## PAST HX

cardiac disease
A-fib  angina  CHF  AMI
hypertension
renal disease
kidney stones
asthma / COPD
___ labs reviewed by ER physician
___ old records ordered / summary

hepatitis / HIV
pancreatitis / peptic ulcer
diabetes  Type 1  Type 2
diet / oral / insulin
CVA / TIA  deficit
seizure disorder

**Surgeries / Procedures** ___ none
cardiac bypass / stent ___ endoscopy upper / lower
cholecystectomy ___ hysterectomy / BTL / C-section
CT/MRI / ECHO
Gastric bypass

**Immunizations:** influenza / pneumovax  UTD / referred to PCP
**Medications** none  see nurses note
aspirin  coumadin  clopidogrel  NSAID
**Allergies** NKDA
see nurses note

**SOCIAL HX** smoker ___ drugs ___
alcohol (recent / heavy / occasional) ___ occupation ___

**FAMILY HX** negative

0010395B ___ R F 47
PERRY, MADONNA D, 11/06/2009
OMHO

P 8

100³  141/74  114   28  WW/m

☑ Nursing Assessment Reviewed    ☑ Vitals Reviewed

## PHYSICAL EXAM

**General Appearance**
mild / moderate / severe distress
ambient / lethargic
no acute distress
alert

**HENT:**
eyes nml inspection
ENT inspection nml
pharynx nml
no signs of dehydration

scleral icterus / pale conjunctivae
EOM palsy / anisocoria
purulent nasal drainage
pharyngeal erythema / exudate
oral lesions / dry mucous membranes

**NECK**
nml inspection
thyroid nml

thyromegaly / lymphadenopathy
stiff neck / Kernig's / Brudzinski's sign
carotid bruit
see diagram

**RESPIRATORY**
chest non-tender
no resp. distress
breath sounds nml

wheezes / rales / rhonchi

**CVS**
reg. rate & rhythm
no murmur
no gallop

irregularly irregular rhythm
extrasystoles (occasional / frequent)
tachycardia / bradycardia
PMI displaced laterally
JVD present / gallop (S3 / S4)
murmur   grade   /6  sys / dias
friction rub
decreased pulses
R/L  carotid   fem   dors ped

r = conference
g = guarding
R = rebound
m = mild
mod = moderate
s = severe

**ABDOMEN**
nontender
no organomegaly
nml bowel sounds
no distension

tenderness / guarding / rebound
hepatomegaly / splenomegaly / mass
nml bowel sounds
bruit

**RECTAL**
nontender
heme neg stool
control done

black / bloody / heme pos. stool
tenderness / mass / nodule
heme pos, stool / control done

**BACK**
nml inspection

CVA tenderness

**SKIN**
no embolic lesions
color nml, no rash
warm, dry

cyanosis / diaphoresis / pallor
skin rash
decubitus

**EXTREMITIES**
non-tender
full ROM
nml appearance
no pedal edema

pedal edema
calf tenderness
joint swelling
Homan's sign / cords

**NEURO / PSYCH**
oriented x3
CN's nml (2-12)
motor nml
sensation nml
mood / affect nml

disoriented to person / place / thing
weakness / sensory loss (see diagram)
slurred / abnml speech
depressed mood / affect

## LABS

**CBC**
normal except
WBC
Hgb.
Hct
Platelets
segs
bands

**Chem/24 hour**
normal except
Na
CO2
Glu.
BUN
Creat.

CK
CKMB
Troponin
PT/PTT
INR
Amylase
Lipase

**UA**
normal except
blood x
urine

Labs reviewed by ER physician

## EKG & XRAYS

**RHYTHM STRIP** NSR   Rate

EKG   NML   ☐ Interp. by me   ☐ Reviewed by me   Rate
NSR   nml intervals   nml axis   nml QRS   nml ST/T

not changed from _____   repeat EKG _____ unchanged /

CXR   ☐ Interp. by me   ☐ Reviewed by me   ☐ Dicsed w/ radiologist
nml/NAD   no infiltrates   nml heart size   nml mediastinum

Other

## PROGRESS

Time   unchanged d   Improved   re-examined

antibiotics given
• CP/AMI - EKG / ASA / β-blocker / thrombolytics / PCI / transfer
• CAP - SaO2 / VS / NSE / antibiotic / bld pathogen / CXR or CT / transfer
• Syncope/OVA - EKG / t-PA

Consulted with Dr.
will see patient in ED / hospital / office
Counseled patient / family regarding:
lab / rad. results changed, used for follow-up
CRIT CARE TIME (excluding separately billable procedures)

additional history from
family caretaker paramedics
tox given

## CLINICAL IMPRESSION

• Acute MI                      • CVA
• Chest Pain                    • hemorrhagic  non-hemorrhagic
precordial / painful respiration    • Pneumonia
chest wall / discomfort         • Syncope
tightness / pressure / angina

☐ Template Complete   ☐ See Addendum (Dictated / Template II _____
☐ F/P interaction with HPI   ☐ History   Exam   Review of findings / plan
**DISPOSITION**   ☐ Home   ☐ Transferred   ☐ No EKG
☐ Inpatient   ☐ obs   FCA decubitus / UTI (obs)
☐ Discharged with instructions
off _____ days. Light duty _____ days  Referral to _____  Recheck _____ days
**CONDITION**   ☐ unchanged  ☐ Improved  ☐ Stable

Care transferred to Dr. _____

⊕ Quality Measure Initiative

00263258
PERRY, MARONIA G.
11/05/2009
OHID

B P 47

General Adult-2

DATE   1/4/2011

REGISTERED-RM-U3258

**ER74**

## EMERGENCY DEPARTMENT FLOW SHEET

ESI Level | 1 | 2 | 3 | 4 | 5

### PRIMARY NURSING ASSESSMENT

| | | | |
|---|---|---|---|
| NEURO | WNL | Loss of Cons _____ OCS 4/145 _____ MAE | |
| | | Pupil: L _____ mm reaction _____ Weakness _____ | |
| | | R _____ mm reaction _____ Other _____ | |
| | | NIH Stroke Scale _____ | |
| | | Visual Acuity OS _____ OD _____ | |
| RESP | No distress | Non-labored   Nasal Congestion | |
| | | Short of Breath   Stridor   Retractions   Accessory Muscles | |
| | | Breath sounds:   Clear   Rales   Rhonchi   Wheezes | |
| | | Diminished   Absent | |
| | | Cough - Productive + - color _____ | |
| CV | N/A | Rhythm   NSR _____ Pain Location _____ | |
| | | Skin   Normal/Warm/Dry   Other _____ | |
| | | Edema: None   Other _____ | |
| | | ORTHOSTATIC   Lying   HR _____ P _____ | |
| | | Standing   BP _____ P _____ | |
| ABD | WNL | Nausea   Emesis   Diarrhea   Dysuria | |
| | | Non-tender   Tender   Vag. Discharge | |
| | | Distended   Firm   HPT _____ | |
| | | Bowel sounds + - _____ Last UM _____ | |
| EXT | WNL | Moves all well   CMSI   Intact   Altered | |
| | | Deformity _____ Edema   Weakness | |
| | | PULSES   LUB _____ LLB _____ Cap refill _____ | |
| | | RUB _____ RLB _____ Cap refill _____ | |
| | | Denny Brown   RUB _____ RLB _____ LUB _____ LLB _____ | |
| PEDS | N/A | Appetite _____ Last Wet diaper _____ | |
| | | Immunizations: UTD _____ other _____ | |
| | | Trunk cap refill _____ | |
| ABUSE/ NEGLECT SCREEN | | Is there evidence of neglect/abuse?   Yes   No | |
| | | For any "Yes" complete DSSHS and notify the appropriate DSS agency. | |
| | | Describe "Yes" answer in Nurses' Notes below. | |
| SUICIDE PRECAUTIONS DOCUMENTATION   N/A | | Search reason provided to patient   Result of search _____ | |
| | | Verbal agreement obtained by patient | |
| | | Search reduced security performed "visual" search | |

| TIME | INITIAL | PROCEDURES AND THERAPIES INITIATED | |
|---|---|---|---|
| | | Oxygen _____ SAO2 _____ | |
| | | Monitor _____ Rhythm _____ | |
| | | EKG _____ | |
| | | Respiratory Treatment _____ | |
| | | Behavioral Health Access _____ | |
| | | Labs Drawn _____   With IV Start   Per Lab | |
| | | U/A   CC   In and Out Cath   From Foley Cath | |
| | | ABG/By _____ Site _____ | |
| | | Accucheck _____ | |
| | | NG (Size) _____ Type _____ (Site) _____ | |
| | | Return _____ | |
| | | Foley Cath (Size) _____ (Return) _____ | |
| | | X-Rays _____   Portable | |
| | | C/O X-Ray _____   Flattened | |
| | | C/O US _____   Returned | |
| | | C/O US _____   Returned | |

| | | | |
|---|---|---|---|
| SKIN/ WOUND | INTACT | Description _____ | |
| | | Location _____ Time _____ | |
| | | Length/Size _____ Bleeding _____ | |
| | | Distal pulses _____ | |
| | | Redness _____ | |
| | | Abrasion _____ | |

FALL RISK   limited mobility   altered mental status   dizziness/syncope
Fall Risk   Yes _____ No _____ (If yes, initiate fall precautions)
 Call light within reach
 Family at bedside
 Side rails up x 2
 Bed lowest position

RN SIGNATURE: _____

| | | | |
|---|---|---|---|
| Disposition | Security @ bedside | Witness 1 _____ | |
| Family | Room mode | | |
| Contraband | info | Witness 2 _____ | |
| PI valuables | | | |

| TIME | BP | P | R | TEMP | SAO2 | PAIN SCALE | CGS | ETCO2 | ONGOING ASSESSMENT | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1390 | 133/ 81 | | | | | | | | *(handwritten notes)* | |
| | | | | | | | | | | |
| | | | | | | 4 | 15 | | | |
| | | | | | | | | | | |
| | | | | | | 4 | 15 | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| PATIENT DISPOSITION | SBAR Report | Notified: | |
| Discharged | Transport with: | Family | |
| Admitting Room # _____ | IV   Pulse Ox | Police | |
| Report Called To _____ | O2   PAN | Social Services | |
| Time to Room _____ | Monitor | Other _____ | |
| | | Adjust pkg form | |

RN SIGNATURE _____

PRINTED BY: _____

ER74   REV. 4/09 Form 76001-072  Page 1 of 1
White - chart   Card - Physician  Pink   4/27/2011

0010399U
PERRY, RAMONA Q.                     N F 47
                                     11/06/2009
                                     OHIO

Owensboro Medical Health System

ER55A

| M O N I T O R | S T R I P | EYES OPEN<br>☐ 4 SPONTANEOUSLY<br>☐ 3 VERBAL COMMAND<br>☐ 2 TO PAIN<br>☐ 1 NO RESPONSE | MOTOR RESPONSE<br>☐ 6 OBEYS COMMANDS<br>☐ 5 LOCALIZES PAIN<br>☐ 4 WITHDRAWAL PAIN<br>☐ 3 FLEXION (PAIN)<br>☐ 2 EXTENSION (PAIN)<br>☐ 1 NONE | VERBAL RESPONSE<br>☐ 5 ORIENTED/CONVERSES<br>☐ 4 DISORIENTED/CONVERSES<br>☐ 3 INAPPROPRIATE WORDS<br>☐ 2 INCOMPREHENSIBLE<br>☐ 1 NO RESPONSE |
|---|---|---|---|---|

NA _____   TIME _____
PUPILS RT ____ mm LT ____ mm

DENNY BROWN

Law Agency Notified: ☐ Y  Time _____ Init. _____ ☐ N
Coroner notified: ☐ Y  Time _____ Init. _____ ☐ N
KODA: ☐ Y  Time _____ Init. _____ ☐ N
Other: _____ ☐ Y  Time _____ Init. _____ ☐ N

| No movement ................................. 0 | TIME | | |
|---|---|---|---|
| Palpable Flicker (or Visible) ........ 1 | Wrist Extension | R | |
| Moves Joint with Gravity | | L | |
| Eliminated .................................... 2 | Ankle Dorsiflexion | R | |
| Moves Joint (Against Gravity) .. 3 | | L | |
| Less Than Normal ...................... 4 | | | |
| Hesitation ................................... 5 | | Nurse Signature | |
| Normal ........................................ 6 | | | |

| TIME | BP | P | R | TEMP | SAO2 | PAIN SCALE | GCS | ETCO2 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 39 | 23 | | 0 | 15 | | |

_(handwritten clinical notes, illegible)_

RN SIGNATURE _____

RN SIGNATURE _____

Owensboro
Medical Health System

ER 55A  Page 1 of 1  1/4/2011
White - chart  Canary - physician  Pink - RT

00103988
PERRY, MADONNA  Q.      H  F  47
                        11/06/2003

P11

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO, KENTUCKY  42303

EMERGENCY ROOM REPORT

ROOM:
NAME:  PERRY, Madonna G                          PT TYPE:
DOB:                                              MR:
PHYSICIAN:  CHARLES F HOBELMANN III, MD          ACCT#:
DATE OF VISIT: 11/06/2009                         MSV: ERM

The patient is a 47-year-old female who presents with left abdominal wall draining and pain as well as intermittent right abdominal pain. The patient had a gastric bypass on October 20. Has been having some right-sided sharp pains intermittently and has a significant amount of ecchymosis on that side, but recently had an incision on her left abdominal wall break open and drain. She says she has been having increasing pain there but denies any fevers or chills. She was seen by her primary care doctor who gave her a gram of ceftriaxone and some Phenergan and came over here for further evaluation. She is on Percocet but no other significant medicines. No allergies.

Her temperature on arrival was 100.3. She had a heart rate of 114, respirations 28, and 100%. She was in moderate pain when initially seen. She had about a 3 inch left upper abdominal wall healing incision that had dehisced and was draining pus. There was an area of about 6 cm surrounding it of cellulitis. She had significant ecchymosis on the right side of her abdomen, with some mild tenderness to palpation, and a JP drain in place. The rest of her exam was unremarkable.

In the emergency department, she had a white count of 15.9, hemoglobin 11.7, hematocrit 35.1. Her chemistries were unremarkable. She had a CT which showed a subcapsular dense fluid below the liver, potentially in between the stomach and the liver. There was no obvious liver injury. She had cellulitis at the left abdominal wall incision site and a questionable ileus on exam.

I called Dr. Sonnanstine who did her bariatric surgery in Georgetown, Kentucky to discuss the case with him. I told him of her symptoms including the right and left abdomen pain. I told him of the cellulitis at the incision site and the draining of the abscess as well as the findings on CT which showed the subcapsular fluid. He told me that during the surgery the patient bled a fair amount which actually caused him to leave the JP drain in longer, and he felt that the subcapsular liver fluid was likely old blood given that there was no obvious liver injury on CT scan. Given that her H and H is stable, he does not feel she is actively bleeding. He is going to continue to leave the JP drain in. He asked me to do an I and D on the incisional abscess, pack it. I will place her on antibiotics with Bactrim, refill her Percocet to last her until Tuesday, and he will follow up with her on Tuesday. I explained this plan to the patient. She was comfortable with the plan.

NAME:   PERRY, Madonna G
%%PAGE
        EMERGENCY ROOM REPORT

Page 2

Knows to return if symptoms worsen, particularly if she gets a fever or
has increased pain and to follow up with Dr. Sonnanstine on Tuesday.

                                    CHARLES F HOBELMANN III, MD
         afs    /:   5264           DD:  11/06/2009 17:36:00
ID:   262478                        DT:  11/09/2009 09:45:31
JOB#:   118000

cc:  CHARLES F HOBELMANN III, MD
     SUSAN MATTHEWS, ARNP

Authenticated by CHARLES F. HOBELMANN III, M.D. On 11/10/2009 12:35:57 PM

                    PRINTED BY: U3253
                    DATE    1/4/2011

P13



ER114

## EMERGENCY DEPARTMENT FLUID & MEDICATION ADMINISTRATION RECORD

### MEDICATION

| TIME | MEDICATION AND DOSE (mg) | ROUTE | START TIME | STOP TIME | INITIAL |
|------|--------------------------|-------|------------|-----------|---------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TIME | SITE | ANALGESIA | IV SIZE/RATE/FLUID | START TIME | STOP TIME | INITIAL |
|------|------|-----------|--------------------|------------|-----------|---------|
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |

### VACCINATION DOCUMENTATION
LABEL AREA

NOTES

RN Signature _____

RN Signature _____

00103958
PERRY, MADONNA G.                    M F 47
                                     11/06/2009
                                     OHHO

PRINTED BY: U3253
ER 114   Reviewed 8/09   Policy 800E-072   Page 1 of 1
White - chart   Canary Physician   Pink: Art / 2011
Owensboro
Medical Health System

P14

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO,KY 42303
Dr. David Graham (Director)

PAGE:  1
NAME: PERRY,MADONNA G                                                AGE : 47Y      SEX: F
MRN : 103950                        DR: HOBELMANN,III CHAR
ACCT:                               11/07/2009  20:51               LOC : EN4
                                    DISC:11/07/2009                 DOB:

**********************  METABOLIC CHEMISTRY  **************************

DATE:      11/06/09                                    REF RANGE UNITS
TIME:      #1527
-----------------------------------------------------------------
GLUCOSE        90                                      70-100     MG/DL
BUN            7                                       7.0-18.0   MG/DL
CREATININE     0.6                                     0.6-1.3    MG/DL
SODIUM       L 134                                     136-145    MMOL/L
POTASSIUM    L 3.2                                     3.3-5.0    MMOL/L
CHLORIDE     L 96                                      99-111     MMOL/L
CO2            22                                      20-31      MMOL/L
CALCIUM        9.1                                     8.1-10.2   MG/DL
ANION GAP    H 19                                      4-16       MMOL/L
GER ESTH     .114                                                 ml/min
AFR-AMER       138                                                ml/min

                (a)
                (b)
                (c)
                (d)
                (e)
                (f)

                (g)

----FOOTNOTES----
(a)    GER       WITH KIDNEY DAMAGE       W/O DAMAGE
(a)    >=90          STAGE 1              NORMAL
(b)    60-89         STAGE 2              DEC GER
(c)    30-59         STAGE 3              STAGE 3
(d)    15-29         STAGE 4              STAGE 4
(e)    <15           STAGE 5              STAGE 5
(f)    The MDRD GER formula is valid only for adults b/w age10 and 70.
(g)

                            CONTINUED
PAGE:   1.          PRINTED BY: U3253              H #: 103950
MADONNA G PERRY       DATE    1/4/2011             LOC: EN4
OUTPATIENT MED RECORDS COPY

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO, KY 42303
Dr. David Graham (Director)

PAGE: 2
NAME: PERRY,MADONNA G                    AGE : 47Y      SEX: F
MRH : 103958                 DR: HOUELMANN,TIX CHAR   LOC : ENM
ACCT:                        DISC:11/07/2009
ADR:11/06/2009

++++++++++++++++++++++ COMPLETE BLOOD COUNT +++++++++++++++++++++++

| DATE: | 11/06/09 | | REF RANGE | UNITS |
|---|---|---|---|---|
| TIME: | 41527 | | 4.8-10.8 | THB/uL |
| WBC | H 15.9 | | 4.2-5.4 | MIL/uL |
| RBC | L 4.16 | | 12-16 | G/DL |
| HGB | L 11.7 | | 37-47 | % |
| HCT | L 35.1 | | 80-98 | FL |
| MCV | 84.4 | | 26-34 | PG |
| MCH | 28.2 | | 31-36 | G/DL |
| MCHC | 33.4 | | 11.5-14.5 | % |
| RDW | H 17.0 | | 150-450 | THB/uL |
| PLTC | H 494 | | 7.4-10.4 | FL |
| MPV | 9.0 | | | |
| | | | | |
| DIFFERENTIAL | AUTO DIFF | | 36.0-66.0 | % |
| NEUT% | H 70.9 | | 24.0-44.0 | % |
| LYMPH% | L 20.6 | | 0.0-12.0 | % |
| MONO% | 6.1 | | 0.0-5.0 | % |
| EOS% | 0.7 | | 0.0-2.0 | % |
| BASO% | 1.7 | | 1.8-7.7 | THB/uL |
| ABS NEUT | H 11.3 | | 1.0-4.0 | THB/uL |
| ABS LYMPH | 3.3 | | 0.0-0.0 | THB/uL |
| ABS MONO | H 1.0 | | 0.0-0.5 | THB/uL |
| ABS EOS | 0.1 | | 0.0-0.2 | THB/uL |
| ABS BASO | H 0.3 | | | |

CONTINUED

PAGE: 2                    PRINTED BY: U3253          H #: 103958
MADONNA G PERRY         DATE  1/4/2011              LOC: ENM
OUTPATIENT MED RECORDS COPY

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO, KY 42303
Dr. David Graham (Director)

```
PAGE:   3                                          AGE : 47Y    SEX: F
NAME: PERRY,MADONNA G                 DR: HOBELMANN,III CHAR
MR# : 10395                                        LOC : EAM
ACCT:                                 DISC:11/07/2009
ADT:11/06/2009
```

********************** ROUTINE CULTURES ***********************

```
11/06/2009  WOUND/LESION CULTURE                       PRELIMINARY
+   1440    ACC. NO.: F67865
            SPECIMEN DESCRIPTION:   ABDOMEN
            SPECIAL REQUESTS:       AEROBIC CULT

            GRAM SMEAR:      1. 1+ POLYS SEEN
                             2. NO ORGANISMS SEEN

            CULTURE:         1.  RARE GRAM NEGATIVE RODS   (RT: 10 HOURS)
                             2.  FURTHER STUDIES IN PROGRESS
```

```
                    END OF REPORT
               PRINTED BY: U3253
               DATE   1/4/2011
```

GREENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO, KY 42303
Dr. David Graham (Director)

PAGE:   1                                           AGE : 47Y     SEX: F
NAME: PERRY,MADONNA G            DR: NOBELMANN,III .CHAR
HRV : 103958                     11/10/2009  20105       LOC - ERM
ACCT:                            DISC:11/07/2009         DOB:

++++++++++++++++++++++++++ METABOLIC CHEMISTRY +++++++++++++++++++++++++

DATE:    .11/06/09                          REF RANGE UNITS
TIME:         1527

                                            70-100    MG/DL
GLUCOSE          90                         7.0-18.0  MG/DL
BUN              7                          0.6-1.3   MG/DL
CREATININE       0.5                        136-145   MMOL/L
SODIUM       L   134                        3.3-5.0   MMOL/L
POTASSIUM    L   3.2                        99-111    MMOL/L
CHLORIDE     L   96                         20-31     MMOL/L
CO2              22                         8.1-10.2  MG/DL
CALCIUM          9.1                        4-16      MMOL/L
ANION GAP    H   19                                   GL/min
GFR EGFR         114                                  ml/min
AFR-AMER         130 :

                 (a)
                 (b)
                 (c)
                 (d)
                 (e)
                 (f)

                 (g)


----FOOTNOTES----
          GFR   WITH KIDNEY DAMAGE   W/O DAMAGE
(a)       >=90                       NORMAL
(b)       60-99       STAGE 1        DEC GFR
(c)       60-89       STAGE 2        STAGE 3
(d)       30-59       STAGE 3        STAGE 4
(e)       15-29       STAGE 4        STAGE 5
(f)       <15         STAGE 5
(g)       The MDRD GFR formula is valid only for adults b/t age18 and 70.


                        CONTINUED
                  PRINTED BY: U3263
PAGE:   1         DATE     1/4/2011           H #: 103958
MADONNA G PERRY                               LOC: ERM
OUTPATIENT MED RECORDS COPY

```
                    OWENSBORO MEDICAL HEALTH SYSTEM
                        OWENSBORO,KY 42303
                    DR, David Graham (Director)

PAGE:   2                                      AGE : 47Y     SEX: F
NAME: PERRY,MADONNA G          DR: NOBBIMANN,III CHAR   LOC : ERM
MRI : 103950                                   LOB:
ACCT:                          DISC:11/07/2009  DOB:
ADT:11,---,----
```

`****************************** COMPLETE BLOOD COUNT ******************************`

```
DATE:     11/06/09                          REF RANGE UNITS
TIME:       1527
                                            4.0-10.8 THS/UL
WBC       H  15.9                           4.2-5.4  MIL/UL
RBC       L  4.16                           12-16    G/DL
HGB       L  11.7                           37-47    %
HCT       L  35.1                           26-34    PG
MCV          84.4                           31-36    G/DL
MCH          28.2                           11.5-14.5  %
MCHC         33.4                           150-450  THS/UL
RDW       H  17.0                           7.4-10.4  FL
PLTC      N  494
MPV          9.0

DIFFERENTIAL   AUTO DIFF                    36.0-66.0   %
NEUT%     H  70.9                           24.0-44.0   %
LYMP%     L  20.6                           0.0-12.0    %
MONO%        6.1                            0.0-5.0     %
EOS%         0.7                            0.0-2.0     %
BASO%        1.7                            1.8-7.7   THS/UL
ABS NEUT  H  11.3                           1.0-4.0   THS/UL
ABS LYMPH    3.3                            0.0-0.9   THS/UL
ABS MONO  H  1.0                            0.0-0.5   THS/UL
ABS EOS      0.1                            0.0-0.2   THS/UL
ABS BASO  H  0.3
```

```
                        CONTINUED
PAGE:   2       PRINTED BY: U3263      H #: 103950
MADONNA G PERRY    DATE   1/4/2011     LOC: ERM
OUTPATIENT MED RECORDS COPY
```

P19

```
                    OWENSBORO MEDICAL HEALTH SYSTEM
                          OWENSBORO, KY 42303
                       Dr. David Graham (Director)

PAGE:   3                                      AGE : 47Y    SEX: F
DNG: PERRY, MADONNA G.          DR: HODELMANN, III CHAR
MR# : 103950                        LOC : EMH
ACCT:                           DISC:11/07/2009    DOB:
ADZ:11/06/2009

       ****************** ROUTINE CULTURES ******************

11/06/2009  WOUND/LESION CULTURE                  FINAL 11/09/2009
*   1440    ACC. NO.: E67865
            SPECIMEN DESCRIPTION:  ABDOMEN
            SPECIAL REQUESTS:      AEROBIC CULT

         GRAM SMEAR:    1, 1+ POLYS SEEN
                        2, NO ORGANISMS SEEN

            CULTURE:    1,  RARE KLEBSIELLA PNEUMONIAE
                        2,  RARE ENTEROBACTER CLOACAE
```

| DRUG | ORG#1 KPNE MIC | INT | ORG#2 ECLO MIC | INT | ADULT ROUTE | DOSAGE AMOUNT | COST/DAY |
|------|------|------|------|------|------|------|------|
| AMPICILLIN | 16 | R | | | IV | 1 GM Q 6HR | $(1) |
| | | | | | PO | 500 MG Q 6HR | $(1) |
| | | | | | PO | 075 MG Q 6HR | $(1) |
| AMOX/CLAV ACID | 4 | SS | >=32 | R | PO | 750 MG Q 12HR | $(2) |
| AMIKACIN | <=2 | SS | 83 | | IV | 1.5 GM Q 6HR | $(4) |
| AMP/SULBACTAM | 8 | SS | | | IV | 1 GM Q 8HR | $(5) |
| AZTREONAM | <=1 | SS | <=1 | SS | IV | 1 GM Q 24HR | $(4) |
| CEFTRIAXONE | <=1 | SS | | | IV | 1 GM Q 8HR | $(4) |
| CEFTAZIDIME | <=1 | SS | <=1 | SS | | | $(1) |
| CEFOXITIN | <=4 | SS | >=64 | R | | | $(5) |
| CEFAZOLIN | <=4 | SS | | | IV | 1 GM Q 8HR | $(2) |
| CIPROFLOXACIN | <=0.25 | SS | <=0.25 | SS | IV | 400 MG Q 12HR | $(2) |
| | | | | | PO | 500 MG Q 12HR | $(2) |
| | | | | | PO | 200 MG Q 12HR | $(3) |
| CEFPODOXIME | <=0.25 | SS | <=0.25 | R | PO | CEFTIN 250 Q 12H | $(3) |
| CEFUROXIME (AXETIL) | <=1 | SS | | | IV | 1.5 GM Q 8HR | $(3) |
| CEFUROXIME (SODIUM) | <=1 | SS | | | IV | 1 GM Q 12HR | $(4) |
| CEFOTETAN | <=4 | SS | <=1 | SS | IV | 1 GM Q 12HR | $(1) |
| CEFEPIME | <=1 | SS | <=1 | SS | IV | 120 MG Q 12HR | $ |
| GENTAMICIN | <=1 | SS | <=1 | SS | IV | 500 MG Q 6HR | $ |
| ***IMIPENEM | <=0.12 | SS | <=0.12 | SS | IV | 500 MG Q 24HR | $(3) |
| LEVOFLOXACIN | | | | | PO | 500 MG Q 24HR | $(2) |
| | | | | | IV | 1 GM Q 8HR | $(6) |
| MEROPENEM | <=0.25 | SS | <=0.25 | SS | | | $ |
| NALIDIXIC ACID | 4 | SS | 4 | SS | | | $ |
| ***PIPERACILLIN | 8 | R | <=4 | SS | IV | 16 MG Q 8HR | $(3) |
| TRIMETH-SULFA | <=20 | SS | <=20 | SS | PO | DS Q 12HR | $(1) |
| TETRACYCLINE | <=1 | SS | <=1 | SS | IV | DOXY 100MG Q 12H | $(1) |
| | | | | | PO | DOXY 100MG Q 12H | $ |
| TICARCILLIN | 32 | R | <=8 | SS | | | $(2) |
| TOBRAMYCIN | <=1 | SS | <=1 | SS | IV | 120 MG Q 12HR | |

          << CONTINUED ON NEXT PAGE >>
                  PRINTED BY:CONTINUED

```
PAGE:    3            DATE    1/4/2011        M #: 103950
MADONNA G PERRY                               LOC: EMH
OUTPATIENT MED RECORDS COPY
```

PRINTED BY: U3253
DATE    1/4/2011

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO,KY 42303
Dr. David Graham (Director)

PAGE:   4
NAME: PERRY,MADONNA G                                      AGE : 47Y      SEX: F
MRN # 103950                    DR: HOBELMANN,XII CARR
ACCT:                                LOC : ERM
ADF:11/06/2009                       DISC:11/07/2009                    DOB:

++++++++++++++++++ ROUTINE CULTURES (CONTINUED) +++++++++++++++++++
<< ACC. NO: E67065 -- CONTINUED FROM PREVIOUS PAGE >>

11/06/2009  WOUND/LESION CULTURE                        FINAL 11/09/2009
4   1140    ACC. NO. : E67065
            SPECIMEN DESCRIPTION: ABDOMEN
            SPECIAL REQUESTS:     AEROBIC CULT

|       | ORG#1 |     | ORG#2 |     |       |        |             |          |
|       | KEBU  |     | ECLO  |     | ADULT |        |             |          |
| DRUG  | MIC   | INT | MIC   | INT | ROUTE | DOSAGE AMOUNT | COST/DAY |
| PIP/TAZOBACTAM | <=4 | SS | <=4 | SS | IV | 3.375 GM Q 6HR | $ [5] |

ACQUISITION COST RANGES $ (1)0-4.99 (2)5-9.99 (3)10-19.99 (4)20-39.99 (5)40-49.99 (6)50-99.99 (7)100-200
           *** ANTIBIOTIC NOT STOCKED BY OMHS PHARMACY
           SS = SUSCEPTIBLE, R = RESISTANT, I = INTERMEDIATE
           SYNS = INDICATES SYNERGY WITH A PENICILLIN IS LIKELY
           SYNR = INDICATES SYNERGY WITH A PENICILLIN IS NOT LIKELY

                      END OF REPORT
              PRINTED BY: U3253
    PAGE:   4                                  H #: 103950
    MADONNA G PERRY       DATE  :1/4/2011      LOC: ERM
    OUTPATIENT MED RECORDS COPY

P22

Notes for Patient " Perry, Madonna G "                    Page 1 of 1

# RADIOLOGY

## OMHS - Study Notes/Preliminary Report

| | |
|---|---|
| Patient     Perry, Madonna G. | Ordering   Hobelmann Physician III, Charles |
| | Phone:    270- |
| ID: | 685-0216 |
| | Pager:    Pager: |
| DOB: | |
| Age/Gender 47/Y, F | Primary    ERM Location |
| | Study     11/6/2009 |
| Procedure  ED Abd/Pelvis(ORAL & IV) CT | Date:     4:07:51 PM |
| Accession #: 3526968 | Order #:   3526968 |
| Diagnosis: abd pain History:  post op complications | |
| Comments: | |
| Reason:   med4 READY | |

OMHS\P9494, Ash, Md, Deborah – 11/6/2009 5:09:36 PM
subcapsular liver

OMHS\P9494, Ash, Md, Deborah – 11/6/2009 5:09:24 PM
subcapsular dense fluid ? blood vs bile post op cellulitis at incision site ? ileus vs partial sbo dashind

0010395H  012009337J
PERRY, MADONNA G.                A F 47
                                 11/06/2009
                                    OMHS

Owensboro Medical Health System
Radiology Diagnostic Report

Name:          PERRY, Madonna G              MFID:                    00103958
MRN:           00103958                      Patient Location: ERM
DOB:                        Sex:    F        Date of Service:    11/06/2009 16:37
Account#:                                    Department:         CAT Scan
Accession: 3526966
Exam:   (OMHS) CTABDPELEDCT-- ED Abd/Pelvis(ORAL  IV)

Requesting Provider: HOBELMANN III, CHARLES
Primary Provider:  MATTHEWS, SUSAN
Comments:              abd pain
History:               post op complications
Reason for Exam:       pt c/o pn  drainage from abd incision on lt upper abd.  pt

CT-ED Abd/Pelvis (Oral and IV)

CLINICAL HISTORY:  Recent post-op complication. Complains of
drainage.

TECHNIQUE:  Multiple axial  images of the abdomen and pelvis were
obtained from the base of the lungs to the proximal femurs after the
administration of oral and IV contrast. Sagittal and coronal
reconstructive views were performed.

FINDINGS:   The base of the heart, spleen, adrenal glands, and both
kidneys are grossly unremarkable. There are surgical clips in the
gallbladder fossa. There is a small subcapsular fluid collection
adjacent to the liver. There is mild intrahepatic ductal dilatation
demonstrated. There is stranding and inflammation in the fat between
the stomach and the liver. There is focal low attenuating area near
major hepatic  fissure which is questionably intrahepatic or
subcapsular  just underlying the liver. The Hounsfield units are in
the range of complex fluid. There is a drain in the left upper
abdomen coursing superiorly to the stomach and with the tip sitting
above the spleen. There are surgical clips in and about the medial
aspect of the stomach. There is a soft tissue density adjacent to the
stomach which contains a small amount of gas and is surrounded by
surgical clips which is continuous with a noncontrasted collapsed
lumen.  There is contrast in the fundus of the stomach. There is
distention of the first, second and third part of the duodenum as
well as proximal small bowel to what appears to be an anastomosis.
There is also a few distal distended loops of small bowel present
which contains some contrast. The bladder is decompressed. The uterus
and ovaries are not seen. The colon is decompressed. The aorta
demonstrates fairly normal course into the abdomen without
significant peri aortic adenopathy. There is no significant evidence

PRINTED BY: U3253
DATE      1/4/2011

Page 2

Account: 12808337        Accession: 3526968

of free fluid. The cecum and the ascending colon appear fluid filled.
In the left to midline abdomen, on image number 55, there is focal
inflammatory change within the soft tissue extending to the fascia.
This focal area measures approximately 5.1 x 2.3 cm. There is minimal
inflammatory change near the fascia on the right side.

Minimal bibasilar atelectasis is demonstrated.

Mild degenerative changes seen in the thoracolumbar spine.

IMPRESSION:

1.          Patient is status-post gastric bypass.
2.          Unusual subcapsular liver fluid collection which
is seen on the underside of the liver near the gallbladder fossa and
near the dome of the diaphragm. The differential diagnosis would
include the possibility of a injury to the liver and subcapsular
blood versus the possibility of bile leak.
3.          Inflammatory change at the incision site in the
left abdominal wall without definitive drainable fluid collection,
could represent hematoma versus cellulitis.
4.          Status-post hysterectomy.
5.          Mild degenerative change thoracolumbar spine.
6.          Distended loops of small bowel cannot exclude
post operative ileus versus developing partial small bowel
obstruction.
7.          These findings are called to Dr. Hobelmann at the
time of this dictation.


Performed By:   LeClair, Jennifer
Dictated By:    ASH, DEBORAH
                11/06/2009 17:02

Transcribed By:
                11/06/2009 17:29
Signed By:      ASH, DEBORAH
                11/06/2009 22:31

**NS92**

**GENERAL ADMISSION DATA**

Log/care Complaint: *Post-op comp*

Onset: *today*   Date: *11-06-09*   Time: *days*

NAME: *Madonna Perry*   *20 y/o*   *incision open*

Patient statement of problem: *gastric bypass - Rocephin 1gm IM Phinergan 25mg* *IM given*

*Chronic Pain* *MRSA Swab*   Primary Language & Method of Communication   SpO2 *100*   *Martha*

*100.2* VS T: ____ P: ____ BP (H): ____ BP (L): ____ R: ____ Wt: ____ surgeon   N/A   O2: ____

Private Physician: *Matthew Buchanan*   Specialist: *Sonnahsire (502) 867 8308*   Arrived by: ☐ Family/SO ☐ Police ☐ In house pt ☐ Jail ☐ EMS

ED/LDR Nursing Assessment   ESI Level   | 1 | 2 | 3 | 4 | 5 |

Gender: ☐ Male ☑ Female

Age: ____   Prior Onc: ____

Allergies/Reactions   *NKA*

Current Meds/Vitamins/Supplements/Herbals   ☑ None ☐ See list

Weight *270*   ☐ sexual ☐ dieted

LMP: ____   ☐ hysterectomy

Triage Interventions: ☐ Ice ☐ Cleanse ☐ Splint ☐ Elevate ☐ Dressing ☐ PCollar ☐ Wheelchair ☐ Urine ☐ Other

**Suicide Risk Assessment**
Are you having thoughts of suicide or hurting yourself now, or have you had those thoughts recently? ☐ Yes ☑ No

**Mental Status** *3*
☑ Alert/oriented x___
☐ Disoriented
☐ Cooperative
☐ Uncooperative
☐ Age appropriate
☐ Crying
☐ Anxious
☐ Smells of ethanol

**TETANUS/INFECTION SCREEN: All units must complete**
TETANUS STATUS: ☐ >5 yrs ☑ 5mm UTD ☐ Unknown
TB Screening: ☐ Cough > 3 wks. ☐ Fever/night sweats ☐ Bloody sputum w/cough ☐ Wt loss/anorexia ☐ Mask applied ☐ No symptoms
MRSA SCREENING: ☐ hx of MRSA ☐ hospitalization in last 12 months ☐ on hemodialysis ☐ been at a wound care center in past 12 months ☐ admitted to a LTCF in past 12 months
Implement MRSA protocol/gown, gloves, (mask for cough)

**MEDICAL HISTORY** ☐ None   ☐ Wound/Pressure Ulcer ☐ Bowel/Bladder Incontinent   ☐ Constipation/Diarrhea
Heart: ☐ MVP/Valve Dz.   ☐ Diabetes ☐ Cancer   ☐ Tobacco use ___ amount per day ___
☐ ICD/Pacer   ☐ Hypertension ☐ Dialysis ☐ Stroke ☐ Clinical trials - past or currently undergoing   ☐ Recreational drug use
☐ MI ☐ CHF   ☐ Lung Problems ☐ TB ☐ Urinary cath W/last 30 days   ☐ Other ___
☐ CP ☐ CAD   ☐ Asthma ☐ COPD ☐ Alcohol use ___ amount per day ___
☐ Rhythm prob.   ☐ SOB/DOE ☐ Cough ☐ Seizures ☐ Hepatitis
☐ Bleeding Problems

Past hospitalizations/surgeries: ☐ None, *Cushing... bypass tubal* *tonsils MRSA - gastric bypass*

What are you currently being treated for? (within the last 2 weeks) ☐ N/A   *Matthews ~ today*
*Sonnahsire*

**FAMILY HISTORY OF:** ☐ None ☐ Diabetes ☐ Cancer ☐ Heart disease   Are you currently experiencing pain? ☑ Yes ☐ No
**INITIAL PAIN ASSESSMENT:** ☐ See above documentation   Oriented to pain scale ☐ Yes ☐ No
If so: Location *NKA*   Intensity (Pain scale) *60*
Character ___   Duration/Frequency ___
What meds/alternatives (heating pad, ice pack, massage, etc) help reduce your pain? ___
Are there any meds/alternatives that have not helped your pain? ☐ Yes ☐ No   Specify ___
☐ Unable to complete in ED due to patient condition

Nurse: ____   Time: ____ RxRoom M4   Initials: ____

00103950 0   DOB
PERRY, MADONNA D.   B P 47
11/06/2009   OHRD

P26



**PTINST**
PATIENT INSTRUCTIONS

Owensboro Medical Health System - Emergency Department
1 East Parrish Avenue Owensboro, KY 42303   Phone: (270) 688-2411
Nam: Madonna PERRY, Med, Reg.# 000163568   Acct.#
to: 11/08/2009 Time: 17:08
ser Valley Behavior Crisis Line - 1-270-684-9466

Discharge Instructions

**IMPORTANT!** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had X-rays, we will review them again within 24 hours and will call you if there are any new suggestions. After you leave, you should follow the instructions below.

You were treated today by CHARLES HOBELMANN III, MD.

THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

Call your doctor if you do not get better. Call sooner if you feel worse. You can reach your doctor by calling their clinic phone number.

THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

**ABSCESS,**
Your health care provider lanced or opened your abscess. Your wound is packed with sterile gauze to keep the wound open, allowing pus to continue to drain and to let your wound heal from the inside before the skin on top heals. One end of the gauze will remain inside your wound and the other end will be left sticking out through the out in your skin. This prevents your skin from healing back over the pocket of infection. The gauze packing is usually changed from twice a day to every other day, depending on how much pus is draining. We will continue to pack your wound until it looks healthy and is almost healed.

It is important to keep all follow-up appointments with your doctor.

At home, please follow these instructions:
• Return to normal activities when you feel able to do so.
• You may take a shower.
• If you were prescribed antibiotic medicine to treat the bacteria in your wound, take it exactly as directed.
• Leave the packing inside your wound in place. You may change the outside dressing as needed, when it gets soiled with pus.
• Keep your wound and dressings clean and dry at all times.
• If your packing comes out before your next scheduled appointment, call your doctor.
• If you were prescribed pain medicine, take some before your next dressing change.

Call your doctor if you have:
• increased drainage or bleeding from the wound,
• increased redness, or swelling from the wound,
• red streaks from the wound,
• foul smell or pus from the dressing or wound,
• chills or fever over 101 degrees,
• increased pain in your wound,
• any new problems or concerns.

**ABDOMINAL PAIN ("stomach pain")**
Pain in the abdomen can come from many different sources. The cause of abdominal pain can be hard to find right away. Your symptoms, examination and lab tests did not show an obvious reason for your pain.

Some causes of abdominal pain include:
• a viral or bacterial infection

• gas
• eating certain foods, such as spicy foods or foods that are new to you
• food poisoning
• appendicitis
• heartburn
• gallstones
• urinary tract infection
• kidney stone
• irritable bowel syndrome
• constipation

At home, follow these instructions:
• Rest more than usual when you have pain.
• Drink sips of clear liquids if you are vomiting. If you do not vomit after 6 hours, try eating bland solid food, such as:
  • white rice
  • bananas
  • white bread
  • applesauce
  • jello
• Avoid the following foods and drinks while you have abdominal pain:
  • citrus foods and drinks (oranges, grapefruit, lemons)
  • fried or greasy foods
  • dairy foods (milk, cheese, yogurt)
  • tomato products
  • alcohol
  • carbonated drinks
  • coffee
• Avoid ibuprofen (Motrin, Advil), naproxen (Aleve) and aspirin while you have abdominal pain. These medicines irritate the stomach.
• Drink plenty of clear liquids (water or juice) so your body does not get dehydrated or low on fluids.

Call your doctor if:
• you are not much better in 2 days,
• you have increased pain or the pain starts to hurt in one spot,
• you have sudden, sharp pain,
• your stomach feels very hard and stiff,
• you develop a fever,
• you have blood in your vomit that is bright red or looks like coffee grounds,
• you have blood in your bowel movements that is bright red or black and tar-like,
• you are not able to pass a bowel movement,
• (FOR WOMEN): your vaginal discharge is foul smelling or has a change in color,
• you have any new or severe symptoms.

THIS INFORMATION IS ABOUT YOUR MEDICINE

**MORPHINE SULFATE IV**
This medication will be given to you through an IV (a small tube in a vein in your hand or arm). The nurse may give it to you as needed, or you may have a "patient-controlled analgesia" (PCA) pump with a button you can push when you need something for pain. Sometimes morphine IV is also given as a continuous infusion in cases of severe pain.
Morphine IV may be used:
• for moderate to severe pain
• for pain after surgery
• before surgery to decrease anxiety and prepare you for anesthesia
• to help with shortness of breath in severe heart failure

Side effects may include:



Owensboro Medical Health System - Emergency Department
811 East Parrish Avenue, Owensboro, KY 42303 · Phone: (270) 688-2911
Patient: Madonna PERRY, Med. Rec.# 000103058
Date: 11/08/2008 Time: 17:58
River Valley Behavior Crisis Line - 1-270-684-0466

- Sleepiness
- Dizziness
- Weakness
- Nausea and vomiting
- Dry mouth
- Constipation
- Low blood pressure
- Slow or shallow breathing
- Swelling

Other side effects may occur, but are not as common. Allergy would show up as rash, itching, swelling of the mouth or throat, or difficulty breathing.

Follow these instructions while receiving morphine IV:
- Get up from lying down slowly to avoid dizziness.
- Ask for pain medicine (or use your PCA button) before activity or pain-producing events.
- Ask for pain medicine (or use your PCA button) before your pain is severe.
- Drink plenty of fluids (if you are able) to prevent constipation.

Notify your nurse or doctor if you have:
- pain or redness at your IV site.
- nausea or vomiting.
- difficulty breathing.
- rash or other signs of allergy.
- any unusual symptoms or sensations.
- any new or severe symptoms.

ONDANSETRON (Zofran).
Take this medicine as directed.

This medicine is used to prevent nausea and vomiting that can happen after your dose of chemotherapy. It also can be used to prevent nausea and vomiting after surgery or radiation.
Side effects may include:
- headache
- anxiety
- dizziness
- cramping
- dry mouth
- drowsiness
- constipation (hard stools)
- diarrhea
- fever or chills

Other side effects may occur, but are not as common. Allergy would show up as rash or itching, wheezing or shortness of breath.

Follow these instructions:
- Sit or stand slowly to avoid dizziness.
- Keep all follow-up appointments with your doctor and lab.
- Use gum, hard candy or ice chips for a dry mouth.
- Talk with your doctor before taking any other medicines (including vitamins and herbals) as you may require additional monitoring.

Call your doctor if you have:
- any sign of allergy.
- any bothersome side effects.
- increased nausea or vomiting.
- any new or severe symptoms.

OXYCODONE WITH ACETAMINOPHEN (Percocet, Tylox, Roxicet)
Take this medicine as directed.

This is a mixture of two pain relievers. Together they can relieve moderate to severe pain. This combination medicine may be used for other reasons, as prescribed by your doctor.

Side effects may include:
- sleepiness or dizziness
- upset stomach
- constipation (hard stools)

Other side effects may occur, but are not as common. Allergy would show up as rash or itching, facial or throat swelling, wheezing or shortness of breath. This medicine can be habit forming if used for a long period of time.

Follow these instructions:
- Never take more of this medicine than prescribed. Too much acetaminophen in your body can cause liver damage.
- Read the labels of nonprescription medicines. Many contain acetaminophen. To avoid an overdose, do not take any other medicines that contain acetaminophen.
- Do not share this medicine with others as this medicine is a controlled substance. Sharing this medicine with others is against the law.
- To avoid constipation while taking this medicine:
  - Drink plenty of liquids. Try to drink 8 to 10 eight-ounce glasses of water or juice each day.
  - Include extra fiber in your diet.
  - Exercise daily.
- Watch for signs of dependance:
  - feeling that you cannot live without this medicine*.
  - you need more of this medicine than before to get the same relief.
- Do not drink alcohol.
- Store this medicine away from heat, moisture or direct light.
- If you are taking this on a regular schedule and you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and return to your regular schedule. Do not double the doses.

Talk with your doctor before taking any other medicines (including herbals) as you may require additional monitoring especially:
- other medicines that cause sedation

Call your doctor if you have:
- any sign of allergy or dependance.
- slow, irregular breathing or heartbeat.
- a yellow color to your skin or eyes, or dark urine.
- stomach pain.
- unusual or extreme tiredness.
- any new or severe symptoms.

TRIMETHOPRIM & SULFA (Bactrim, Septra, Cotrim, Sulfatrim, or generic)
Take this medicine as directed.

This is a combination of medicines used to treat certain infections caused by bacteria. This medicine may be used for other reasons, as prescribed by your doctor.

Side effects may include:
- diarrhea
- dizziness
- drowsiness
- upset stomach, nausea or vomiting, loss of appetite
- headache
- mouth sores or tongue swelling

PRINTED BY : U3253
Portions Copyrighted 1987-2000, LOGICARE Corporation Page 2 of 3
DATE        1/4/2011



Owensboro Medical Health System – Emergency Department
811 East Parrish Avenue Owensboro, KY 42303    Phone: (270) 688-2911
Patient: Madonna PERRY , Med. Room # 000103053
Date: 11/08/2008   Time: 17:55
River Valley Behavior Crisis Line - 1-270-684-0480

Other side effects may occur, but are not as common. An upset stomach is not a sign of allergy. Allergy would show up as rash or itching, facial or throat swelling, wheezing or shortness of breath.

**Follow these instructions:**
- Space your medicine doses evenly throughout the day. This medicine works best if there is a constant amount in your blood.
- Take this medicine with a full 8-ounce glass of water. Try to increase the amount of water you drink while you are taking this medicine. Drinking extra water prevents some side effects of this medicine.
- Take this medicine until gone, even if you are feeling better.
- If you will be having any dental work done, tell your dentist that you are taking this medicine. This medicine can cause slow healing and bleeding of your gums. Use care when using a toothpick, brushing your teeth and flossing.
- Protect your skin from the sun. Wear sunscreen and protective clothes when you are outside. This medicine can cause you to sunburn more easily.
- For diabetics taking diabetes medicine by mouth, this medicine can affect your blood sugar or increase the side effects of your diabetes medicine.
- Do not drink alcohol.
- If you are taking the birth control pill, the pill is not as effective while taking this medicine. Use other forms of birth control.
- Store the tablet form of this medicine away from heat, moisture or direct light. Store the liquid form of this medicine in the refrigerator. Shake the liquid form well before each use.
- If you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose. Do not double the doses.
- Talk with your doctor before taking any other medicines (including vitamins and herbals) as you may require additional monitoring.

**Call your doctor if you have:**
- any sign of allergy.
- no improvement after you've taken all the medicine.
- any sign of a new infection (fever, general aches, unusual weakness or tiredness).
- mood changes or confusion.
- a yellow color to your eyes or skin, or dark colored urine.
- easy bruising or bleeding.
- white patches in your mouth.
- women: itching in or change in discharge from your vagina.
- inflammation (pain and swelling) in your intestine during treatment or up to weeks after you've finished this medicine:
  - ongoing diarrhea
  - stomach pain or cramping
  - blood or mucus in your bowel movements
- any new or severe symptoms.

**GENERAL HEALTH INFORMATION**

**SEATBELTS AND CARSEATS**
There is no doubt that seatbelts and carseats save lives. Here in the Emergency Room we see every day how unseatbelted people are hurt much more severely. We always buckle up! Please do the same!

**DOMESTIC VIOLENCE/ABUSE** (A health service message) No one deserves to be abused. If you or someone you know is in an unsafe relationship, or is a victim of abuse, there is help. You may obtain help or support by calling:
1) SPOUSE ABUSE CENTER (24 hour service)
   a) Owensboro & Daviess County: 685-0260
   b) Outside Daviess County: 1-800-86-ABUSE

2) Ky Dept of Social Services (Child, Adult, Family Welfare) 687-7401.
3) 24 hour Domestic Violence Hotline: 1-800-799-SAFE (this is a nationwide number).

**CIGARETTE SMOKING.**
This is surely your greatest health problem! The facts are clear that cigarette smoking will shorten your life. Smoking can cause many illnesses along the way. If you need help to quit smoking, talk to your regular doctor. Through a partnership between Owensboro Medical Health System, Green River Heart Institute, Green River District Health Department and Kentucky Cancer Program, we are able to offer Cooper Clayton method to stop smoking. If you would like more information about this program, you can call 688-0600.

IF YOU RECEIVED SUTURES OR STAPLES TODAY PLEASE MAKE ARRANGEMENTS WITH YOUR PHYSICIAN TO HAVE YOUR SUTURES/STAPLES REMOVED. YOU MAY ALSO GO TO THE OMHS CONVENIENT CARE AT 2211 MAYFAIR AVENUE, OWENSBORO, KENTUCKY TO HAVE YOUR SUTURES REMOVED FOR A FEE OF $25.00. YOU WILL BE CHARGED AN EMERGENCY DEPARTMENT FEE FOR SERVICES IF YOU RETURN TO THE EMERGENCY DEPARTMENT.

**CONDITION AT DISCHARGE**

A & O. No acute distress.

YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY. Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

_(signature)_
Madonna PERRY or Responsible Person

Madonna PERRY or Responsible Person has received this information and tells me that all questions have been answered.

_(signature)_
RN/LPN Signature

PRINTED BY : U3253
Portions Copyrighted 1987-2008, LOGICARE Corporation Page 3 of 3
DATE    1/4/2011