*Peech Depo.*                                                                 45

**Page 45**

1  your initials anywhere on the nursing assessment that's
2  Page 10 of this exhibit?
3      A    No.
4      Q    Do you see any handwriting that looks like
5  it's your handwriting even though it doesn't have your
6  initials?
7      A    No.
8      Q    Go to Page 11. Is there any -- again,
9  I'll represent to you I don't see anything that looked
10 like your writing or your initials, but I do want to give
11 you the opportunity to look at it and make sure I didn't
12 miss any. Is there anything there?
13     A    No.
14     Q    Okay. We can skip Pages 12 and 13. On
15 Page 14 is there any -- first of all, are your initials
16 present?
17     A    No.
18     Q    Does any of that handwriting appear to be
19 your writing?
20     A    No.
21     Q    Now, the labs go from 15 to -- so Page 26
22 will be the next page. This one we discussed a little bit
23 about, but I do want to go over a few things. In the
24 patient's statement of problem where you list the
25 medications of Rocephin and Phenergan, is that just the

**Page 46**

1  patient told you that that was what was given?
2      A    Yes.
3      Q    And how did you get the measurement of how
4  much?
5      A    They told me.
6      Q    See where it says Phenergan 25?
7      A    Yes.
8      Q    And then what's that next to that?
9      A    Milligrams.
10     Q    And then next?
11     A    IM given, Matthew.
12     Q    What's IM?
13     A    A shot, intramuscular.
14     Q    So the Phenergan was given intramuscular?
15     A    Both of them were. Rocephin was as well.
16     Q    The 100.3 out to the left with the 99.2
17 crossed through it, explain that to me.
18     A    I would have taken her temperature, or a
19 tech would have taken her temperature. I'm not really
20 sure who did it, but I would have looked at the patient
21 and questioned it and retook it myself to make sure.
22     Q    So her temperature was 100.3 then?
23     A    Yes.
24     Q    And her blood pressure was what?
25     A    141/74.

**Page 47**

1      Q    Pulse rate?
2      A    114.
3      Q    And here's one on respirations. Is that a
4  28 or a 26?
5      A    It's a 28.
6      Q    And her O2 sats were 100?
7      A    Yes.
8      Q    The next, where it says "private
9  physician," you have Matthews and then Buchanan. Is that
10 right?
11     A    Yes.
12     Q    And would that have been information that
13 the patient gave you as well?
14     A    Yes.
15     Q    And then it says surgeon, and it says
16 Jornanstine and the phone number?
17     A    That's what they told me.
18     Q    And that phone number again was
19 communicated to you by the patient?
20     A    Yes. And I just was trying to make it
21 easier for the doctor.
22     Q    Just to make sure I understand your entry
23 of 2 circled on the emergency severity index and the 3
24 with the slash through it, based upon your initial just
25 first few questions, I guess you initially assigned her a

**Page 48**

1  3?
2      A    Yes.
3      Q    And then after inquiring further about her
4  situation and her complaints and seeing her vitals and
5  thinking what different things may need to be done, you
6  then assigned a 2. Is that right?
7      A    I assigned her a 2 so she would get seen
8  quicker, but I didn't think she needed immediate care.
9      Q    But you felt like it should be expedited?
10     A    Yes.
11     Q    And why was that?
12     A    Because she was sicker than the other
13 patients there. Like, I don't like the 3 system because
14 there's a lot of 3s. I had a lot of 3s on the screen.
15 She was sicker than them.
16     Q    What were some of the red flags that would
17 conclude you to think she was sicker than them?
18     A    Well, her pain was a 10. She was
19 tachycardic. She had red drainage and she had already --
20 she had been seen by two different doctors, and she had
21 had surgery recently. The surgery enough is good for me.
22     Q    So those red flags made you as a nurse, in
23 your judgment, want to speed up her entry in to get
24 treatment in the emergency room?
25     A    Yes.

**EXHIBIT 3**