Fac: OWHS
Account Number:
Patient Name: PERRY, MADONNA G.
Medical Record #: 00103958

HEALTH INFORMATION FACESHEET

Label ID: MDFACED

Clerk: T. HODSKINS

DHA?:

Adm Date: 11/06/2009
Account Type:
Source: EMERGENCY DEPARTMENT-DONO

Adm Time: 20:49
Acct Subtype:
Financial Class: H

Discharge Date:
Medical Service: EMERGENCY RO

OP Attending MD:

Primary Care MD:

**FINAL DIAGNOSIS:**

| | |
|---|---|
| OTHER POSTOPERATIVE INFECTION | 998.59 |
| OTH ACUTE POSTOPERATIVE PAIN | 338.18 |
| HYPERTENSION NOS | 401.9 |
| BARIATRIC SURGERY STATUS | V45.86 |

**OPERATIONS AND NON-SURGICAL PROCEDURES:**

**CONSULTATIONS:**

SIGNED: _____
ATTENDING PHYSICIAN

DATE:

MEDICAL RECORDS COPY

EXHIBIT 5

P30

PATIENT REGISTRATION FACESHEET                     Label ID:EFACE

FactOHIS
Account Number                                                              Checked by:
Patient Name:PERRY, MADONNA G.         DNA?:N                               Clerk:T. HOOSKINS
Medical Record #:00100958              IFO:

Chief Complaint: abdominal pain                                             Financial Class: H
Reg Date: 11/06/2009                   Reg Time: 20:49                      Medical Service:EMERGENCY RO
Account Type:EMERGENCY                 Acct Subtype:
Source:EMERGENCY DEPARTMENT

ED Attending MD:                       Referring MD:
                                       MATTHEWS, SUSAN         P9916

PATIENT DEMOGRAPHIC INFORMATION:       MAILING ADDRESS:                     EMPLOYER INFORMATION:

D.O.B.          Age:47                 726 N 4TH STREET                     Empl Status:NOT EMPLOYED
SSN:            Sex:F                  BEAVER DAM KY 42320                  Empl:disabled
Marital Status:Married                 County: 183  Ohio                    Addr:
Race:Caucasian                         Home Phone:(270)363-3869
Religion: Pentecostal Other            Work Phone:                          Phone:
Interpreter Required?:Not Applic       SPOUSE/INSURED INFORMATION:
POA?:                                  Name:PERRY KEVIN
                                       DOB:08/09/1972

GUARANTOR DEMOGRAPHIC INFORMATION:     MAILING ADDRESS:                     EMPLOYER INFORMATION:

Name: Perry Madonna G.                 726 N 4TH ST                         Empl Status: NOT EMPLOYED
D.O.B.                                 BEAVER DAM KY 42320                  Empl:
SSN:                                   County: 183  Ohio                    Addr:
Sex:F                                  Home Phone: (270)363-3869            Phone:
Relation to Patient:PATIENT

EMERGENCY CONTACT INFORMATION:         NEXT OF KIN:                         EMER CONTACT:

Name:                                  PERRY Kevin                          GOFF Alma
Street/PO Box:                         726 N 4TH STREET                     102 ECHOLS CHURCH LANE
City/State/Zip:                        BEAVER DAM KY 42320                  BEAVER DAM KY 42320
Home Phone:                            (270)363-3869                        (270)274-3693
Message Phone:
Relationship:                          HUSBAND                              PARENT

FIRST INSURANCE:                       SECOND INSURANCE:                    THIRD INSURANCE:

Ins Name:Humana Claim Office           Medicare
Address:P O BOX 14610                  990L Linn Station Road
City:  LEXINGTON                       Louisville
State:  KY                             KY
Zip Code:40512                         40223
Insured: PERRY Kevin                   PERRY Madonna
Ins DOB:

                                       Patient is Insured
Rel to PT:Spouse
Auth#:

ACCIDENT DATE: Date:                   Hour:                                Type:
  Place:                               Nature:
                                       PRINTED BY: U3253
                                       DATE    1/4/2011

P31

## OWENSBORO MEDICAL HEALTH SYSTEM
## PATIENT AUTHORIZATION RECORD

1. **CONSENT TO TREATMENT.** I voluntarily consent to care involving routine diagnostic tests, procedures and medical treatment as ordered by my admitting and attending physician. I acknowledge that in life threatening emergencies treatment may include administration of unusual donor blood that lacks completion of some compatibility testing. I also agree that, as part of the medical procedures or tests that may be performed during my hospital stay, I may be tested for HIV infection, hepatitis or other blood-borne infectious diseases if a physician orders the test for diagnostic purposes or in the event of exposure to health care personnel. I understand that the use of telemedicine may be used in the course of my treatment and by providing my signature below, I hereby consent to the use of telemedicine in my medical care. I am under the care and supervision of my attending physician and it the responsibility of my physician, not OMHS or its employees, to obtain my informed consent to medical or surgical treatment. No one has guaranteed the results that may be obtained from my care.

2. **OTHER PRACTITIONERS AND HEALTH CARE EDUCATION.** I understand and acknowledge that most physicians furnishing services to me, including, but not limited to, the radiologist, pathologist, anesthesiologist and emergency department physician, as well as residents and medical students, are not employees or agents of OMHS and may be involved in my care. I further understand and agree that there are other health care providers in the Hospital including, but not limited to, certified registered nurse anesthetists, nurse practitioners, registered nurses, physician assistants, physical therapists, occupational therapists, surgical technicians, and psychologists, who may render care to me, and who are NOT employees or agents of the Hospital but who are independent contractors or employees of an independent contractor. I agree that the signing of this document does not in any way imply that OMHS is responsible for or assumes any liability for the activities of any physician or practitioner who is not its employee. As independent contractors, these physicians and other health care providers may bill me separately for their services. I also understand that, from time to time, students in health care occupations, including but not limited to nursing, physical therapy, radiation therapy, and laboratory sciences, may observe and participate in my care at OMHS in a supervised environment and I agree that, by signing this document, I am consenting to such student observation and participation.

3. **PATIENT RIGHTS.** Hospital patients have specific rights under state and federal law. I acknowledge receipt of information concerning patient rights under state law to make decisions about health care, including the right to refuse treatment, to formulate an advance directive, and the transmission and prevention of AIDS and HIV infection. By signing below, I consent to photographing (including still and video photography) of myself or parts of my body as deemed necessary for inclusion in my medical record for patient identification/safety and treatment.

4. **PERSONAL BELONGINGS.** I understand that OMHS shall not be responsible for my personal belongings. If I wish to keep items with me in the hospital, I can ask that they be placed in the hospital safe. OMHS reserves the right to confiscate any illegal substances, paraphernalia, alcoholic beverages, firearms or weapons of any kind located on OMHS property.

5. **USES AND DISCLOSURES OF INFORMATION.** OMHS' Notice of Privacy Practices states how OMHS may use and disclose medical information. OMHS gives patients a copy of the Notice.

6. **ASSIGNMENT OF BENEFITS.** By signing below, I agree to direct payment to OMHS of any third-party benefits otherwise payable to or on my behalf for the care OMHS provides to me, including emergency services if rendered. Payment to OMHS by a third-party payor shall discharge the payor of any and all obligations under my policy to the extent of such payment. I agree to pay for all charges that are not covered or paid by any third-party payor to the extent allowed by law. If my bill must be turned over to a collection agency, I agree to pay OMHS attorney's fees and collection expenses.

7. **BILLING.** In order to permit OMHS to bill for the services it has provided to me, I agree to furnish or arrange to have furnished to OMHS any and all information needed to process my insurance claim and, if I have no insurance coverage, a signed agreement to make payment arrangements. I authorize OMHS to receive from the Social Security Administration any Medicare eligibility information necessary to process my account. OMHS must receive verification from my insurance company as to the amount of coverage under my policy for hospital services.

8. **FOR MEDICARE RECIPIENTS ONLY.** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and/or the Medicare program or its intermediaries or carriers or to the Professional Review Organization any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. My signature below only acknowledges the receipt of "An Important Message from Medicare" from OMHS on the admission date listed below and does not waive any of my rights to request a review or make me liable for payment.

I, _____ (print name), agree that a copy of this patient authorization record may be used in place of the original copy. If I am eligible for TRICARE benefits, I acknowledge that I have received a copy of the "Important Message from TRICARE." I acknowledge that I have read and understood all of the information above and I have had the opportunity to ask questions and have them answered to my satisfaction. I agree to all of the conditions for admission to OMHS described above. If I am not the patient, I certify that I am authorized by law to agree to these conditions of admission on the patient's behalf.

11.6.09 _____ _____ _S. Hodskins_
Date    Patient/Parent/Guardian/Power of Attorney   Relationship to Patient   Witness

I, _____ (print name), acknowledge that I have received OMHS' Notice of Privacy Practices.

11.6.09 X_____ _____ _S. Hodskins_
Date    Patient/Parent/Guardian/Power of Attorney   Relationship to Patient

This facility does not discriminate against any patient because of HIV status or because a patient is covered by a program such as Medicaid or Medicare.

DATE 1/4/2011

A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND MEDICAL RECORD.

REVISED 05/01/2008 Adapt 17

# OWENSBORO MEDICAL HEALTH SYSTEM
## PATIENT AUTHORIZATION RECORD

### LEAVING THE HOSPITAL AGAINST MEDICAL ADVICE

DATE: _____ TIME: _____ THIS WILL CERTIFY THAT _____, A PATIENT IN THIS HOSPITAL HAS BEEN DISCHARGED AGAINST THE ADVICE OF THE ATTENDING PHYSICIAN. NOW THEREFORE, HAVING FULL KNOWLEDGE AND REALIZING THE DANGER THAT MAY RESULT BY REASON OF REMOVAL OF SAID PATIENT, I HEREBY PROMISE AND AGREE TO HOLD OWENSBORO MEDICAL HEALTH SYSTEM, ALL OF ITS OFFICERS AND EMPLOYEES AND THE ATTENDING PHYSICIAN FREE FROM LIABILITY FOR ANY INJURY THAT MAY RESULT DIRECTLY OR INDIRECTLY BY REASON OF SAID REMOVAL.

SIGNED: _____

WITNESS: _____

### OMHS USE ONLY

TO BE COMPLETED BY OMHS PERSONNEL: IF PATIENT OR REPRESENTATIVE WILL NOT OR CANNOT SIGN ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES AT THE BOTTOM OF PAGE ONE:

PLEASE CHECK THE APPROPRIATE STATEMENT:

EITHER:

_____ PATIENT WAS IN AN EMERGENCY TREATMENT SITUATION DURING FIRST SERVICE DELIVERY, AND THE NOTICE OF PRIVACY PRACTICES WAS PROVIDED AS SOON AS WAS PRACTICABLE AFTER THE EMERGENCY TREATMENT SITUATION PASSED.

OR:

A GOOD FAITH EFFORT WAS MADE TO OBTAIN AN ACKNOWLEDGEMENT FROM THE PATIENT OR HIS/HER REPRESENTATIVE THAT THE NOTICE OF PRIVACY PRACTICES WAS RECEIVED, BUT (CHECK ONE):

_____ PATIENT OR REPRESENTATIVE REFUSED TO SIGN.

_____ OTHER (LIST REASON WHY ACKNOWLEDGEMENT NOT OBTAINED):

_____

_____

QD103958
PERRY, MADONNA G.        B F 47
                         11/06/2009
                         OMHS

PRINT NAME _____

SIGNATURE _____ PRINTED BY: U5253
DATE: 1/4/2011

Smith & Butterfield - Evansville, IN • (800) 321-6849

ACJ

# OWENSBORO MEDICAL HEALTH SYSTEM
## PATIENT AUTHORIZATION RECORD

1. **CONSENT TO TREATMENT.** I voluntarily consent to care involving routine diagnostic tests, procedures and medical treatment as ordered by my admitting and attending physician. I acknowledge that in life threatening emergencies treatment may include administration of universal donor blood that lacks completion of some compatibility testing. I also agree that, as part of the medical procedures or tests that may be performed during my hospital stay, I may be tested for HIV infection, hepatitis or other blood-borne infectious diseases if a physician orders the test for diagnostic purposes or in the event of exposure to health care personnel. I understand that the use of telemedicine may be used in the course of my treatment and by providing my signature below, I hereby consent to the use of telemedicine in my medical care. I am under the care and supervision of my attending physician and it the responsibility of my physician, not OMHS or its employees, to obtain my informed consent to medical or surgical treatment. No one has guaranteed the results that may be obtained from my care.

2. **OTHER PRACTITIONERS AND HEALTH CARE EDUCATION.** I understand and acknowledge that most physicians furnishing services to me, including, but not limited to, the radiologist, pathologist, anesthesiologist and emergency department physician, as well as residents and medical students, are not employees or agents of OMHS and may be involved in my care. I further understand and agree that there are other health care providers in the Hospital including, but not limited to, certified registered nurse anesthetists, nurse practitioners, registered nurses, physician assistants, physical therapists, occupational therapists, surgical technicians, and psychologists, who may render care to me, and who are NOT employees or agents of the Hospital but who are independent contractors or employees of an independent contractor. I agree that the signing of this document does not in any way imply that OMHS is responsible for or assumes any liability for the activities of any physician or practitioner who is not its employee. As independent contractors, these physicians and other health care providers may bill me separately for their services. I also understand that, from time to time, students in health care occupations, including but not limited to nursing, physical therapy, radiation therapy, and laboratory sciences, may observe and participate in my care at OMHS in a supervised environment and I agree that, by signing this document, I am consenting to such student observation and participation.

3. **PATIENT RIGHTS.** Hospital patients have specific rights under state and federal law. I acknowledge receipt of information concerning patient rights under state law to make decisions about health care, including the right to refuse treatment, to formulate an advance directive, and the transmission and prevention of AIDS and HIV infection. By signing below, I consent to photographing (including still and video photography) of myself or parts of my body as deemed necessary for inclusion in my medical record for patient identification/safety and treatment.

4. **PERSONAL BELONGINGS.** I understand that OMHS shall not be responsible for my personal belongings. If I wish to keep items with me in the hospital, I can ask that they be placed in the hospital safe. OMHS reserves the right to confiscate any illegal substances, paraphernalia, alcoholic beverages, firearms or weapons of any kind located on OMHS property.

5. **USES AND DISCLOSURES OF INFORMATION.** OMHS' Notice of Privacy Practices states how OMHS may use and disclose medical information. OMHS gives patients a copy of the Notice.

6. **ASSIGNMENT OF BENEFITS.** By signing below, I agree to direct payment to OMHS of any third-party benefits otherwise payable to or on my behalf for the care. OMHS provides to me, including emergency services if rendered. Payment to OMHS by a third-party payor shall discharge the payor of any and all obligations under my policy to the extent of such payment. I agree to pay for all charges that are not covered or paid by any third-party payor to the extent allowed by law. If my bill must be turned over to a collection agency, I agree to pay OMHS attorney's fees and collection expenses.

7. **BILLING.** In order to permit OMHS to bill for the services it has provided to me, I agree to furnish or arrange to have furnished to OMHS any and all information needed to process my insurance claim and, if I have no insurance coverage, a signed agreement to make payment arrangements. I authorize OMHS to receive from the Social Security Administration any Medicare eligibility information necessary to process my account. OMHS must receive verification from my insurance company as to the amount of coverage under my policy for hospital services.

8. **FOR MEDICARE RECIPIENTS ONLY.** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and/or the Medicare program or its intermediaries or carriers or to the Professional Review Organization any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. My signature below only acknowledges the receipt of "An Important Message from Medicare" from OMHS on the admission date listed below and does not waive any of my rights to request a review or make me liable for payment.

I, _____ (print name), agree that a copy of this patient authorization record may be used in place of the original copy. If I am eligible for TRICARE benefits, I acknowledge that I have received a copy of the "Important Message from TRICARE." I acknowledge that I have read and understood all of the information above and I have had the opportunity to ask questions and have them answered to my satisfaction. I agree to all of the conditions for admission to OMHS described above. If I am not the patient, I certify that I am authorized by law to agree to these conditions of admission on the patient's behalf.

11.6.09
Date            X _____         _____         J. Hodskins
                Patient/Parent/Guardian/Power of Attorney   Relationship to Patient   Witness

            PRINTED BY 03253                        (print name), acknowledge that I have received OMHS' Notice of Privacy Practice

            DATE    1/4/2011                                                         J. Hodskins
11.6.09
Date            X _____         _____
                Patient/Parent/Guardian/Power of Attorney   Relationship to Patient

treat present any patient because of HIV    00103968                              P34

**36 ♦ Abdominal Pain / Flank Pain ♦**

DATE:_____ TIME: 2100 □ on arrival ROOM: ICR EMS initial
HISTORIAN: patient (spouse) paramedics _____
___HX / ___EXAM LIMITED BY: _____
TRANSFER FROM: _____ □ see transfer record

**HPI**

chief complaint: abdominal pain   vomiting
flank pain (R/L)   diarrhea
_new recurrence_

onset/duration: ___ min / hrs / days ago
- constant
- waxing / waning
- gradual / sudden onset
- persistent (worst)
- short

timing: still present  better  gone now
Intermittent episodes lasting: _____

context: out of country travel  bad food  recent trauma

severity: max:  mild  moderate  severe  (1/10) ___
currently:  mild  moderate  severe  (1/10) ___ gone

quality:
- pain
- aching
- dull
- burning
- cramping
- sharp
- stabbing
- fullness

location: (body diagram)
migration (show migration: ___→___)

associated symptoms:
- fever / chills
- nausea / vomiting x
- bloody / blood-streaks / coffee-ground
- diarrhea x
- blood streaks / gross/bloody / mucous
- sweating
- loss of appetite
- chest pain
- testicular pain
- back / neck pain

exacerbated by:
- supine
- upright position
- movements
- walking
- cough
- deep breaths
- food
- nothing

relieved by:
- supine
- upright position
- remaining still
- antacids
- food
- nothing

Similar symptoms previously: _____
Recently seen / treated by doctor / hospitalized _____

**ROS**

CONST
- recent illness_____
GI / GU
- constipation_____
- black / bloody stools_____
- bloody / dark urine_____
- problems urinating_____

CVS / RESP
- palpitations_____
- shortness of breath_____
- hurts to breath_____
- cough_____

LMP ___ preg  post menop  □ all systems neg except as marked
CONST/CVS/RESP/GI components also addressed in HPI

MS / SKIN / LYMPH
- joint pain_____
- leg / ankle swelling_____
- rash_____
- swollen glands_____
- recent injury_____

EYES / ENT
- problems with vision_____
- sore throat_____

NEURO / PSYCH
- headache_____
- dizziness / light-headedness_____
- anxiety / depression_____

**PAST HX**
- peptic ulcer_____
- gall stones_____
- kidney stones_____
- bladder / kidney infections_____
- ischemic bowel risk factors: valvular disease  elderly  low BP  recent MI
- cardiac disease: AMI  CHF  A-fib
- pancreatitis / GERD / diverticulitis
- endometriosis_____
- abdominal aneurysm_____
- CVA / TIA deficit_____
- diabetes Type 1  Type 2  diet / oral / insulin
- ectopic pregnancy_____
- fecal impaction_____
- hepatitis_____
- hyperlipidemia_____
- hypertension
- intestinal obstruction_____
- ovarian cyst(s) / fibroids_____
- pelvic infection / STD_____

___ labs reviewed by ER physician
___ old records ordered / summary:_____

Surgeries / Procedures ___ none
- appendectomy_____
- cholecystectomy
- endoscopy: upper / lower
- hernia repair (R/L)_____
- cardiac bypass / stent
- hysterectomy / BTL / C-section
- tonsillectomy
- EGD

Immunizations: UTD / referred to PCP
Medications: none  see nurses note
aspirin  coumadin  clopidogrel  NSAID
Allergies: NKDA  see nurses note

**SOCIAL HX**  smoker  drugs
alcohol (recent / heavy / occasional)  occupation_____

**FAMILY HX**  gall stones  ovarian cysts  CAD  ulcer
kidney stones  aortic aneurysm_____

Owensboro Medical Health System
EMERGENCY PHYSICIAN RECORD  U3253
DATE: 1/4/2011

PERRY, MARSHA G.  11/06/2009

☑ Nursing Assessment Reviewed  ☑ Vital signs reviewed

## PHYSICAL EXAM

**General Appearance**
- no acute distress
- alert
- mild / moderate / severe distress
- anxious / lethargic

**EENT**
- eyes inspection nml
- ENT inspection nml
- pharynx nml
- scleral icterus / pale conjunctivae
- EOM palsy / anisocoria
- pharyngeal erythema
- abnml TM / hearing deficit
- thyromegaly / lymphadenopathy

**NECK**
- nml inspection

**RESPIRATORY**
- no resp. distress
- breath sounds nml
- wheezes / rales / rhonchi

**CVS**
- reg. rate & rhythm
- heart sounds nml
- equal pulses / full
- irregularly irregular rhythm
- tachycardia / bradycardia
- JVD present / gallops (S3 / S4)
- murmur grade __/6 sys / dias
- decreased pulse(s)
- R/L radial ___ fem ___ dors ped

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
s = severe

**ABDOMEN**
- soft, non-tender
- no organomegaly
- nml bowel sounds
- no abdominal bruit
- no pulsatile mass
- rigid / distended
- tenderness / guarding / rebound
- hepatomegaly / splenomegaly / mass
- abnml bowel sounds
- increased / decreased / absent / tympanic
- prominent aortic pulsations
- McBurney's point tenderness
- psoas / Rovsing's sign / obturator sign

**PELVIC EXAM**
- external exam nml
- speculum exam nml
- bimanual exam nml
- vaginal bleeding / discharge
- cervical motion tenderness
- adnexal tenderness / mass (R/L)
- enlarged / tender uterus

**MALE GENITAL**
- nml inspection
- tenderness / swelling, testicular / inguinal

**RECTAL**
- non-tender
- heme neg stool / control done
- black / bloody / heme pos. stool
- tenderness
- fecal impaction
- heme pos. stool / control done

**BACK**
- nml inspection
- CVA tenderness

**SKIN**
- color nml, no rash
- warm, dry
- cyanosis / diaphoresis / pallor
- skin rash xostec-like
- embolic lesions / signs of IVDA
- decubitus

**EXTREMITIES**
- non-tender
- nml ROM
- no pedal edema
- pedal edema
- calf tenderness
- Homan's sign

**NEURO / PSYCH**
- oriented x3
- CN's nml as tested
- motor nml
- sensation nml
- mood / affect nml
- disoriented to person / place / time
- weakness / sensory loss / facial droop
- speech / cognition abnormalities
- depressed mood / affect

**EKG**
- RHYTHM STRIP ___ NSR ___ Rate ___
- EKG ___ NML ☐ Interp. by me ☐ Reviewed by me Rate ___
- NSR ___ nml intervals ___ nml axis ___ nml QRS ___ nml ST/T
- not / changed from ___ repeat EKG

## LABS & XRAYS

| CBC | Chem. 7 24 CCU | Lipase | UA |
|---|---|---|---|
| normal except | normal except | Amylase | normal except |
| WBC | Na | Alk Phos | WBC |
| Hgb | K | AST | RBC |
| Hct | CO2 | ALT | bacteria |
| Platelets | Gluc | Clamydia | dip |
| segs | BUN | GC | |
| bands | Creat | HCG | |
| | | serum / urine | |
| | | POS NEG | |

labs reviewed by ER physician
**XRAYS:** ☐ Interp. by me ☐ Reviewed by me ☐ Discd w/ radiologist
- KUB ___ upright abd ___ B-view ___ CXR pa/lat up
- nml / NAD ___ nml bowel gas ___ no free air ___ no mass
- no infiltrates ___ nml heart size ___ nml mediastinum

CT Scan ___ abdomen / pelvis ___ ☐ Discd w/ radiologist
nml
Ultrasound ___ nml / NAD
Pulse Ox ___ % on RA / ___ L O2 interp nml / hypoxic Time ___

## PROGRESS

CT Scan ___ [illegible signature]

Time ___ unchanged ___ improved ___ re-examined

◆ OPIAMI - EKG / ASA / B-blocker / Thrombolytics / PCI / transfer ___

Clinical Tool Box
TIMI ACS risk

Consulted with Dr. ___
will see patient in: ED / hospital / office
Counseled patient / family regarding:
lab / rad. results  diagnosis  need for follow-up

Additional history from:
family  caretaker  paramedics
Rx given ___

CRIT CARE TIME (excluding separately billable procedures) ___ min

## CLINICAL IMPRESSION

- **Abdominal Pain - acute**
- Chest Pain - acute
  - precordial / tightness / pressure
  - chest wall / discomfort / angina
- Vomiting / Diarrhea
- ◆ Myocardial Infarction - acute
- Appendicitis
- Aortic Aneurysm - ruptured
- Bowel Perforation / Obstruction
- Cholecystitis / Biliary Colic
- Diverticulitis - acute
- Ectopic Pregnancy - ruptured
- Mesenteric Ischemia - acute
- Ovarian Cyst - ruptured / torsed
- Pancreatitis - acute
- Pelvic Inflammatory Disease
- Peptic Ulcer Disease
- Testicular Torsion
- Urolithiasis / Renal Colic
- UTI / Pyelonephritis - acute

[signatures] ___ Renal sp.

___ PA
___ MD

☐ Template Complete  ☐ See Addendum (Dictated / Template II ___)
☐ P-T-F interaction with MD: History Exam Review of findings / plan
**DISPOSITION:** ☑ home ☐ transferred ☐ No EHC
☐ Inpatient ☐ obs ___ POA decubitus / UTI (foley)
☐ Discharged with instructions ___
off ___ days  Light duty ___ days  Referral to ___ Recheck ___ days
**CONDITION:** ☐ unchanged ☐ improved ☐ stable
Care transferred to Dr. ___  Time ___

◆ Quality Measure Indicator

00103958
PERRY, NADONIA B.
IX
B F 47
11/06/2009
OMS

Abdominal Pain - 36     DATE 1/4/2011

DISCHARGED BY: US253

P36

ER104

| (3) PROGRESS NOTES | | (4) ORDERS | | |
|---|---|---|---|---|
| Time | Progress | Time | Order | RN Noted |

O2    IV

Ativan 2/tab 1 80

Bactrim DS 1 PO [illegible] Rx

Percocet 10/325 1 PO
in 20 min

① Fill script

② NPO [except] sips/ice chips [until]
Kathie
may have small
quiet meal

PA _____    MD _____

70    EPG ADD-ON SHEET

Owensboro Medical Health System
ER104 - 9/03 PRINTED BY: U3253
DATE 1/4/2011

PATIENT LABEL
00103938  012008680
PERRY, NADONNA B
11/06/2009

# EMERGENCY DEPARTMENT FLOW SHEET

ER74 — ESI Level: 1 2 3 4 5

## PRIMARY NURSING ASSESSMENT

**NEURO** — WNL — *anxious*
- Loss of Cons____ GCS____ MAE____
- Pupils: L ___ mm reaction ___ Weakness___
- R ___ mm reaction ___ Other___
- NIH Stroke Scale___
- Visual Acuity: OS___ OD___

**RESP** — No distress — *RR*
- Non-labored, Nasal Congestion
- Short of Breath, Stridor, Retractions, Accessory Muscles
- Breath sounds: Clear, Rales, Rhonchi, Wheezes, Diminished, Absent
- Cough – Productive + – color___

**CV** — N/A
- Rhythm NSR — Pain Location___
- Skin Normal/Warm/Dry — Other___
- Edema: None / Other___
- ORTHOSTATIC: Lying BP___ P___
- Standing BP___ P___

**ABD** — WNL — *c/o severe abd pn*
- Nausea, Emesis, Diarrhea, Dysuria
- Non-tender, Tender, Vag. Discharge
- Distended, Firm, PNT___
- Bowel sounds +___ Last BM___

**EXT** — WNL
- Moves all well, QMS, Intact, Altered
- Deformity___ Edema, Weakness
- PULSES: LUE___ LLE___ Cap refill___
- RUE___ RLE___ Cap refill___
- Denny Browns RUE___ RLE___ LUE___ LLE___

**PEDS** — N/A
- Appetite___ Last wet diaper___
- Immunizations: UTD, other___
- Think soo cotilt___

**ABUSE/NEGLECT SCREEN** — Is there evidence of neglect/abuse? ☐ Yes ☒ No
For any "Yes" complete DSS115 and notify the appropriate DSS agency. Describe "Yes" answers in Nurses' Notes below.

## PROCEDURES AND THERAPIES INITIATED

| TIME | INITIAL | |  |
|---|---|---|---|
| | | Oxygen | SaO2 |
| | | Monitor | Rhythm |
| | | EKG | |
| | | Respiratory Treatment | |
| | | Behavioral Health Access | |
| | | Labs Drawn | ☐ With IV Start ☐ Per Lab |
| | | I/A ☐ CC ☐ In and Out Cath ☐ From Foley Cath |
| | | ABG By___ Site___ |
| | | Accucheck___ |
| | | HG (B/o)___ Type___ (B/o)___ |
| | | Hakim___ |
| | | Foley Cath (Size)___ (Soln)___ |
| | | X-Rays ☐ Portable |
| | | ☐ To X-Ray___ ☐ Returned___ |
| | | ☐ To CT___ ☐ Returned___ |
| | | ☐ To US___ ☐ Returned___ |

**SKIN/WOUND** — INTACT — Descriptions: *ecchymosis to abd*
- Location___ *DSMR—intact*
- Length/Size___
- Distal pulses___
- Rash/lesion___
- Abrasion___

☐ See nurses notes

**FALL RISK:** ☐ limited mobility ☐ altered mental status ☐ dizziness/syncope
Fall Risk: Yes ___ No X (If yes, initiate fall precautions)
- ☐ Call light within reach
- ☐ Family at bedside
- ☐ Side rails up x 2
- ☐ Bed lowest position

RN SIGNATURE: *DW Loggins RN*

**SUICIDE PRECAUTIONS DOCUMENTATION** — N/A
- ☐ Search reason provided to patient
- ☐ Verbal agreement obtained by patient
- ☐ Search refused security personnel "wand" search
- Result of search___

**Disposition:**
- ☐ Family
- ☐ Contraband
- ☐ PT valuables
- ☐ Security @ bedside
- ☐ Room made safe

Witness 1___  Witness 2___

## ONGOING ASSESSMENT

| TIME | BP | P | R | TEMP | SaO2 | PAIN SCALE | GCS | ETCO2 | ONGOING ASSESSMENT | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 0106 | 106/80 | 120 | 26 | — | 101 | 10/10 | 4x5 | | Dr. Hausladen. A&Ox3. Resp. unlabored. Epidio sat. Will monitor — RN | |
| 0218 | 130/80 | 148 | 26 | — | 96 | 8/10 | 4x5 | | Pain is relieved ready to go.___ Instructions IV/IC cath intact. Pt wheeled out. Husband at bedside. | |
| 0135 | | | | | | | | | | |

RN SIGNATURE: *J. Allen RN*

## PATIENT DISPOSITION

- ☒ Discharged
- ☐ Admitting Room #___
- Report Called To___
- Time to Room___

Transport with:
- ☐ IV  ☐ Pulse Ox
- ☐ O2  ☐ RN
- ☐ Monitor

☐ SBAR Report

Notified:
- ☐ Family
- ☐ Police
- ☐ Social Services
- ☐ Other
- ☐ Animal bite form

**Owensboro Medical Health System**

ER 74 REV. 7/08 Policy 7600E-072  Page 1 of 1
White – chart  Canary – Physician  PRINTED 11/2011

PATIENT LABEL
00103968  DOB
PERRY, MADONNA G.  H F 47
11/06/2009
CHR

P38

ER114

# EMERGENCY DEPARTMENT FLUID & MEDICATION ADMINISTRATION RECORD

### MEDICATION

| TIME | MEDICATION AND DOSE (mg) | ROUTE | START TIME | STOP TIME | INITIAL |
|---|---|---|---|---|---|
| | Dilaudid 2 mg | IVSP | 2120 | 2126 | AO |
| | Zofran 4mg | IVSP | 2120 | / | AO |
| 2018 | Bactrim DS 1 tab | PO | | | WD |
| 2018 | Percocet 5mg 1 tab | PO | | | WD |

| TIME | SITE | ANALGESIA | IV SIZE/RATE/FLUID | START TIME | STOP TIME | INITIAL |
|---|---|---|---|---|---|---|
| | R WRIST | TOP/LIDO | 20g 18L per EMS SL | | 1911 | 720 |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |

VACCINATION DOCUMENTATION LABEL AREA

NOTES

RN Signature  DWIGGINS RN
RN Signature  R. McBrien RN

00103958
PERRY, MADONNA G
11/06/2009

# OHIO CO. EMS
# LICENSE # 1050
# AMBULANCE RUN REPORT

**DISPATCH**
DATE: 10-6-09    RESPONSE #: 3051    UNIT #: 4

**RESPONDING FROM:** St-1

**INCIDENT INFORMATION:**
COUNTY: Ohio
ADDRESS: 726 West 4th St
CITY: Beaver Dam    STATE: KY    ZIP: 42320

**REASON FOR DISPATCH:** abd pain / chest

**LOCATION PATIENT FOUND:**
**MODE OF RESPONSE TO SCENE:** ☒ LIGHTS ☐ SIREN ☐ NONE

**RESPONSE / CIRCUMSTANCES AFFECTING RESP:**
☐ ADVERSE WEATHER
☐ CROWD CONTROL
☐ EXTRICATION >20 MIN
☐ HAZ-MAT
☐ INFECTIOUS EXPOSURE
☐ LANGUAGE BARRIER
☐ ROAD CONDITIONS
☐ UNSAFE SCENE
☐ VEHICLE COLLISION
☐ VEHICLE PROBLEMS
☐ OTHER
☒ NONE

**TIME (MILITARY):**
CALL RECEIVED: 
DISPATCH/NOTIF: 
EN ROUTE: 2002
ON SCENE: 2006
AT PATIENT: 
PATIENT MOVED: 
DEPARTED SCENE: 2021
ARRIVAL AT DEST: 2052
RETURN TO SERVICE:

**AID BEFORE ARRIVAL BY:**
☒ NA  ☐ UNKNOWN
☒ BY-STANDER/FAMILY
☐ ALS FIRST RESPONSE
☐ ALS FIRST RESPONSE
☐ OTHER

**OTHER RESPONDERS:**
☐ NONE
☐ EMS AGENCY (BLS)
☐ EMS AGENCY (ALS)
☐ AIR AMBULANCE (ALS)
☒ FIRE DEPARTMENT
☐ RESCUE SQUAD
☐ MEDICAL RESP.
☐ HAZ-MAT TEAM
☐ CORONER
☐ LAW ENF. AGENCY
☐ OTHER

**PATIENT HISTORY:** PATIENT'S PHYSICIAN: 
**CHIEF COMPLAINT:** Abd pain
ONSET DATE/TIME:     WORK RELATED? ☐ YES ☒ NO
ALLERGIES: n/a  nkda
MEDICATIONS: nkda  meds

**CREW MEMBERS:**
DRIVER/ATT 1: Dovie Simpson
DRIVER/ATT 2: Robert Allen    2818-P
DRIVER/ATT 3:

**TYPE OF RESPONSE:**
☐ FCL TRANSFER
☐ UNSCHL TRANSFER
☐ STAND-BY
☐ INTERCEPT/ASSIST
☒ SCENE  ☐ NA
☐ EMS DIR PRESENT

**TYPE OF SCENE/PICK-UP LOCATION:**
☐ HOSPITAL
☒ HOME
☐ FARM
☐ MINE/QUARRY
☐ INDUSTRIAL
☐ SPORT/RECREATION
☐ STREET/HIGHWAY
☐ RESIDENTIAL
☐ EDUCATIONAL INST.
☐ OTHER HEALTHCARE FACILITY
☐ OTHER
☐ UNKNOWN/UNSPEC

**PATIENT DEMOGRAPHIC INFORMATION:**
PATIENT NAME: Madonna Perry    SEX: ☐ MALE ☒ FEMALE
ADDRESS: 726 West 4th St
CITY: Beaver Dam    STATE: KY    ZIP: 42320
PHONE:     DOB:     AGE: 47
RACE: ☒ WHITE  ☐ BLACK  ☐ AMERICAN INDIAN  ☐ ALASKAN NATIVE
☐ ASIAN/P.I. ☐ OTHER ☐ UNKNOWN
ETHNIC ORIGIN: ☐ HISPANIC ☐ NON-HISPANIC ☒ UNKNOWN

RESTRAINTS USED? ☒ NO ☐ YES (REASON)

**PATIENT INSURANCE TYPE CODE:**

**MEDICAL HISTORY:**
☐ NONE/UNK
☐ ASTHMA
☐ BEHAVIORAL DIS.
☐ CANCER
☐ CARDIAC DIS.
☐ DIABETES
☐ EMPHYS./COPD
☐ HYPERTENSION
☐ RENAL DISORDER
☐ SEIZURES
☐ STROKE/CVA
☐ SUBS. ABUSE
☐ TOBACCO USE
☐ TRACHEOSTOMY
☐ TUBERCULOSIS
☐ OTHER (SPEC)
nka

**CARDIAC ARREST:**
WITNESSED BY: ☒ NA ☐ UNK
☐ BLS ☐ ALS
☐ BY-STANDER
CPR PERFORMED BY:
☐ NA ☐ UNK
☐ BLS ☐ ALS
☐ BY-STANDER

**SUSPECTED USE/ABUSE:** ☐ ALCOHOL ☐ DRUGS ☐ BOTH ☒ NONE

**PHYSICAL:**
AIRWAY: ☒ PATENT ☐ OBSTRUCTED
BREATHING EFFORT: ☒ NORM ☐ HIGH ☐ DECR ☐ ABSENT
SKIN COLOR: ☒ NORM ☐ PALE ☐ CYAN ☐ FLUSH
SKIN COND: ☒ NORM ☐ COOL ☐ DRY ☐ MOIST

BREATH SOUNDS: L ☒ NORMAL ☐ RHONCHI ☐ ABSENT ☐ RALES ☐ RHO
             R ☒ NORMAL ☐ RHONCHI ☐ ABSENT ☐ RALES ☐ RHO

CHEST WALL: ☐ ABNORMAL SYMMETRY ☐ CREPITUS ☐ FLAIL CHEST

MENTAL: ☒ ALERT ☐ VOICE ☐ PAIN ☐ UNRESPONSIVE

ABDOMEN: ☐ DISTENDED ☒ TENDER    SOUNDS: ☐ NORM ☐ DECR ☐ ABSENT

PUPILS: L ☒ NORM ☐ DILAT ☐ CONST ☒ REACT ☐ NONREACT
       R ☒ NORM ☐ DILAT ☐ CONST ☒ REACT ☐ NONREACT

EXTREM: R-UP ☒ ROM ☐ -ROM  PULSE ☒ SENS  CAP. REFILL <2 >2
       L-UP ☒ ROM ☐ -ROM  PULSE ☒ SENS  CAP. REFILL <2 >2
       R-LO ☒ ROM ☐ -ROM  PULSE ☒ SENS  CAP. REFILL <2 >2
       L-LO ☒ ROM ☐ -ROM  PULSE ☒ SENS  CAP. REFILL <2 >2

NECK: ☐ NO PAIN  CAROTID L ☒ PRESENT ☐ DECR ☐ ABSENT
                         R ☒ PRESENT ☐ DECR ☐ ABSENT

**PATIENT DISPOSITION:**
☐ NA
☒ TREATED, TRANSPORT
☐ TREATED, TRANSP, CARE
☐ TREATED, TR. BY LOV.
☐ TREATED, RELEASED
☐ NO TREATMENT REQ.
☐ TREATMENT REFUSED
☐ UNKNOWN
☐ OBVIOUSLY DECEASED
☐ NO PATIENT FOUND
☐ CALL CANCELED

**PATIENT CONDITION AT DEST.:**
☐ UNCHANGED ☐ EXPIRED
☐ BETTER ☐ UNKNOWN
☒ WORSE ☐ NA

**MODE OF TRANSPORT:** ☐ LIGHTS ☐ SIREN ☒ NONE    **DESTINATION:** ORMC ER

**DESTINATION DETERMINED BY:** ☒ PATIENT ☐ PROTOCOL ☐ CLOSEST ☐ LAW ENF. ☐ MANAGED CARE
☐ PARENT/DA ☐ DR. ON SCENE/MED. DIR. ☐ ONLINE MED ☐ UNKNOWN/NA

**SIGNS/SYMPTOMS:** (CHECK ALL THAT APPLY)
☒ ABDOMINAL PAIN  ☐ INHALATION
☐ AIRWAY OBSTR.  ☐ NAUSEA/VOMITING
☐ ALLERGIC REACT.  ☐ LABOR/BIRTH
☐ ALTERED L.O.C.  ☐ PALPITATIONS
☐ BACK PAIN  ☐ PARALYSIS
☐ BEHAVIOR/PSYCH  ☐ POISON/DRUG
☐ CARDIAC ARREST  ☐ PREG./OB DELIVERY
☐ CARD.SURV.DIST.  ☐ RESP. ARREST
☐ CHEST PAIN  ☐ RESP. DISTRESS
☐ DIABETIC EMERG  ☐ SEIZURE
☐ DIARRHEA  ☐ SEXUAL ASSAULT
☐ DIZZINESS  ☐ SMOKE INHALATION
☐ EAR PAIN  ☐ STING/BITE
☐ ELECTROCUTION  ☐ STROKE/CVA
☐ EYE PAIN  ☐ SYNCOPE/FAINTING
☐ HEADACHE  ☐ TRAUMA (PAGE 2)
☐ HYPERTENSION  ☐ UNRESPONSIVE
☐ HYPERTHERM/FEVER  ☐ VAGINAL HEMORR.
☐ HYPOTHERMIA  ☐ WEAKNESS
☐ HYPOVOL./SHOCK  ☐ NOT APPLICABLE
                  ☐ UNKNOWN

REPRESENTATIVE OF FACILITY ASSUMING CARE: Robert Allen 2411

P40

| REPORT ID: | | | | |
|---|---|---|---|---|
| AGENCY NAME: O.C. EMS | LICENSE #: 1050 | | **Ohio Co. EMS** | |
| INCIDENT #: | RESPONSE #: 3-051 | UNIT #: 4 | **License # 1080** | |
| DATE: 10-6-09 | TIME CALL RECEIVED: | | **Page 2 - ALS/Injury/Narrative** | |

PATIENT NAME: Nadonna Perry    SEX: ☐ MALE ☒ FEMALE    AGE: 47    NOTE:

BLS PROCEDURE CODES:
01 - CPR
02 - ASST. VENTILATION
03 - COLD/HOT APPLIED
04 - EXTRICATION
05 - LONG BD/KED
06 - SHORT BD/KED
07 - SPLINT, ARM
08 - SPLINT, LEG
13 - SPLINT, TRACTION
14 - POSITION/ELEV
15 - MAST/PASG
16 - IV MAINTENANCE
17 - CO CARE/DELIV
18 - SUCTION
19 - OXYGEN, MASK
20 - OXYGEN, CANNULA
21 - AIRWAY, ORAL
22 - AIRWAY, NASAL
23 - DEFIB, AUTOMATIC
24 - OTHER BLS PROC

ALS PROCEDURE CODES:
60 - CARDIOVERSION
61 - OXIMETRY
62 - CHEST DECOMP
64 - CRICOTHYROTOMY
65 - DEFIB, MANUAL
66 - ECG MONITORING
67 - GLUCOSE, BLOOD
68 - INTUBATION
69 - INTRAOSSEOUS ACCESS
70 - INTRAVENOUS ACCESS
71 - GASTRIC TUBE
72 - PULSE OXIMETRY
81 - OTHER ALS PROC

| TIME | CERT. X | PULSE | RESP | SBP/DBP | TEMP. | GYR | VERB | MOT | G.C.S | R.T.S | PROC | ATT | SUC | AMOUNT | OXY. SAT. | CARDIAC RHYTHM | RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | EMT-P | 82 | 18 | 131/72 | | 4 | 5 | 6 | 15 | | 68 | | | | 95% | reg | |
| 1024 | | | | | | | | | | | 65 | | | | | | |
| 1026 | EMT-P | | | | | | | | | | 62 | | | 4 L | 94% | | |
| 1028 | EMT-P | | | | | | | | | | 70 | | 22 | 54 cc | left wrist | | |
| 1030 | | | | | | | | | | | 80 | | | 119 | | | |
| 2094 | EMT-P | | | | | | | | | | 59 | | | | | | |

| TIME | CERT. | MEDICATION ADMINISTERED | DOSE | ROUTE | SITE | AUTHORITY |
|---|---|---|---|---|---|---|
| 1024 | EMT-P | Oxygen | 4 LPM | | nc | md rider |
| 2040 | EMT-P | Morphine | 4 mg | | | md rider |

CAUSE OF INJURY:
☐ MOTOR VEH., TRAX.
☐ MOTOR VEH., OTH.
☐ PEDESTRIAN, TRAF.
☐ BICYCLE
☐ BOAT/WATERCRAFT
☐ AIRCRAFT
☐ DRUG POISONING
☐ CHEMICAL POISON.
☐ FALL OR JUMP
☐ FIRE / FLAMES
☐ SMOKE INHALATION
☐ EXCESSIVE HEAT
☐ EXCESSIVE COLD
☐ VENOMOUS STING
☐ BITE
☐ LIGHTNING
☐ DROWNING/N.D.
☐ MECH. SUFFOCATION
☐ MACHINERY
☐ ELECTROCUTION
☐ RADIATION EXPOSURE
☐ FIREARM
☐ KNIFE
☐ BLUNT OBJECT
☐ RAPE/SEXUAL ASSAULT
☐ BATTERING/ASSAULT
☐ OTHER
☐ UNKNOWN
☐ NOT APPLICABLE

INTENT OF INJURY:
☐ ACCIDENT    ☐ INTENT - SELF
☐ UNKNOWN    ☐ INTENT - OTHER

MANUAL DEFIBRILLATION: JOULES 1st ____ 2nd ____ 3rd ____

SUPPLEMENTARY INFORMATION:

SAFETY DEVICES USED BY PT:
☐ NONE / UNKNOWN
☐ AIR BAG
☐ CHILD SAFETY SEAT
☐ LAP & SHOULDER BELTS
☐ EYE PROTECTION
☐ LAP BELT ONLY
☐ PROTECTIVE CLOTHING
☐ SHOULDER BELT ONLY
☐ PERS. FLOTATION DEVICE
☐ HELMET
☐ OTHER (SPECIFY BELOW)

Fluids Administered (CC): 9.00 cc

Fluids Output (cc):

Est. Blood Loss (cc):

M.V.C.:
VEHICLE PLATE _____ STATE _____
DRIVER LICENSE _____ STATE _____

Pediatric Training Score:
PATIENT POSITION IN VEHICLE:

TRIAGE CRITERIA:

00103988 012008680
PERRY, NADONNA B.    47
10/06/2009
OHIO

**POOR ORIGINAL**

NARRATIVE:
Response to Resd for female abd pain
Pt recent surgery for stomach mid week, pain increased at time
Pt at ER knows egg got large. Able back w/us this before
Pt will to take cut comfort, pt request to help pain
Pt monitor shows, pt is not gated, pt vital signs
Pt 22 ga left wrist s/s, blood sugar 119, o2 4 L nasal
Pt given 4 mg morphine in rt arm, pain better stated by pt
Pt at ER pt Report

Signature: BWIGGINSRM    PRINTED BY: U3283
REPRESENTATIVE OF FACILITY ASSUMING CARE    DATE: [illegible]    EMS CAREPROVIDER

MEDICAL CONTROL FACILITY NUMBER:

P41

**GENERAL ADMISSION DATA**

- Logicare Complaint: Postop pain
- Onset: 7 days
- NAME: Madonna Perry
- Date: 11-16-09   Time: 20:50
- Patient statement of problem: Gastric bypass/hernia last @ 1800. Doctor for pain gastric bypass. Can't get meds filled.
- Primary Language & Method of Communication: _____
- V/S T 97.5  BP (R) ___  BP (L) ___  P 132  R 31  SpO2 100  R/A  O2
- Private Physician: S. Matthews   Specialist: Georgetown
- ED/LDR Nursing Assessment   ESI Level: 3
- Arrived by: EMS
- Age: 41   Gender: Female
- Prior Care: Sinus Tach — Amiodarone
- Allergies/Reactions: NKDA
- Current Meds/Vitamins/Supplements/Herbals: atenolol, pepcid, prescription in hand for percocet/Bactrim

- Weight: 242 (stated)
- LMP: Hysterectomy
- Triage Interventions: none
- Suicide Risk Assessment: No
- Mental Status: Alert/oriented x3, Cooperative, Age appropriate

- TETANUS STATUS: Unknown
- TB Screening: No symptoms
- MRSA SCREENING: Hospitalization in last 12 months

- MEDICAL HISTORY: Hypertension, Lung Problems, Tobacco use yes
- Past hospitalizations/surgeries: gastric bypass, hernia, tonsillectomy, CPB

- FAMILY HISTORY OF: _____
- INITIAL PAIN ASSESSMENT: Are you currently experiencing pain? Yes
  - Intensity: 10/10
  - Location: abd
  - Oriented to pain scale: Yes

- Nurse: _____   TxRoom: _____   Initials: DN
- Time: _____



**PTINST**
**PATIENT INSTRUCTIONS**

Owensboro Medical Health System - Emergency Department
East Parrish Avenue Owensboro, KY 42303  Phone: (270) 688-2011
Pt: Madonna PERRY, Med. Rec.# 000103050  Acct.#: 12606080
D: 11/06/2009 Time: 22:20
River Valley Behavior Crisis Line - 1-270-684-0400

### Discharge Instructions

**IMPORTANT!** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had X-rays, we will review them again within 24 hours and will call you if there are any new suggestions. After you leave, you should follow the instructions below.

You were treated today by David Dwyer, MD.

### THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

Call your doctor if you do not get better. Call sooner if you feel worse. You can reach your doctor by calling their clinic phone number.

Please return to the Emergency Department if your symptoms get worse.

### THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

**ABDOMINAL PAIN ('stomach pain')**
Pain in the abdomen can come from many different sources. The cause of abdominal pain can be hard to find right away. Your symptoms, examination and lab tests did not show an obvious reason for your pain.

Some causes of abdominal pain include:
* a viral or bacterial infection
* gas
* eating certain foods, such as spicy foods or foods that are new to you
* food poisoning
* appendicitis
* heartburn
* gallstones
* urinary tract infection
* kidney stone
* irritable bowel syndrome
* constipation

At home, follow these instructions:
* Rest more than usual while you have pain.
* Drink sips of clear liquids if you are vomiting. If you do not vomit after 6 hours, try eating bland solid food, such as:
    * white rice
    * bananas
    * white bread
    * applesauce
    * jello
* Avoid the following foods and drinks while you have abdominal pain:
    * citrus foods and drinks (oranges, grapefruit, lemonade)
    * fried or greasy foods
    * dairy foods (milk, cheese, yogurt)
    * tomato products
    * alcohol
    * carbonated drinks
    * coffee
* Avoid ibuprofen (Motrin, Advil), naproxen (Aleve) and aspirin while you have abdominal pain. These medicines irritate the stomach.

* Drink plenty of clear liquids (water or juice) so your body does not get dehydrated or low on fluids.

Call your doctor if:
* you are not much better in 2 days.
* you have increased pain or the pain starts to hurt in one spot.
* you have sudden, sharp pain.
* your stomach feels very hard and stiff.
* you develop a fever.
* you have blood in your vomit that is bright red or looks like coffee grounds.
* you have blood in your bowel movements that is bright red or black and tar-like.
* you are not able to pass a bowel movement.
* (FOR WOMEN): your vaginal discharge is foul smelling or has a change in color.
* you have any new or severe symptoms.

### THIS INFORMATION IS ABOUT YOUR MEDICINE

**TRIMETHOPRIM & SULFA** (Bactrim, Septra, Cotrim, Sulfatrim, or generic)
Take this medicine as directed.

This is a combination of medicines used to treat certain infections caused by bacteria. This medicine may be used for other reasons, as prescribed by your doctor.

Side effects may include:
* diarrhea
* dizziness
* drowsiness
* upset stomach, nausea or vomiting, loss of appetite
* headache
* mouth sores or tongue swelling

Other side effects may occur, but are not as common. An upset stomach is not a sign of allergy. Allergy would show up as rash or itching, facial or throat swelling, wheezing or shortness of breath.

Follow these instructions:
* Space your medicine doses evenly throughout the day. This medicine works best if there is a constant amount in your blood.
* Take this medicine with a full 8-ounce glass of water. Try to increase the amount of water you drink while you are taking this medicine. Drinking extra water prevents some side effects of this medicine.
* Take this medicine until gone, even if you are feeling better.
* If you will be having any dental work done, tell your dentist that you are taking this medicine. This medicine can cause slow healing and bleeding of your gums. Use care when using a toothpick, brushing your teeth and flossing.
* Protect your skin from the sun. Wear sunscreen and protective clothes when you are outside. This medicine can cause you to sunburn more easily.
* For diabetics taking diabetes medicine by mouth, this medicine can affect your blood sugar or increase the side effects of your diabetes medicine.
* Do not drink alcohol.

If you are taking the birth control pill, the pill is not as effective while taking this medicine. Use other forms of birth control.

* Store the tablet form of this medicine away from heat, moisture or direct light. Store the liquid form of this medicine in the refrigerator. Shake the liquid form well before each use.
* If you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose. Do not double the dose.

PRINTED BY: 03253
Portions Copyrighted 1997-2009, LOGICARE Corporation  Page 1 of 3
DATE: 1/4/2011

P43



Owensboro Medical Health System - Emergency Department
811 East Parrish Avenue Owensboro, KY 42303   Phone: (270) 688-2011
Patient: Madonna PERRY, Med. Rec.# 000103856  Acct.#: 12608080
Date: 11/00/2000 Time: 22:29
River Valley Behavior Crisis Line - 1-270-684-9466

- Talk with your doctor before taking any other medicines (including vitamins and herbals) as you may require additional monitoring.

Call your doctor if you have:
- any sign of allergy.
- no improvement after you've taken all the medicine.
- any sign of a new infection (fever, general aches, unusual weakness or tiredness).
- mood changes or confusion.
- a yellow color to your eyes or skin, or dark colored urine.
- easy bruising or bleeding.
- white patches in your mouth.
- constant itching in or change in discharge from your vagina.
- Inflammation (pain and swelling) in your intestine during treatment or up to weeks after you've finished this medicine:
    - ongoing diarrhea
    - stomach pain or cramping
    - blood or mucus in your bowel movements
- any new or severe symptoms.

OXYCODONE WITH ACETAMINOPHEN (Percocet, Tylox, Roxicet)

Take this medicine as directed.

This is a mixture of two pain relievers. Together they can relieve moderate to severe pain. This combination medicine may be used for other reasons, as prescribed by your doctor.

Side effects may include:
- sleepiness or dizziness
- upset stomach
- constipation (hard stools)

Other side effects may occur, but are not as common. Allergy would show up as rash or itching, facial or throat swelling, wheezing or shortness of breath. This medicine can be habit forming if used for a long period of time.

Follow these instructions:
- Never take more of this medicine than prescribed. Too much acetaminophen in your body can cause liver damage.
- Read the labels of non-prescription medicines. Many contain acetaminophen. To avoid an overdose, do not take any other medicines that contain acetaminophen.
- Do not share this medicine with others as this medicine is a controlled-substance. Sharing this medicine with others is against the law.
- To avoid constipation while taking this medicine:
    - Drink plenty of liquids. Try to drink 8 to 10 eight-ounce glasses of water or juice each day.
    - Include extra fiber in your diet.
    - Exercise daily.
- Watch for signs of dependence:
    - feeling that you "cannot live without this medicine".
    - you need more of this medicine than before to get the same relief.
- Do not drink alcohol.
- Store this medicine away from heat, moisture or direct light.
- If you are taking this on a regular schedule and you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and return to your regular schedule. Do not double the doses.

Talk with your doctor before taking any other medicines (including herbals) as you may require additional monitoring especially:

- other medicines that cause sedation

Call your doctor if you have:
- any sign of allergy or dependence.
- slow, irregular breathing or heartbeat.
- a yellow color to your skin or eyes, or dark urine.
- stomach pain.
- unusual or extreme tiredness.
- any new or severe symptoms.

GENERAL HEALTH INFORMATION

SEATBELTS AND CARSEATS

There is no doubt that seatbelts and carseats save lives. Here in the Emergency Room we see every day how unseatbelted people are hurt much, much severely. We always buckle-up! Please do the same!

DOMESTIC VIOLENCE/ABUSE (A health service message) No one deserves to be abused. If you or someone you know is in an unsafe relationship, or is a victim of abuse, there is help. You may obtain help or support by calling:
  1) SPOUSE ABUSE CENTER (24 hour service)
     a) Owensboro & Daviess County: 685-0260
     b) Outside Daviess County: 1-800-88-ABUSE
  2) Ky Dept of Social Services (Child, Adult, Family Welfare) 687-7481.
  3) 24 Hour Domestic Violence Hotline: 1-800-799-SAFE (this is a nationwide number).

CIGARETTE SMOKING.
This is surely your greatest health problem! The facts are clear that cigarette smoking will shorten your life. Smoking can cause a many illnesses along the way. If you need help to quit smoking, talk to your regular doctor. Through a partnership between Owensboro Medical Health System, Green River Heart Institute, Green River District Health Department and Kentucky Cancer Program, we are able to offer Cooper-Clayton method to stop smoking. If you would like more information about this program, you can call 688-0908.

IF YOU RECEIVED SUTURES OR STAPLES TODAY PLEASE MAKE ARRANGEMENTS WITH YOUR PHYSICIAN TO HAVE YOUR SUTURES/STAPLES REMOVED. YOU MAY ALSO GO TO THE OMHS CONVENIENT CARE AT 2211 MAYFAIR AVENUE, OWENSBORO, KENTUCKY TO HAVE YOUR SUTURES REMOVED FOR A FEE OF $25.00. YOU WILL BE CHARGED AN EMERGENCY DEPARTMENT FEE FOR SERVICES IF YOU RETURN TO THE EMERGENCY DEPARTMENT.

CONDITION AT DISCHARGE

A & O, No acute distress.

YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.
Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

PRINTED BY: U3253
Portions Copyrighted 1987-2000, LOGICARE Corporation Page 2 of 3
DATE  1/4/2011

P44



Owensboro Medical Health System - Emergency Department.
811 East Parrish Avenue Owensboro, KY 42303    Phone: (270) 688-2011
Patient: Madonna PERRY, Med. Rec.# 000103958  Acct.#: 12808880
Date: 11/00/2009  Time: 22:20
River Valley Behavior Crisis Line - 1-270-684-9466

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

_____
Madonna PERRY or Responsible Person

Madonna PERRY or Responsible Person has received this information and tells me that all questions have been answered.

_____
RN Staff Signature

Portions Copyrighted 1997-2009, LOGICARE Corporation Page 9 of 9

PRINTED BY: U3253
DATE     1/4/2011

P45