

## JUSTICE AND PUBLIC SAFETY CABINET

Western Kentucky Regional Medical Examiner's Office
25 Brown Badgett Loop
Madisonville, Kentucky 42431
Phone (270) 824-7048  Fax (270) 824-7092

### FINAL DIAGNOSES

Madonna Perry

09-219

I. Hemorrhagic peritonitis
   A. History of recent (10/28/09) gastric bypass with subsequent complaints of pain and wound drainage
      1. Seen in ER on 11/06/09
      2. Wound abscess cleaned and packed, antibiotics given
   B. Greater than 5 liters of purulent hemorrhagic fluid in abdomen
      1. Purulent material lining peritoneal surfaces
      2. Hemorrhagic pockets in mesentery, around pancreas and liver
      3. Foci of subcapsular hemorrhagic necrosis, liver, with history of intra-operative liver biopsy
   C. Staples apparently intact
   D. Medical record reviewed
II. Morbid obesity
   A. Body mass index (BMI) 42
   B. Cardiomegaly with clinical history of hypertension
   C. Steatohepatitis
III. Post-mortem blood positive for oxycodone 86.4 ng/g (clotted specimen)

**EXHIBIT 6**

OPINION: Death in this 47-year-old woman, Madonna Perry, is attributed to hemorrhagic peritonitis as a complication of recent gastric bypass surgery. Obesity is a significant coexisting condition. 997.4; 567.9; 278.0

Forensic Pathologist _____   Date 11/19/09

# POST MORTEM EXAMINATION OF THE BODY OF

## Madonna Perry

### CIRCUMSTANCES OF DEATH:

The decedent, identified by the Ohio County Coroner's office as Madonna Perry, was pronounced dead on 11/07/09. She reportedly had gastric bypass surgery on 10/28/09 with recent complaints of pain. A wound abscess was cleaned and packed in a local ER on 11/06/09.

A post mortem examination was requested by the Ohio County Coroner's Office and ultimately performed at the Western Kentucky Regional Medical Examiner's Office on 11/08/09@0830 hrs. by Deirdre Schluckebier, M.D. Assistant was Christy Bryan, R.T.(R).

### EXTERIOR OF THE BODY:

The body is received clad in a blue short-sleeve night shirt. It is that of an obese adult white female appearing consistent with the stated age of 47 years. The body has a measured height of 69 inches and weighs approximately 288 pounds. The scalp hair is brown and measures up to 2 inches. The pupils are round, equal and measure 6mm. The irides are blue. The conjunctivae and sclerae are markedly injected. The nose is in the midline and without palpable deformity. The teeth are natural and in fair repair. There is drying of the lips. The trachea is in the midline. Cervical lymph nodes are not enlarged. The breasts are symmetric and without palpable abnormality. The abdomen is markedly rotund and demonstrates evidence of recent surgery. In particular, a drain is inserted in the right upper quadrant. The sutures are in place and the overlying dressing is moist. Present within the drain are 30 cc of blood-tinged fluid. On the right lateral quadrant is a healing 1 inch incision surrounded by diffuse yellow to purple contusion which extends to the midline and down to the groin. Just below the umbilicus is a 1 inch healing incision. On the left mid lateral abdomen is an open incision through which a portion of gauze tape protrudes. The overlying bandage is moist and the surrounding tissue is discolored yellow. On the left upper quadrant, Steri-strips cover a healing 1 inch wound. Additional scattered contusions are noted on the abdomen and healing incisions are noted in the midline just below the diaphragm. The genitalia are normal adult female. There is no obvious underlying deformity or fracture of the extremities. The legs demonstrate 1+ pitting edema. Purple polish is on the toenails. A remote needle puncture surrounded by contusion with old adhesive is noted on the back of the left hand. Rigor mortis is well developed in the major muscle groups. Livor is present posteriorly except over pressure points. In addition, there is red lividity about the breasts and diffuse purple/red discoloration of the face.

### IDENTIFYING MARKS AND TATTOOS:

None

### EVIDENCE OF MEDICAL INTERVENTION:

No acute interventions are noted.

## INJURIES:

On the right posterior forearm just below the antecube is a 2 inch purple contusion.

## INTERIOR OF THE BODY:

A "Y" incision is carried through a 3 inch midline panniculus. The gauze ribbon in the left lower quadrant is present within the subcutaneous tissues without entering the abdominal cavity. Greater than 5 liters of cloudy hemorrhagic fluid are present within the abdomen. The peritoneal linings are coated in purulent material with black to green patches throughout suggestive of bacterial colonies. The serosal surfaces of all viscera also demonstrate purulent coating. The drain inserted in the right upper quadrant passes by the liver and is lodged in the left upper quadrant. Extending along the drain path is hemorrhage. Hemorrhagic cavities are also present in the right upper mesentery surrounding the pancreas and in the gallbladder bed. The gallbladder and appendix are not identified. Anteriorly, the liver edge is blunted. The diaphragm is coated in purulent material, right greater than left.

The mediastinum is in the midline. The lungs are normally inflated. There is no free fluid in either smooth, pleural space.

## CARDIOVASCULAR:

The heart is enlarged and weighs 490 grams. The epicardial surface contains a normal amount of glistening, yellow adipose tissue. The cardiac chambers are of proportionate capacity. The left ventricle measures 1.4cm. The mural and valvular endocardia are smooth and glistening. No abnormality of the valves is appreciated. The papillary muscles and projecting myocardial muscle bundles are of normal prominence. The chordae tendineae display no abnormality. The coronary ostia are in their usual location and give rise to normally distributed coronary arteries, free of significant atherosclerosis. On section, the firm, brown myocardium is of normal consistency. No focus of scar or acute hemorrhage is demonstrated.

The systemic aorta is of normal caliber and elasticity. The intimal surface is smooth and glistening. The ostia of the large branches are of normal distribution and dimension. Exploration and inspection of the large veins reveals no evidence of ante mortem clot.

## RESPIRATORY:

The lungs are of the usual lobation and weigh 440 and 460 grams, right and left respectively. Mild to moderate amounts of subpleural anthracotic pigment are present within all lobes. The pleurae are generally smooth and glistening. The bronchi are of normal distribution and dimension. They are lined with smooth, tan epithelium. There is no evidence of ante mortem thrombo-emboli. Sectioning reveals congestion. No focus of consolidation, calcification or friability formation is demonstrated. The hilar lymph nodes are mildly anthracotic and non-calcified.

## LIVER AND GALLBLADDER:

The liver weighs 2060 grams. The edge is blunted. On the capsular surface on the left are two (2) lesions. One measures approximately 1cm and has a purulent yellow/tan appearance. The other measures 4cm and appears to be hemorrhagic. Both are superficial and do not extend deep into the underlying soft yellow/tan parenchyma.

The gallbladder is not identified. Surgical clips are noted within the gallbladder bed.

## PANCREAS:

The pancreas is intact although there is extensive peri-pancreatic hemorrhage.

## ADRENALS:

The adrenal glands are in their usual location and are hemorrhagic.

## GENITOURINARY:

The kidneys are of similar size and shape. Together they weigh 290 grams. The capsules are removed to reveal smooth, medium brown renal surfaces. On section, the cortices and medullae are well demarcated. The usual arcuate markings are preserved. No focal abnormalities are demonstrated.

The bladder is devoid of urine.

The uterus and ovaries are not readily identified.

## SPLEEN:

The spleen weighs 150 grams. The capsule is smooth, shiny and intact. On section, no focal abnormal markings are demonstrated. The usual follicular and trabecular markings are preserved.

## ALIMENTARY:

The smooth-walled esophagus is intact, of usual thickness and gray. Its mucosa is present in normal longitudinal folds. The stomach and small intestine demonstrate evidence of recent bypass. Both the continuous gastric tract to the small intestine and the residual blind gastric pouch are opened and noted to contain yellow fluid without hemorrhage. All staples appear to be intact. The small and large intestines contain loose stool.

## MUSCULOSKELETAL:

Examination and palpation of the spine, ribs, shoulder girdle and pelvis fails to reveal fracture.

## NECK:

There is no soft tissue hemorrhage within the neck. The hyoid bone and thyroid cartilages are intact. The larynx and trachea are of average caliber and are patent. They are lined with smooth, pale tan epithelium. The vocal cords display no abnormality.

## THYROID:

The thyroid gland demonstrates no abnormality.

## HEAD:

There is no soft tissue hemorrhage within the scalp. The calvarium is intact and displays no abnormality. The dura is of normal tenseness. The superior sagittal sinus is patent and in the midline. The leptomeninges are glistening and translucent. The brain is of normal convolutional pattern and weighs 1420 grams.

Examination of the arteries at the base of the brain reveals them to be of normal distribution and dimension. They are smooth-walled, collapsed and transparent. The uncinate gyri and cerebellar tonsils do not demonstrate pressure phenomena.

Multiple frontal sections of the brain at approximate levels of 2cm reveal normal relations of gray and white substance. No focal abnormal markings are demonstrated. The ventricles contain clear fluid and the lining ependyma is smooth and glistening. The choroid plexuses display no abnormality. The basal ganglia are normal.

Multiple horizontal sections of the cerebellum, pons and medulla reveal normal architecture of these structures without focal abnormal markings.

Examination of the base of the skull, after removal of the brain and dura, fails to reveal fracture.

## MICROSCOPIC DESCRIPTION:

Heart- Myocyte hypertrophy

Lungs- Vascular congestion with focal atelectasis

Liver- Capsular/subcapsular hemorrhagic necrosis with cantery artifact and mixed inflammatory response; autolysis with moderate fat accumulation; portal areas focally expanded by fibrosis and inflammation.

Kidney- Autolysis

Diaphragm- Dense coating of mixed inflammation with necrotic debris

GI- Serosal/mesenteric hemorrhagic necrosis with mixed inflammation, including neutrophils and eosinophils, extending into muscular layers of bowel wall; mixed bacterial forms.

## DISPOSITION OF EVIDENCE:

The following items are maintained at the Western Kentucky Regional Medical Examiner's Office:

1. Tissue for stock and histology
2. Photographic and diagrammatic identification and documentation
3. Blood standard DNA card
4. Mixed blood for short term storage
5. Pertinent portions of medical records

Mixed blood is submitted to ATF in a sealed kit.

The clothing is returned with the body in the body bag.

Medications provided separately by the county coroner are listed and accounted for within the case file. They are then disposed of at the medical examiner's office.



**AIT Laboratories**
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (317) 243-3894 / Fax: (317) 243-2789

| | |
|---|---|
| LABORATORY CASE NUMBER: 1086677 | Subject's Name: PERRY, MADONNA |
| Client Account:  / KYMADI | Agency Case#: 09-219 |
| Physician: | Date of Death: 11/07/2009 |
| Report To: STATE MEDICAL EXAMINER'S ATTN: Dr. Deirdre Schluckebier 25 Brown Badgett Loop Madisonville, KY 42431 Fx: 270-824-7092 | Test Reason: Other |
| | Investigator: |
| | Date Received: 11/10/2009 |
| | Date Reported: 11/17/2009 |

| | | | |
|---|---|---|---|
| Laboratory Specimen No: 40148383 | | Date Collected: 11/08/2009 | |
| Container(s) :01: Red Top Bottle Tissue, BLOOD CLOT | | Test(s): 70630    Drugs of Abuse Panel, Blood (900B) | |
| | | 99310    Forensic Info | |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| » Investigator: | L.BEVIL | | | | |
| » Pathologist: | SCHLUCKEBIER | | | | |
| » Submitting Official: | SCHLUCKEBIER | | | | |
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | POSITIVE | | | | |
| Oxycodone | POSITIVE | | | | |
| Oxycodone, Quant | | 86.4 | ng/g | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| SALICYLATES | Negative | | | | |
| ALCOHOLS | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |

Specimens will be kept for one year from the date received.

---

The Specimen identified by this Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

PERRY, MADONNA
Laboratory Case #: 1086577
Print Date/Time: 11/17/2009, 10:08:12

*M. Scott Kriger*, Ph.D.
Kriger, Scott
Signature of Certifying Scientist

Page: 1 of 1

# COMMONWEALTH OF KENTUCKY
# JUSTICE CABINET
### Division of Medical Examiner Services

WESTERN KENTUCKY REGIONAL MEDICAL EXAMINER'S OFFICE
25 Brown Badgett Loop
Madisonville, Kentucky 42431
(270) 824-7048

Date: 11/19/09

Name: Madison Perry

ME Case Number: 09-219

To: Coroner/Deputy Coroner _L. Beal_

_Ohio_ County

From: _J. Hunsaker_, M.D.

RE: *Recommended formulation for Paragraphs 25-30 on Certificate of Death (form V.S. No. 1-A (Rev. 11/91))*

28. Part I. *Enter the disease, injuries or complications that caused death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure.*
List only one cause on each line

Immediate cause (Final
Disease or condition resulting
In death)

a. _Hemorrhagic peritonitis_

b. _Complication of recent gastric bypass surgery_
   Due to (or as a consequence of)

Sequentially listed

c. _____
   Due to (or as a consequence of)

d. _____
   Due to (or as a consequence of)

Part II. *Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.*

_Obesity_

29. Manner of death

    _X_ Natural  ___ Accident  ___ Suicide  ___ Homicide
    ___ Pending Investigation  ___ Undetermined  ___ Insufficient information for determination

WHITE-Coroner                                    PINK-Medical Examiner

```
09-219
Madonna Perry
Ohio County
11/08/09
```

47wf

ME NUMBER _____   DATE/TIME  0830

HEIGHT _____   WEIGHT _____

H- 490

RL- 440

LL- 460

L- 2060

K- 290

S- 150

B- 1420

I.) Hemorrhagic peritonitis
  A.) History of recent (10/28/09) gastric by-pass c̄ recent complaints of pain.
  B.) Greater than 5 liters of purulent hemorrhagic fluid in abdomen.
    1.) Purulent material lining peritoneal surfaces
    2.) Hepatic capsular abscess
    3.) Hemorrhagic pockets in mesentery, around pancreas & liver
  C.) Staples apparently intact
  D.) Toxicology, med record review + microscopy studies

TOXICOLOGY: (BA)  (BDS)  CO  UDS  VA

MANNER _____  ICD CODE _____

OPINION _____

STAFF ___DS___   ATTENDANT ___CB___

COUNTY/CORONER ___L. Beal___

COMMONWEALTH OF KENTUCKY  
WESTERN KENTUCKY REGIONAL MEDICAL EXAMINER'S OFFICE

DATE _____  
AUTOPSY # _____

## REPORT OF INVESTIGATION BY COUNTY CORONER OR MEDICAL EXAMINER

Decedent: Marhuba  G.  Perry          Race: W   Sex: Female   Age: 47
              First          Middle        Last

Home Address: 726 W. 4th   Beaver Dam   Ky          Occupation: Unk
              # and Street     City         State

Referring coroner/deputy coroner: Larry M. Bevil          County: Ohio

Investigating law enforcement agency: N/A          Officer: _____

Will Coroner or law enforcement attend autopsy?  Yes ✓  No ___   If yes, whom? Larry Bevil

### CIRCUMSTANCES OF DEATH

GENERAL: Found by husband lying in bed. He gave meds 4 hrs prior. Gastric Bypass 10/28/09. Dr. visit today 11/6/09 sent to ER. EMS took back to ER (O'boro) sent home again.

Last seen alive: 11/7/09          By whom: husband (Kevin)   Where: Residence

Recent Injury or Illness: _____  
Chronic/remote illness/injury: _____  
Current/ongoing medical care: _____  
(include physician if known)  
Current medications: _____  
(attach list if necess)  
History of drug or alcohol abuse (specify): _____  
Who discovered the body: husband   where: _____   when: _____  
Condition of body (temperature, position, rigor, livor, fluids, injuries, decomposition, etc):  
lying on rt side, body cool to touch

If motor vehicle collision:  # of vehicles ___  type of vehicle ___  driver ___  passenger ___  pedestrian ___  ejected ___  
Pertinent criminal or social services history: _____

### SCENE
General (inside/outside, temperature, state of cleanliness, weather, blood, etc): _____

Evidence collected at scene: _____  
Property/evidence sent with body: Med Records

SUSPECTED CAUSE OF DEATH _____    MANNER _____

WHITE- Medical Examiner          YELLOW- Coroner/Investigator

VS-84
(Rev. 9/98)

**COMMONWEALTH OF KENTUCKY**
Department for Public Health
Registrar of Vital Statistics

See back of form for instructions

Please Press Hard
Making Three Copies

**PROVISIONAL REPORT OF DEATH**

(A) Name: Madonna G. Perry        Date of Death: 11-7-09   Hour: 12 noon   A.M./P.M.

County of Death: Ohio    County of Residence: Ohio    Age: 47   Race: W   Sex: Female

Facility or location of Death: 226 W. 4th, Beaver Dam, Ky 42320 (include City/State)

Medical Certifier of Certificate: Larry M. Revlett, 301 Liberty, Hartford, Ky 42347

Facility Notes: _____

Blood and Body Fluid Precautions Advised? YES ✓  NO ___   Blood and body fluid precautions should be observed for any post-mortem procedure regardless of diagnosis.

**KENTUCKY ORGAN DONOR AFFILIATES (KODA) - (800) 525-3456**
In accordance with HCFA's Conditions of Participation - Section 482.110, all deaths must be referred to KODA, prior to the approach of family, regarding the suitability for organ and/or tissue donation.

Date/Time KODA Contacted: _____   Name of KODA Coordinator: _____

Ruled Out For Donation By KODA: YES ___ NO ___   Family Approached about Donation: YES ___ NO ___

If family approached, was consent given for donation: YES ___ NO ___

Name and Relationship of Family Member Approached: _____

(B) Authorization is hereby granted to: Ohio Co. Coroner (Facility Name)

to release the remains of the above named to: Danks Funeral Home (Funeral Home)

for the purpose of transportation and/or disposition.   Kevin Perry (Signature Next of Kin)

_____ (Signature of Local Registrar, Deputy Registrar, Coroner or Hospice Nurse)   _____ Witness

(C) I, representing Danks Funeral Home, hereby accept the remains of the above named and agree to secure and file a complete and satisfactory certificate of death within time limits established by KRS 213.

_____ Signature    P.O. Box 407 Address
Beaver Dam, Ky City/State

(D) I am aware of the circumstances surrounding the death of the above named person and hereby authorize cremation of the remains.

_____ Coroner of _____ County   Date _____

(E) Remains of the above named were buried _____   cremated _____

consigned to _____ (Name of Cemetery/Crematory)   on _____

Address _____

Signature (Sexton or Person in Charge)

WHITE COPY - Must accompany deceased    YELLOW COPY - Health Department in the County of Death    PINK COPY - Facility Copy



**COMMONWEALTH OF KENTUCKY**
**JUSTICE CABINET**
WESTERN KENTUCKY REGIONAL MEDICAL EXAMINER'S OFFICE
WESTERN KENTUCKY FORENSIC CENTER

PHONE 270-824-7048
FAX 270-824-7092

## REGISTRATION

Autopsy No: ME 09- 219
(To be filled out by examiner only)

ADMISSION INFO.

Name of Decedent: Madonna Perry    Age: 47   Race: W   Sex: Female

County: Ohio    Coroner: Larry Bevil

Admission Date: 11-7-09    Admission Time: 9:45 PM

Security Officer (Madisonville Police Dept): _____

Transported to morgue by: Larry Bevil
(Name of Person responsible for transporting body to ME Office)

---

### RELEASE FROM MORGUE

By: _____    Date: 11/8/09    Time: 10:25
To be filled out by Medical Examiner Staff

To: _____    Date: 11/8/09    Time: 11:30 A.M.
To be filled out by Person(s) removing body

Funeral Home: Danks Funeral Home    Phone #: (270)274-7124



**KENTUCKY JUSTICE CABINET**
**STATE MEDICAL EXAMINER'S OFFICE**

09-719

## CORONERS AUTHORIZATION FOR POST-MORTEM EXAMINATION

I hereby authorize the Kentucky Medical Examiner Division to perform a Post-Mortem Examination on this deceased body and to remove and retain such organs and tissues as may be necessary to determine the identification and/or the cause of death and/or the manner of death of this deceased person. This authorization is pursuant to KRS. Chapter 72.

NAME OF DECEDENT: Madonna C. Perry

AGE: 47   SEX: Female   RACE: W

LOCATION WHERE DEATH OCCURRED: 726 W. 4th
Beaver Dam, Ky 42320

DATE OF DEATH: 11-7-09   TIME OF DEATH: Approx 12 Noon   AM ___ PM ___

TYPE OF DEATH THAT IS SUSPECTED: _____

HISTORY: (WHAT HAPPENED) Stomach By-Pass 10/28/09
E.R. Visits 2 times 11-6-09

POLICE AGENCY: _____   INVESTIGATOR: _____

If prescription drug related, state name of physicians and pharmacies on prescriptions:

Medication: List Attached   PHYSICIAN: _____

Medication: _____   PHYSICIAN: _____

Medication: _____   PHYSICIAN: _____

Signed: [signature]
Coroner or Deputy Coroner

Ohio County

CORONER: Please keep pink copy and send white and yellow copy to Medical Examiner.

(Rev. 11/99)

# AIT Laboratories
*A HIGHER STANDARD OF SERVICE*
2265 Executive Drive, Indianapolis, IN 46241
(317) 243-3894  (800) 875-3894  Fax: (317) 243-2789
www.aitlabs.com

## Forensic Toxicology Analysis Request Form

**FC389131**

**Subject**
- Last Name:
- First Name:
- Middle Initial:
- Sex: ☐ Male  ☒ Female
- Agency Case #:
- Date of Death: 11/07/2009
- Age: 47 (Years circled)

Subject box: 09-219 / Madonna Perry / Ohio County / 11/08/09

**Client Information:** 12075
STATE MEDICAL EXAMINER'S OFFICE - KY
MADISONVILLE
25 Brown Badgett Loop
Madisonville, KY 42431

Investigator: C. Basil
Pathologist: Schluckebier
Submitting Official: Schluckebier

Send additional reports to:

**Brief Case History:** Please identify the manner of death (if known) and drugs the subject may have had access to:
peritonitis - status post recent gastric bypass

**Specimens Submitted:**

| Type | Source | Date of Collection | Volume | Type | Date of Collection | Volume |
|---|---|---|---|---|---|---|
| ☒ Blood | mixed | | | ☐ Bile | | |
| ☐ Blood | | | | ☐ Tissue (Specify) | | |
| ☐ Blood | | | | ☐ Tissue (Specify) | | |
| ☐ Urine | | | | ☐ Other (Specify) | | |
| ☐ Vitreous | | | | ☐ Other (Specify) | | |

**Test(s) Requested:**
- ☐ 550  Comprehensive Drug Panel
- ☒ 900  Drugs of Abuse Panel
- ☐ 451  Alcohol Panel
- ☐ 1660  Carbon Monoxide
- ☐ 910  Vitreous Electrolyte Panel
- ☐ 950  Trace Substance Panel (Pills/Syringes/Etc.)
- ☐ 5600  Hepatitis B
- ☐ 5650  Hepatitis C
- ☐ 5700  HIV

Other tests/drugs to be included: _____

**Chain of Custody:**
- Specimens obtained by: D. Schluckebier  Date: 11/8/09
- Specimens sent by: D. Schluckebier  Date: 11/8/09
- Specimens received by: _____  Date: _____

Copy 1: Original must accompany specimen(s) to AIT Laboratories.  Copy 2: Retain for your records.  ATF-10  Rev. Date: 12/2008