The deposition of Timothy Ziolkowski, taken on November 12, 2012

Page 27

1  they feel is unsafe, including discharging a patient.
2  Q   And are you, then, of the opinion the nurses
3  should have done something to alert the doctors they
4  felt that Ms. Perry wasn't safe to be discharged?
5  A   Yes.
6  Q   And can you show me where that is in your
7  disclosure?
8  A   That is -- it's not specifically delineated
9  in the disclosure, other than that they failed to meet
10 their obligations for stabilization.
11 Q   So, then, just so I'm clear, your en -- your
12 entire criticisms of OMHS and that means the
13 corporation and the employees, relating to EMTALA?
14 A   It -- they relate to providing her adequate
15 stabilization.
16 Q   As it pertains to EMTALA?
17 A   Yes.
18 Q   Does Greenview offer you any EMTALA training?
19 A   We have had EMTALA training.  Yes.
20 Q   When was the last time you underwent EMTALA
21 training?
22 A   I believe, roughly, one year ago.  I think it
23 was in October.
24 Q   Do you have any materials from that training?
25 A   With me?  No.


EXHIBIT 7


Kentuckiana Reporters
The Starks Building, Suite 250
455 South 4th Street
Louisville, KY 40202

502.589.2273 OFFICE
502.584.0119 FAX
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of Timothy Ziolkowski, taken on November 12, 2012

Page 26

1 doctor to see a patient?
2     A    No, I would not agree with that.
3     Q    Okay.
4     A    It is routine, in the last 16 years of
5 practicing medicine, that nurses will come to me and
6 say you need to come see this patient.
7     Q    Right, but --
8     A    Whether that's a requirement --
9     Q    That's what I'm asking. What can a nurse do
10 to require you to see a patient?
11     A    I'm not sure anyone can require you to see a
12 patient. You can simply refuse.
13     Q    Well, correct. And -- but -- so then would
14 you agree with me that a nurse can't require a
15 physician to see a patient?
16     A    I suppose as far as a requirement goes, I
17 would agree.
18     Q    Okay. Can you agree that only a doctor can
19 diagnose the patient?
20     A    Yes.
21     Q    So in this case, what could the -- the nurses
22 have done, other than followed the doctor's orders to -
23 - with the regards to EMTALA?
24     A    Well, certainly a nurse has well within their
25 scope of practice to refuse to execute any order that



Kentuckiana Reporters
The Starks Building, Suite 250
455 South 4th Street
Louisville, KY 40202

502.589.2273 OFFICE
502.584.0119 FAX
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of Timothy Ziolkowski, taken on November 12, 2012

Page 25

1  Q   Right. But wh -- I mean -- okay. Well, what
2  did the hospital fa -- what did the hospital itself, I
3  mean, I'm talking about the corporation and its
4  employees, fail to do, in your opinion?
5  A   They failed to stabilize the patient.
6  Q   And in what manner do you expect the
7  hospital, the corporation and its employees and -- and
8  -- I mean -- well, let me back up. Are you aware the
9  doctors in this case are independent contractors?
10 A   Yes.
11 Q   So what steps do you expect the hospital, the
12 cor -- I mean, the corporation or its actual employees
13 to take?
14 A   I expected the nursing staff to participate
15 in her care and evaluation, and to the extent that they
16 execute physician orders, participate in her
17 stabilization.
18 Q   Okay. But you would agree that a nurse
19 cannot order a transfer of a patient to another
20 facility?
21 A   Correct.
22 Q   Would you agree a nurse cannot order a
23 consultation with a surgeon?
24 A   Correct.
25 Q   Would you agree a nurse cannot require a

Kentuckiana Reporters
The Starks Building, Suite 250
455 South 4th Street
Louisville, KY 40202

KENTUCKIANA REPORTERS
COURT REPORTING & VIDEO

502.589.2273 OFFICE
502.584.0119 FAX
schedule@kentuckianareporters.com
www.kentuckianareporters.com