P8

100³  141/74  114  28

☑ Nursing Assessment Reviewed   ☑ Vitals Reviewed _____

**PHYSICAL EXAM**
General Appearance   __ mild / moderate / severe distress____
__ no acute distress   __ anxious / lethargic____
__ alert
**EENT**   __ scleral icterus / pale conjunctivae____
✓ eyes nml Inspection   __ EOM palsy / anisocoria____
✓ ENT Inspection nml   __ purulent nasal drainage____
✓ pharynx nml   __ pharyngeal erythema / exudate____
✓ no signs of dehydration   __ oral lesions / dry mucous membranes____
**NECK**   __ thyromegaly / lymphadenopathy____
✓ nml inspection   __ stiff neck / Kernig's / Brudzinski's sign____
✓ thyroid nml   __ carotid bruit____
**RESPIRATORY**   __ see diagram____
✓ chest non-tender   __ wheezes / rales / rhonchi____
✓ no resp. distress
✓ breath sounds nml   __ irregularly irregular rhythm____
**CVS**   __ extrasystoles (occasional / frequent)____
✓ reg. rate & rhythm   __ tachycardia / bradycardia____
✓ no murmur   __ PMI displaced laterally____
✓ no gallop   __ JVD present / gallop (S3 / S4)____
__ murmur grade __/6 sys / dias____
__ friction rub____
__ decreased pulse(s)____
__ R/L carotd__ fem__ dors ped__

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe

**ABDOMEN**   __ tenderness / guarding / rebound____
__ non-tender   __ hepatomegaly / splenomegaly / mass____
__ no organomegaly   __ abnml bowel sounds____
__ nml bowel sounds   __ bruit____
__ no distension
**RECTAL**   __ black / bloody / heme pos. stool____
__ non-tender   __ tenderness / mass / nodule____
__ heme neg stool /   __ heme pos. stool / control done____
   control done
**BACK**   __ CVA tenderness____
✓ nml inspection
**SKIN**   __ cyanosis / diaphoresis / pallor____
✓ no embolic lesions   __ skin rash____
✓ color nml, no rash   __ decubitus____
✓ warm, dry
**EXTREMITIES**   __ pedal edema____
✓ non-tender   __ calf tenderness____
✓ full ROM   __ joint swelling____
✓ nml appearance   __ Homan's sign / cords____
✓ no pedal edema
**NEURO / PSYCH**   __ disoriented to person / place / time____
✓ oriented x3   __ weakness / sensory loss facial droop____
✓ CN's nml (2-12)   __ slurred / abnml speech____
✓ motor nml   __ depressed mood / affect____
✓ sensation nml
✓ mood / affect nml

**LABS**
CBC | Chem 24 CCU | CK | UA
normal except | normal except | CKMB | normal except
WBC__ | Na__ | Troponin__
Hgb__ | K__ | PT/PTT__
Hct__ | CO2__ | INR__  Cultures sent
Platelets__ | Gluc__ | Amylase__  blood x__
segs__ | BUN__ | Lipase__  urine__
bands__ | Creat__
labs reviewed by ER physician

General Adult-24   DATE 11/8/2010

**EKG & XRAYS**
RHYTHM STRIP __NSR __Rate____
EKG __NML ☐Interp. by me ☐Reviewed by me Rate____
__NSR __nml intervals __nml axis __nml QRS __nml ST/T
not / changed from:_____ repeat EKG- __unchanged /__
CXR ☐Interp. by me ☐Reviewed by me ☐Discsd w/ radiologist
__nml/NAD __no infiltrates __nml heart size __nml mediastinum
Other _____

**PROGRESS**

Time_____  unchanged  improved  re-examined____
__ antibiotics given
♦ CP/AMI - EKG / ASA / B-Blocker / Thrombolytics / PCI / transfer____
♦ CAP - SaO₂ / VS / MSE / antibiotics / BC / pathogen / CXR or CT / transfer____
♦ Syncope/CVA - EKG / t-PA considered____

Consulted with Dr_____  Additional history from:
will see patient in: ED / hospital / office   family caretaker paramedics
Counseled patient / family regarding:   Rx given
lab / rad. results   diagnosis   need for follow-up
CRIT CARE TIME  (excluding separately billable procedures)

**CLINICAL IMPRESSION**
♦ Acute MI   ♦ CVA
♦ Chest Pain   hemorrhagic  non-hemorrhagic
precordial / painful respirations   ♦ Pneumonia
chest wall / discomfort   ♦ Syncope
tightness / pressure / angina

_____ MD
☐ Template Complete  ☐ See Addendum (Dictated / Template #____)
☐ F-T-F interaction with MD  __History __Exam __Review of findings / plan
DISPOSITION-   ☑ Home ☐ transferred ☐ No EMC
   ☐ Inpatient ☐ obs __POA  decubitus / UTI (foley)__
   ☑ Discharged with instructions____
off__ days  Light duty__ days  Referral to____  Recheck__ days
CONDITION-  ☐ unchanged ☑ improved ☑ stable

Care transferred to Dr_____   Time:____
♦ Quality Measure Initiative

00103958 012808337 DOB 04/19/1962
PERRY, MADONNA G.   B P 47
11/06/2009
OMHS