☑ Nursing Assessment Reviewed   ☑ Vital signs reviewed

## PHYSICAL EXAM

**General Appearance**   __mild / (moderate) / severe distress__
__no acute distress        (anxious) / lethargic__
__alert

**EENT**                  __scleral icterus / pale conjunctivae__
✓ eyes inspection nml     __EOM palsy / anisocoria__
✓ ENT inspection nml      __pharyngeal erythema__
✓ pharynx nml             __abnml TM / hearing deficit__
**NECK**                  __thyromegaly / lymphadenopathy__
✓ nml inspection

**RESPIRATORY**           __wheezes / rales / rhonchi__
✓ no resp. distress
✓ breath sounds nml
**CVS**                   __irregularly irregular rhythm__
✓ reg. rate & rhythm      __tachycardia / bradycardia__
✓ heart sounds nml        __JVD present / gallop ( S3 / S4 )__
✓ equal pulses / full     __murmur grade ___/6  sys / dias__
                          __decreased pulse(s)__
                          R / L   radial___  fem___  dors ped___

```
T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
```

**ABDOMEN**  0/26 87       __rigid / distended__
✓ soft, non-tender        __tenderness / guarding / rebound__
✓ no organomegaly         __hepatomegaly / splenomegaly / mass__
✓ nml bowel sounds        __abnml bowel sounds__
✓ no abdominal bruit        increased / decreased / absent / tympanic
✓ no pulsatile mass       __prominent aortic pulsations__
                          __McBurney's point tenderness__
                          __psoas / Rovsing's sign / obturator sign__

**PELVIC EXAM**           __vaginal bleeding / discharge__
__external exam nml       __cervical motion tenderness__
__speculum exam nml       __adnexal tenderness / mass ( R / L )__
__bimanual exam nml       __enlarged / tender uterus__
**MALE GENITAL**          __tenderness / swelling  testicular / inguinal__
__nml inspection
**RECTAL**                __black / bloody / heme pos. stool__
__non-tender              __tenderness__
                          __fecal impaction__
__heme neg stool /        __heme pos. stool / control done__
  control done

**BACK**                  __CVA tenderness__
✓ nml inspection
**SKIN**                  __cyanosis / diaphoresis / pallor__
✓ color nml, no rash      __skin rash  zoster-like__
✓ warm, dry               __embolic lesions / signs of IVDA__
                          __decubitus__

**EXTREMITIES**           __pedal edema__
✓ non-tender              __calf tenderness__
✓ nml ROM                 __Homan's sign__
✓ no pedal edema

**NEURO / PSYCH**         __disoriented to  person / place / time__
✓ oriented x3             __weakness / sensory loss facial droop__
__CN's nml as tested      __speech / cognition abnormalities__
__motor nml               __depressed mood / affect__
__sensation nml
__mood / affect nml

**EKG**
RHYTHM STRIP __NSR __Rate_____
EKG __NML ☐ interp. by me  ☐ Reviewed by me  Rate_____
__NSR __nml intervals __nml axis __nml QRS __nml ST/T
not / changed from:_____ repeat EKG __unchanged__ PRINTED BY  H9036

Abdominal Pain - 36          DATE    11/8/2010

---

## LABS & XRAYS

CBC          Chem. 7 24 CCU   Lipase____    UA
normal except  normal except  Amylase____   normal except
WBC____        Na____         Alk Phos____  WBC____
Hgb____        K____          AST____       RBC____
Hct____        CO2____        ALT____       bacteria____
Platelets____  Gluc____       Clamydia____  dip:____
segs____       BUN____        GC____
bands____      Creat____      HCG:____
                              serum / urine
                              POS    NEG

__labs reviewed by ER physician__
**XRAYS-** ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist
__KUB  __upright abd  __3-view  __CXR pa/lat ap
__nml / NAD  __nml bowel gas  __no free air  __no mass
__no infiltrates  __nml heart size  __nml mediastinum

**CT Scan**   abdomen / pelvis        ☐ Discsd w/ radiologist
__nml
**Ultrasound**  __nml / NAD__
**Pulse Ox** ____% on RA / __L O₂  Interp: nml / hypoxic  Time:____

## PROGRESS

CT scan _edem-sig_ _ln̄o_.
_sudden_

Time_____  unchanged   improved    re-examined
◆ CP/AMI - EKG / ASA / B-Blocker / Thrombolytics /   Clinical Tool Box
  PCI / transfer____                                  __TIMI ACS risk

Consulted with Dr.____           Additional history from:
will see patient in: ED / hospital / office   family caretaker paramedics
Counseled patient / family regarding:   __Rx given____
lab / rad. results diagnosis need for follow-up
CRIT CARE TIME  (excluding separately billable procedures)  ____min

## CLINICAL IMPRESSION

(Abdominal Pain - acute)          Diverticulitis -- acute
◆ Chest Pain - acute              Ectopic Pregnancy - ruptured
  precordial / tightness / pressure  Mesenteric Ischemia - acute
  chest wall / discomfort / angina   Ovarian Cyst - ruptured  torsed
  Vomiting / Diarrhea             Pancreatitis - acute
◆ Myocardial Infarction – acute   Pelvic Inflammatory Disease
  Appendicitis                    Peptic Ulcer Disease
  Aortic Aneurysm – ruptured      Testicular Torsion
  Bowel Perforation / Obstruction Ureterolithiasis / Renal Colic
  Cholecystitis / Biliary Colic   UTI / Pyelonephritis - acute

② ch.d _pgn_ _Post op_.
③ _treated_ _dilt_

                                                        PA
                                                        MD
☐ Template Complete  ☐ See Addendum (Dictated / Template #____)
☐ F-T-F interaction with MD: __History __Exam __Review of findings / plan
**DISPOSITION-** ☑ home ☐ transferred ☐ No EMC
              ☐ Inpatient ☐ obs __POA decubitus / UTI (foley)
              ☑ discharged with instructions____
off____ days Light duty ____ days Referral to____  Recheck____days
**CONDITION-** ☐ unchanged ☑ improved ☐ stable____
Care transferred to Dr.____                          Time:____
                                            ◆ Quality Measure Initiative

```
00103958  012808680   DOB 04/19/1962
PERRY, MADONNA G.         B  F  47
                          11/06/2009
                          OMHS
```