Fac: OMHS

HEALTH INFORMATION FACESHEET

Label ID:MDFACEO

Account Number:
Patient Name: PERRY, MADONNA G.
Medical Record #:00103958

DNA?:

Clerk:D. DIEHL

Adm Date: 11/06/2009
Account Type:
Source: EMERGENCY DEPARTMENT-DONO

Adm Time: 13:27
Acct Subtype:
Financial Class: H

Discharge Date:
Medical Service: EMERGENCY RO

OP Attending MD:

Primary Care MD:

FINAL DIAGNOSIS:

| | |
|---|---|
| OTHER POSTOPERATIVE INFECTION | 998.59 |
| DISRUPTION OF EXTERNAL OPERATION (SURGICAL) WOUND | 998.32 |
| BARIATRIC SURGERY STATUS | V45.86 |
| HYPERTENSION NOS | 401.9 |
| LUMBOSACRAL SPONDYLOSIS | 721.3 |

OPERATIONS AND NON-SURGICAL PROCEDURES:

CONSULTATIONS:

SIGNED:

DATE:

ATTENDING PHYSICIAN



    

Fac:OMHS
Account Number:
Patient Name:PERRY, MADONNA G.
Medical Record #:00103958

PATIENT REGISTRATION FACESHEET

DNA?:N
IFD:

Label ID:EFACE

Checked by:__________
Clerk:D. DIEHL

Chief Complaint: post op complications
Reg Date: 11/06/2009
Account Type:EMERGENCY
Source:EMERGENCY DEPARTMENT

Reg Time: 13:27
Acct Subtype:

Financial Class: H
Medical Service:EMERGENCY RD

ED Attending MD:

Referring MD:
MATTHEWS, SUSAN P9916

| PATIENT DEMOGRAPHIC INFORMATION: | MAILING ADDRESS: | EMPLOYER INFORMATION: |
|---|---|---|
| D.O.B.: Age:47<br>SS#: Sex:F<br>Marital Status:Married<br>Race:Caucasian<br>Religion: Pentecostal Other<br>Interpreter Required?:Not Applic<br>POA?: | 726 W 4TH STREET<br>BEAVER DAM KY 42320<br>County: 183 Ohio<br>Home Phone:(270)363-3869<br>Work Phone:<br>SPOUSE/INSURED INFORMATION:<br>Name:PERRY KEVIN<br>DOB: | Empl Status:NOT EMPLOYED<br>Empl:disabled<br>Addr:<br><br>Phone: |

| GUARANTOR DEMOGRAPHIC INFORMATION: | MAILING ADDRESS: | EMPLOYER INFORMATION: |
|---|---|---|
| Name: PERRY, Madonna G.<br>D.O.B.:<br>SSN:<br>Sex:F<br>Relation to Patient:PATIENT | 726 W 4TH ST<br>BEAVER DAM KY 42320<br>County: 183 Ohio<br>Home Phone: (270)363-3869 | Empl Status: NOT EMPLOYED<br>Empl:<br>Addr:<br><br>Phone: |

| EMERGENCY CONTACT INFORMATION: | NEXT OF KIN: | EMER CONTACT: |
|---|---|---|
| Name: | PERRY Kevin | GOFF Alma |
| Street/PO Box: | 726 W 4TH STREET | 102 ECHOLS CHURCH LANE |
| City/State/Zip: | BEAVER DAM KY 42320 | BEAVER DAM KY 42320 |
| Home Phone: | (270)363-3869 | (270)274-3683 |
| Message Phone: | | |
| Relationship: | HUSBAND | PARENT |

| FIRST INSURANCE: | SECOND INSURANCE: | THIRD INSURANCE: |
|---|---|---|
| Ins Name:Humana Claim Office | Medicare | |
| Address:P O BOX 14610 | 9901 Linn Station Road | |
| City: LEXINGTON | Louisville | |
| State: KY | KY | |
| Zip Code:40512 | 40223 | |
| Insured: PERRY Kevin | PERRY Madonna | |
| Ins DOB: | | |
| Policy #: | | |
| Group #: | | |
| Rel to PT:Spouse | Patient is insured | |
| Auth#: | | |

ACCIDENT DATE: Date:
Place:

Hour:
Nature:

Type:

PRINTED BY: U3253
DATE 1/4/2011

HEALTH INFORMATION FACESHEET

Label ID:HDFACEO

Fac: OMHS
Account Number:
Patient Name: PERRY, MADONNA G.
Medical Record #:00103958

DNA?: N

Clerk:D. DIEHL

Adm Date: 11/06/2009
Account Type:
Source: EMERGENCY DEPARTMENT

Adm Time: 13:27
Acct Subtype:
Financial Class: H

Discharge Date:
Medical Service: EMERGENCY RO

OP Attending MD:

Primary Care MD:

FINAL DIAGNOSIS:

OPERATIONS AND NON-SURGICAL PROCEDURES:

11/6/9

0205439

DD

CONSULTATIONS:

SIGNED:

DATE:

ATTENDING PHYSICIAN

MEDICAL RECORDS COPY

PRINTED BY: U3253
DATE 1/4/2011



# OWENSBORO MEDICAL HEALTH SYSTEM
## PATIENT AUTHORIZATION RECORD

1. CONSENT TO TREATMENT. I voluntarily consent to care involving routine diagnostic tests, procedures and medical treatment as ordered by my admitting and attending physician. I acknowledge that in life threatening emergencies treatment may include administration of universal donor blood that lacks completion of some compatibility testing. I also agree that, as part of the medical procedures or tests that may be performed during my hospital stay, I may be tested for HIV infection, hepatitis or other blood-borne infectious diseases if a physician orders the test for diagnostic purposes or in the event of exposure to health care personnel. I understand that the use of telemedicine may be used in the course of my treatment and by providing my signature below, I hereby consent to the use of telemedicine in my medical care. I am under the care and supervision of my attending physician and it the responsibility of my physician, not OMHS or its employees, to obtain my informed consent to medical or surgical treatment. No one has guaranteed the results that may be obtained from my care.

2. OTHER PRACTITIONERS AND HEALTH CARE EDUCATION. I understand and acknowledge that most physicians furnishing services to me, including, but not limited to, the radiologist, pathologist, anesthesiologist and emergency department physician, as well as residents and medical students, are not employees or agents of OMHS and may be involved in my care. I further understand and agree that there are other health care providers in the Hospital including, but not limited to, certified registered nurse anesthetists, nurse practitioners, registered nurses, physician assistants, physical therapists, occupational therapists, surgical technicians, and psychologists, who may render care to me, and who are NOT employees or agents of the Hospital but who are independent contractors or employees of an independent contractor. I agree that the signing of this document does not in any way imply that OMHS is responsible for or assumes any liability for the activities of any physician or practitioner who is not its employee. As independent contractors, these physicians and other health care providers may bill me separately for their services. I also understand that, from time to time, students in health care occupations, including but not limited to nursing, physical therapy, radiation therapy, and laboratory sciences, may observe and participate in my care at OMHS in a supervised environment and I agree that, by signing this document, I am consenting to such student observation and participation.

3. PATIENT RIGHTS. Hospital patients have specific rights under state and federal law. I acknowledge receipt of information concerning patient rights under state law to make decisions about health care, including the right to refuse treatment, to formulate an advance directive, and the transmission and prevention of AIDS and HIV infection. By signing below, I consent to photographing (including still and video photography) of myself or parts of my body as deemed necessary for inclusion in my medical record for patient identification/safety and treatment.

4. PERSONAL BELONGINGS. I understand that OMHS shall not be responsible for my personal belongings. If I wish to keep items with me in the hospital, I can ask that they be placed in the hospital safe. OMHS reserves the right to confiscate any illegal substances, paraphernalia, alcoholic beverages, firearms or weapons of any kind located on OMHS property.

5. USES AND DISCLOSURES OF INFORMATION. OMHS' Notice of Privacy Practices states how OMHS may use and disclose medical information. OMHS gives patients a copy of the Notice.

6. ASSIGNMENT OF BENEFITS. By signing below, I agree to direct payment to OMHS of any third-party benefits otherwise payable to or on my behalf for the care OMHS provides to me, including emergency services if rendered. Payment to OMHS by a third-party payor shall discharge the payor of any and all obligations under my policy to the extent of such payment. I agree to pay for all charges that are not covered or paid by any third-party payor to the extent allowed by law. If my bill must be turned over to a collection agency, I agree to pay OMHS attorney's fees and collection expenses.

7. BILLING. In order to permit OMHS to bill for the services it has provided to me, I agree to furnish or arrange to have furnished to OMHS any and all information needed to process my insurance claim and, if I have no insurance coverage, a signed agreement to make payment arrangements. I authorize OMHS to receive from the Social Security Administration any Medicare eligibility information necessary to process my account. OMHS must receive verification from my insurance company as to the amount of coverage under my policy for hospital services.

8. FOR MEDICARE RECIPIENTS ONLY: I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and/or the Medicare program or its intermediaries or carriers or to the Professional Review Organization any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. My signature below only acknowledges the receipt of "An Important Message from Medicare" from OMHS on the admission date listed below and does not waive any of my rights to request a review or make me liable for payment.

I, Kevin Perry (print name), agree that a copy of this patient authorization record may be used in place of the original copy. If I am eligible for TRICARE benefits, I acknowledge that I have received a copy of the "Important Message from TRICARE." I acknowledge that I have read and understood all of the information above and I have had the opportunity to ask questions and have them answered to my satisfaction. I agree to all of the conditions for admission to OMHS described above. If I am not the patient, I certify that I am authorized by law to agree to these conditions of admission on the patient's behalf.

| 11/6/9 | X [signature] | | [signature] |
|---|---|---|---|
| Date | Patient/Parent/Guardian/Power of Attorney | Relationship to Patient | Witness |

I, Kevin Perry (print name) acknowledge that I have received OMHS' Notice of Privacy Practices.

| 11/6/9 | X [signature] | | [signature] |
|---|---|---|---|
| Date | Patient/Parent/Guardian/Power of Attorney | Relationship to Patient | Witness |

...any patient because of HIV status, race, creed, color, national origin, or because a... Medicaid or Medicare.

00103958 DOB
PERRY, HADOIRIA G. B P 47
11/06/2009

PRINTED BY U3253
DATE 1/4/2011

DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT

MEDICAL RECORDS

REVISED 09/01/2009 ADMIT

# OWENSBORO MEDICAL HEALTH SYSTEM
## PATIENT AUTHORIZATION RECORD

### LEAVING THE HOSPITAL AGAINST MEDICAL ADVICE

DATE: ______________ TIME: ______ THIS WILL CERTIFY THAT ______________________________, A PATIENT IN THIS HOSPITAL HAS BEEN DISCHARGED AGAINST THE ADVICE OF THE ATTENDING PHYSICIAN: NOW THEREFORE, HAVING FULL KNOWLEDGE AND REALIZING THE DANGER THAT MAY RESULT BY REASON OF REMOVAL OF SAID PATIENT, I HEREBY PROMISE AND AGREE TO HOLD OWENSBORO MEDICAL HEALTH SYSTEM, ALL OF ITS OFFICERS AND EMPLOYEES AND THE ATTENDING PHYSICIAN FREE FROM LIABILITY FOR ANY INJURY THAT MAY RESULT DIRECTLY OR INDIRECTLY BY REASON OF SAID REMOVAL.

SIGNED: ______________________________

WITNESS: ______________________________

---

### OMHS USE ONLY

TO BE COMPLETED BY OMHS PERSONNEL IF PATIENT OR REPRESENTATIVE WILL NOT OR CANNOT SIGN ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES AT THE BOTTOM OF PAGE ONE:

PLEASE CHECK THE APPROPRIATE STATEMENT:

EITHER:

______ PATIENT WAS IN AN EMERGENCY TREATMENT SITUATION DURING FIRST SERVICE DELIVERY, AND THE NOTICE OF PRIVACY PRACTICES WAS PROVIDED AS SOON AS WAS PRACTICABLE AFTER THE EMERGENCY TREATMENT SITUATION PASSED.

OR:

A GOOD FAITH EFFORT WAS MADE TO OBTAIN AN ACKNOWLEDGEMENT FROM THE PATIENT OR HIS/HER REPRESENTATIVE THAT THE NOTICE OF PRIVACY PRACTICES WAS RECEIVED, BUT (CHECK ONE):

______ PATIENT OR REPRESENTATIVE REFUSED TO SIGN.

__✓__ OTHER (LIST REASON WHY ACKNOWLEDGEMENT NOT OBTAINED):

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

DOB

00103958 E F 47

PERRY, MADONNA O. 11/06/2009

OMHS

______________________
PRINT NAME

______________________
SIGNATURE

PRINTED BY: U5253 DATE:

DATE 1/4/2011




## CONSENT FOR RADIOLOGIC PROCEDURE INVOLVING ARTERIAL OR INTRAVENOUS CONTRAST AGENTS

I, Madonna Perry (Patient's Name), acknowledge that my doctor has scheduled an examination that requires an injection of a chemical into my bloodstream, (sometimes referred to as "contrast agent"), which will provide greater visible detail of certain organs of my body when viewed by the use of special radiologic equipment, thereby providing greater information to the physician who will interpret the examination. I have read the information on the back of this form regarding "Facts Concerning Injection of Contrast Agent", and I understand the risks involved in this procedure.

I acknowledge that the nature of this procedure and the risks involved have also been explained to me and all of my questions have been answered to my satisfaction. I also understand that if I have further questions, I may speak with Dr. Harrison prior to the injection of the contrast agent.

I hereby certify that (I am) or (I am not) - (circle one), in one of the high-risk categories described in the information explaining the facts of the use of the contrast agent. If I am in one or more of the high-risk categories, I have circled the category number(s) which applies to me on the back of this Consent Form.

I hereby consent to the injection of a contrast agent as part of the radiologic procedure ordered for me by my physician.

NOTE: The terms "I", "My" and "Me", refer to the patient, regardless of whether this Consent form is signed by the patient or by the patient's legal representative.

11/6/2009 Date

1603 Time

Madonna Perry Patient or Legally Authorized Representative

Date

Time

[signature] RT(R) Witness

* Department Staff - Refer to Special Consent Policy regarding patient's signature.

Madonna Perry

Owensboro Medical Health System

RDY 1 Pg. 1 of 2 Policy #500RAD-001
Revised 10/30/04

PRINTED BY: U3253
DATE 1/4/2011

## FACTS CONCERNING INJECTION OF CONTRAST AGENT

The injection into the bloodstream of a chemical or "contrast agent" is a procedure frequently used to provide greater visible detail of certain organs of the body when viewed by use of special radiologic equipment. This procedure is normally quite safe, but any injection carries a risk of harm. A patient may occasionally have a mild reaction to the contrast agent and will develop hives or sneezing. It is not uncommon, (approximately 1 out of 1,000 cases), for a serious reaction to occur. Physicians and hospital medical staff are trained to treat these reactions. Rarely, (approximately 1 out of 40,000 cases), death occurs as a result of a contrast injection. This risk is comparable to the risk of death from the administration of common antibiotics.

The patients who are considered to be at greater or higher risk for adverse reactions to contrast include:

1. Patients who have previously had a reaction to contrast which required treatment;
2. Patients with severe asthma or allergies;
3. Patients with severe incapacitating heart disease;
4. Patients with multiple myeloma or sickle-cell disease;
5. Patients with severe kidney disease, particularly caused by diabetes.

If a patient is one of the high risk categories he,she will be injected with a non-ionic or low-osmolar contrast, but if not in a high risk group, a standard conventional ionic contrast agent with a long record of safety and effectiveness is used.

Nurse Progress Notes

11/6/2009 @ 1613 110cc Omnipaque 350 hand injected through existing 22g Nexiva in (L) hand c̄ ∅ complications for A/P w/wo. IV flushed c̄ 10cc NS flush prior to & post contrast. IV clamped ——— J. Wheel RT(R)





RDY 1 Pg. 2 of 2 Policy #500RAD-001
Revised 10/30/04

PRINTED BY: U3253
DATE 1/4/2011




24 ♦ General Adult ♦

ED28

DATE:____ TIME: 140P ☐ on arrival ROOM: M4 _EMS in/out

HISTORIAN: patient spouse paramedics,

__HX / __EXAM LIMITED BY: 47F

TRANSFER FROM: ☐ see transfer record

## HPI

**chief complaint:** (L) Abdominal wall abscess / drainage

**onset / duration:** ____ min / hrs / days ago
7 day

| timing: | severity: | modifying factors: |
|---|---|---|
| still present | mild | none |
| better | moderate | |
| gone now | severe | |
| worse | (1/10) | |

**context:** Bypass in 10/20. Now c/o incisional infection & drainage on (L) upper abdomen ø F/C.
Burning & pain Sharp pains to (L) side.
(+) Drainage.

**quality:**

**location:**

Recent trauma

Similar symptoms previously

Recently seen / treated by doctor / hospitalized
Sommerstein 502-867-3303

## ROS

CONST
fever / chills
sweating
recent illness
weakness / weight loss

EYES / ENT
problems with vision
sore throat
nasal drainage

CVS / RESP
chest pain
shortness of breath
cough

GI / GU
abdominal pain
nausea / vomiting
diarrhea
black stools
problems urinating

LNMP ____ preg post-menop

MS / SKIN / LYMPH
calf / leg pain
neck / back pain
joint pain
leg / ankle swelling
rash
swollen glands

NEURO / PSYCH
headache
fainting
dizziness
tingling
numbness
difficulty walking
difficulty with speech
anxiety / depression

☒ all systems neg except as marked

## PAST HX

cardiac disease
A-Fib angina CHF AMI
(hypertension)
renal disease
kidney stones
asthma / COPD

hepatitis / HIV
pancreatitis / peptic ulcer
diabetes Type I Type 2
diet / oral / insulin
CVA / TIA deficit
seizure disorder

__labs reviewed by ER physician
__old records ordered / summary:

Surgeries / Procedures __none
cardiac bypass / stent
(cholecystectomy)
CT / MRI / ECHO
Gastric Bypass
endoscopy upper / lower
hysterectomy / BTL / C-section

Immunizations: influenza / pneumovax UTD / referred to PCP

Medications (none) see nurses note
aspirin coumadin clopidogrel NSAID

Allergies (NKDA)
see nurses note

## SOCIAL HX

smoker drugs
alcohol (recent / heavy / occasional) occupation

## FAMILY HX

(negative)

© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

Owensboro Medical Health System

EMERGENCY PHYSICIAN RECORD

PRINTED BY: U3253
DATE 1/7/2011

00103958 DOD
PERRY, MADONNA G. E F 47
11/06/2009
OMHS

100³ 141/74 114 28

☒ Nursing Assessment Reviewed ☒ Vitals Reviewed

## PHYSICAL EXAM

General Appearance
- no acute distress
- alert
- mild / moderate / severe distress
- anxious / lethargic

EENT
- eyes nml inspection
- ENT inspection nml
- pharynx nml
- no signs of dehydration
- scleral icterus / pale conjunctivae
- EOM palsy / anisocoria
- purulent nasal drainage
- pharyngeal erythema / exudate
- oral lesions / dry mucous membranes

NECK
- nml inspection
- thyroid nml
- thyromegaly / lymphadenopathy
- stiff neck / Kernig's / Brudzinski's sign
- carotid bruit

RESPIRATORY
- chest non-tender
- no resp. distress
- breath sounds nml
- see diagram
- wheezes / rales / rhonchi

CVS
- reg. rate & rhythm
- no murmur
- no gallop
- irregularly irregular rhythm
- extrasystoles (occasional / frequent)
- tachycardia / bradycardia
- PMI displaced laterally
- JVD present / gallop (S3 / S4)
- murmur grade __ /6 sys / dias
- friction rub
- decreased pulse(s)
- R/L carotid __ fem __ dors ped __

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe

Ecchymosis R side w/ R Ant ... Incision ... Cellulitis

ABDOMEN
- non-tender
- no organomegaly
- nml bowel sounds
- no distension
- tenderness / guarding / rebound
- hepatomegaly / splenomegaly / mass
- abnml bowel sounds
- bruit

RECTAL
- non-tender
- heme neg stool / control done
- black / bloody / heme pos. stool
- tenderness / mass / nodule
- heme pos. stool / control done

BACK
- nml inspection
- CVA tenderness

SKIN
- no emboli lesions
- color nml, no rash
- warm, dry
- cyanosis / diaphoresis / pallor
- skin rash
- decubitus

EXTREMITIES
- non-tender
- full ROM
- nml appearance
- no pedal edema
- pedal edema
- calf tenderness
- joint swelling
- Homan's sign / cords

NEURO / PSYCH
- oriented x3
- CN's nml (2-12)
- motor nml
- sensation nml
- mood / affect nml
- disoriented to person / place / time
- weakness / sensory loss facial droop
- slurred / abnml speech
- depressed mood / affect

## LABS

| CBC normal except | Chem 24 COU normal except | | UA normal except |
|---|---|---|---|
| WBC ___ | Na ___ | CK ___ | |
| Hgb ___ | K ___ | CKMB ___ | |
| Hct ___ | CO2 ___ | Troponin ___ | |
| Platelets ___ | Gluc ___ | PT/PTT ___ | Cultures sent |
| segs ___ | BUN ___ | INR ___ | blood x ___ |
| bands ___ | Creat ___ | Amylase ___ | urine ___ |
| | | Lipase ___ | |

labs reviewed by ER physician

## EKG & XRAYS

RHYTHM STRIP __NSR __Rate ___

EKG __NML ☐ Interp. by me ☐ Reviewed by me Rate ___
__NSR __nml intervals __nml axis __nml QRS __nml ST/T

not / changed from: ___ repeat EKG __unchanged / ___

CXR ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/ radiologist
__nml/NAD __no infiltrates __nml heart size __nml mediastinum

Other

## PROGRESS

Morphine ... repeat morphine ... Morphine ...

Time ___ unchanged improved re-examined

- antibiotics given
- ♦ CP/AMI - EKG / ASA / B-Blocker / Thrombolytics / PCI / transfer
- ♦ CAP - SaO2 / VS / MSE / antibiotic(s) / BC / pathogen / CXR or CT / transfer
- ♦ Syncope/CVA - EKG / t-PA considered

Consulted with Dr. ___ Additional history from:
will see patient in: ED / hospital / office family caretaker paramedics
Counseled patient / family regarding: Rx given
lab / rad. results diagnosis need for follow-up
CRIT CARE TIME (excluding separately billable procedures) ___ min

## CLINICAL IMPRESSION

- ♦ Acute MI
- ♦ Chest Pain
  precordial / painful respirations
  chest wall / discomfort
  tightness / pressure / ongoing
- ♦ CVA
  hemorrhagic non-hemorrhagic
- ♦ Pneumonia
- ♦ Syncope

I&D (L) Abd wall ...

Abdomen Pain

___ MD

☐ Template Complete ☐ See Addendum (Dictated / Template #___)
☐ F-T-F Interaction with MD / __History __Exam __Review of findings / plan

DISPOSITION. ☒ Home ☐ transferred ☐ No EMC
☐ Inpatient ☐ obs __POA decubitus / UTI (foley) ___
☒ Discharged with instructions
off ___ days Light duty ___ days Referral to ___ Recheck ___ days

CONDITION. ☐ unchanged ☒ improved ☒ stable

Care transferred to Dr. ___ Time: ___

♦ Quality Measure Initiative

00103958 DOB
PERRY, NAOOMIA G. B P 47
11/06/2009
OHHB

PRINTED BY: U3253
DATE 1/4/2011

ER74

# EMERGENCY DEPARTMENT FLOW SHEET

ESI Level 1 2 3 4 5

## PRIMARY NURSING ASSESSMENT

**NEURO** (WNL) Loss of Cons___ GCS 4/65 MAE
Pupils: L___mm reaction___ Weakness___
R___mm reaction___ Other___
NIH Stroke Scale___
Visual Acuity: OS___ OD___

**RESP** No distress Non-labored Nasal Congestion
Short of Breath Stridor Retractions Accessory Muscles
Breath sounds: Clear Rales Rhonchi Wheezes
Diminished Absent
Cough - Productive + - color___

**CV** N/A Rhythm NSR___ Pain Location___
Skin Normal/Warm/Dry Other___
Edema: None Other___
ORTHOSTATIC Lying BP___ P___
Standing BP___ P___

**ABD** WNL Nausea Emesis Diarrhea Dysuria
LABD pain / Incision pain
Non-tender Tender Vag. Discharge___
Distended Firm FHT___
Bowel sounds + - Last BM___

**EXT** WNL (Moves all well) CMS: Intact Altered___
Deformity___ Edema Weakness
PULSES LUE___ LLE___ Cap refill___
RUE___ RLE___ Cap refill___
Denny Brown: RUE___ RLE___ LUE___ LLE___

**PEDS** N/A Appetite___ Last wet diaper___
Immunizations: UTD other___
Trunk cap refill

**ABUSE/ NEGLECT SCREEN** Is there evidence of neglect/abuse? ☐ Yes ☐ No
For any "Yes" complete DSS115 and notify the appropriate DSS agency.
Describe "Yes" answers in Nurses' Notes below.

| TIME | INITIAL | PROCEDURES AND THERAPIES INITIATED |
|---|---|---|
| | | Oxygen___ (___) SAO2 |
| | | Monitor___ Rhythm___ |
| | | EKG___ |
| | | Respiratory Treatment___ |
| | | Behavioral Health Access___ |
| | | Labs Drawn___ ☐ With IV Start ☐ Per Lab |
| | | U/A ☐ CC ☐ In and Out Cath ☐ From Foley Cath |
| | | ABG By:___ Site___ |
| | | Accucheck___ |
| | | NG (Size)___ Type___ (Site)___ |
| | | Return___ |
| | | Foley Cath (Size)___ (Return)___ |
| | | X-Rays ☐ Portable |
| | | ☐ To X-Ray___ ☐ Returned___ |
| 1511 | BB | ☐ To CT 1548 BB 1557 Returned 1621 BB |
| | | ☐ To US___ ☐ Returned___ |

**SKIN/ WOUND** INTACT Description:
☐ See nurses notes
Location:___ Time___
Length/Size___ Bleeding___
Distal pulses:___
Rash/lesion___
Abrasion___

**FALL RISK:** ☐ limited mobility ☐ altered mental status ☐ dizziness/syncope
Fall Risk: Yes___ No___ (If yes, initiate fall precautions)
☐ Call light within reach
☐ Family at bedside
☐ Side rails up x 2
☐ Bed lowest position

RN SIGNATURE: [signature]

| SUICIDE PRECAUTIONS DOCUMENTATION ☐ N/A | ☐ Search reason provided to patient ☐ Verbal agreement obtained by patient ☐ Search refused security performed "wand" search | Result of search | Disposition ☐ Family ☐ Contraband ☐ Pt valuables | ☐ Security @ bedside ☐ Room made safe | Witness 1___ Witness 2___ |
|---|---|---|---|---|---|

| TIME | BP | P | R | TEMP | SAO2 | PAIN SCALE | GCS | ETCO2 | ONGOING ASSESSMENT | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1390 | 155/[illegible] | | | | | | | | Nursing assessment compl — | AC |
| 1435 | | | | | | | | | CT notified [illegible] | |
| [illegible] | | | | | | | | | Report given M. Bennett[illegible] | |
| [illegible] | | | | | | | | | [illegible] | |
| [illegible] | [illegible] | 100 | 24 | — | | 9 | 15 | | [illegible] meds given | |
| [illegible] | [illegible] | 90 | 22 | | | 4 | 15 | | [illegible] | |
| [illegible] | | | | | | 9 | | | [illegible] w/o [illegible] pt. | |

RN SIGNATURE: [signature]

RN SIGNATURE:

| PATIENT DISPOSITION | ☐ SBAR Report | Notified: |
|---|---|---|
| ☐ Discharged | Transport with: | ☐ Family |
| ☐ Admitting Room #___ | ☐ IV ☐ Pulse Ox | ☐ Police |
| Report Called To___ | ☐ O2 ☐ RN | ☐ Social Services |
| Time to Room___ | ☐ Monitor | ☐ Other |
| | | ☐ Animal bite form |

00103958 DOB
PERRY, NAKOMIA Q. E F 47
11/06/2009
OHHB

PRINTED BY: [illegible]

Owensboro Medical Health System
ER 74 REV. 4/09 Policy #600E-072 Page 1 of 1
White - chart Canary - physician Pink - ER 2011

PTO

ER55A

MONITOR STRIP

| EYES OPEN | MOTOR RESPONSE | VERBAL RESPONSE |
|---|---|---|
| ☐ 4 SPONTANEOUSLY | ☐ 6 OBEYS COMMANDS | ☐ 5 ORIENTED/CONVERSES |
| ☐ 3 VERBAL COMMAND | ☐ 5 LOCALIZES PAIN | ☐ 4 DISORIENTED/CONVERSES |
| ☐ 2 TO PAIN | ☐ 4 WITHDRAWAL PAIN | ☐ 3 INAPPROPRIATE WORDS |
| ☐ 1 NO RESPONSE | ☐ 3 FLEXON (PAIN) | ☐ 2 INCOMPREHENSIBLE |
| | ☐ 2 EXTENSION (PAIN) | ☐ 1 NO RESPONSE |
| | ☐ 1 NONE | |

NA________ TIME________

PUPILS RT________mm LT________mm

9 8 7 6 5 4 3 2

Law Agency Notified: ☐ Y Time________ Init.________ ☐ N

Coroner notified: ☐ Y Time________ Init.________ ☐ N

KODA: ☐ Y Time________ Init.________ ☐ N

Other: ________ ☐ Y Time________ Init.________ ☐ N

DENNY BROWN

No movement ............ 0
Palpable Flicker (or Visible) .. 1
Moves Joint with Gravity Eliminated ............ 2
Moves Joint (Against Gravity). 3
Less Than Normal Resistance............ 4
Normal............ 5

| TIME | | | | |
|---|---|---|---|---|
| Wrist Extensors | R | | | |
| | L | | | |
| Ankle Dorsiflexors | R | | | |
| | L | | | |

Nurse Signature

| TIME | BP | P | R | TEMP | SAO2 | PAIN SCALE | GCS | ETCO2 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1140 | 150/93 | 79 | 22 | — | — | 9 | 15 | | [illegible] | [illegible] |
| 1800 | | | | | | | | | [illegible] | |
| | | | | | | | | | [illegible] | |
| | | | | | | | | | [illegible] | |
| | | | | | | | | | [illegible] | |
| | | | | | | | | | [illegible] | |
| | | | | | | | | | [illegible] | [illegible] |

RN SIGNATURE: [signature]

RN SIGNATURE:________

Owensboro Medical Health System

ER 55A - Rev. 3/08 DRAFT - POLICY # 600E-072

PRINTED BY: U3253

Page 1 of 1 DATE 1/4/2011

White - chart Canary - physician Pink - ER

00103958
PERRY, MADONNA G.
DOB
F 47
11/06/2009

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO, KENTUCKY 42303

EMERGENCY ROOM REPORT

NAME: PERRY, Madonna G
DOB:
PHYSICIAN: CHARLES F HOBELMANN III, MD
DATE OF VISIT: 11/06/2009

ROOM:
PT TYPE:
MR: 00103958
ACCT#:
MSV: ERM

---

The patient is a 47-year-old female who presents with left abdominal wall draining and pain as well as intermittent right abdominal pain. The patient had a gastric bypass on October 20. Has been having some right-sided sharp pains intermittently and has a significant amount of ecchymosis on that side, but recently had an incision on her left abdominal wall break open and drain. She says she has been having increasing pain there but denies any fevers or chills. She was seen by her primary care doctor who gave her a gram of ceftriaxone and some Phenergan and came over here for further evaluation. She is on Percocet but no other significant medicines. No allergies.

Her temperature on arrival was 100.3. She had a heart rate of 114, respirations 28, and 100%. She was in moderate pain when initially seen. She had about a 3 inch left upper abdominal wall healing incision that had dehisced and was draining pus. There was an area of about 6 cm surrounding it of cellulitis. She had significant ecchymosis on the right side of her abdomen, with some mild tenderness to palpation, and a JP drain in place. The rest of her exam was unremarkable.

In the emergency department, she had a white count of 15.9, hemoglobin 11.7, hematocrit 35.1. Her chemistries were unremarkable. She had a CT which showed a subcapsular dense fluid below the liver, potentially in between the stomach and the liver. There was no obvious liver injury. She had cellulitis at the left abdominal wall incision site and a questionable ileus on exam.

I called Dr. Sonnanstine who did her bariatric surgery in Georgetown, Kentucky to discuss the case with him. I told him of her symptoms including the right and left abdomen pain. I told him of the cellulitis at the incision site and the draining of the abscess as well as the findings on CT which showed the subcapsular fluid. He told me that during the surgery the patient bled a fair amount which actually caused him to leave the JP drain in longer, and he felt that the subcapsular liver fluid was likely old blood given that there was no obvious liver injury on CT scan. Given that her H and H is stable, he does not feel she is actively bleeding. He is going to continue to leave the JP drain in. He asked me to do an I and D on the incisional abscess, pack it. I will place her on antibiotics with Bactrim, refill her Percocet to last her until Tuesday, and he will follow up with her on Tuesday. I explained this plan to the patient. She was comfortable with the plan.

PRINTED BY: U3253
DATE 1/4/2011

NAME: PERRY, Madonna G

%%PAGE

EMERGENCY ROOM REPORT

Page 2

Knows to return if symptoms worsen, particularly if she gets a fever or has increased pain and to follow up with Dr. Sonnanstine on Tuesday.

CHARLES F HOBELMANN III, MD

DD: 11/06/2009 17:36:00

DT: 11/09/2009 09:45:31

afs /: 5264

ID: 262478

JOB#: 118000

cc: CHARLES F HOBELMANN III, MD
SUSAN MATTHEWS, ARNP

>

Authenticated by CHARLES F. HOBELMANN III, M.D. On 11/10/2009 12:35:57 PM

PRINTED BY: U3253

DATE 1/4/2011






ER114

# EMERGENCY DEPARTMENT FLUID & MEDICATION ADMINISTRATION RECORD

## MEDICATION

| TIME | MEDICATION AND DOSE (mg) | ROUTE | START TIME | STOP TIME | INITIAL |
|---|---|---|---|---|---|
| | Morphine 4x2 Zofran 4mg | IV [illegible] | 1435 | 1436 | MB |
| 1555 | Morphine 4mg | [illegible] | 1555 | 1559 | [illegible] |
| 1745 | Morphine 4mg | [illegible] | 1745 | 1747 | [illegible] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TIME | SITE | ANALGESIA | IV SIZE/RATE/FLUID | START TIME | STOP TIME | INITIAL |
|---|---|---|---|---|---|---|
| 1630 | Lt hand [illegible] | TOP/LIDO | 22g 1000ml NS KVO | 1630 | 1800 | MB |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |

**VACCINATION DOCUMENTATION LABEL AREA**

**NOTES**

RN Signature [signature]

RN Signature

00103956 DOB

PERRY, MADONNA G. E F 47

11/06/2009

OMHS

PRINTED BY: U3253

Owensboro Medical Health System

ER 114 Reviewed 3/09 Policy 600E-072 Page 1 of 1

White - chart Canary - Physician Pink - ER /2011

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO,KY 42303
Dr. David Graham (Director)

PAGE: 1
NAME: PERRY,MADONNA G
MR# : 103958
ACCT:

DR: HOBELMANN,III CHAR
11/07/2009 20:51
DISC:11/07/2009

AGE : 47Y SEX: F
LOC : ERM
DOB:

************************ METABOLIC CHEMISTRY ************************

| DATE: | | 11/06/09 | REF RANGE | UNITS |
|---|---|---|---|---|
| TIME: | | +1527 | | |
| GLUCOSE | | 98 | 70-100 | MG/DL |
| BUN | | 7 | 7.0-18.0 | MG/DL |
| CREATININE | | 0.6 | 0.6-1.3 | MG/DL |
| SODIUM | L | 134 | 136-145 | MMOL/L |
| POTASSIUM | L | 3.2 | 3.3-5.0 | MMOL/L |
| CHLORIDE | L | 96 | 99-111 | MMOL/L |
| CO2 | | 22 | 20-31 | MMOL/L |
| CALCIUM | | 9.1 | 8.1-10.2 | MG/DL |
| ANION GAP | H | 19 | 4-16 | MMOL/L |
| GFR ESTM | | 114 | | mL/min |
| AFR-AMER | | 138 | | ml/min |

(a)
(b)
(c)
(d)
(e)
(f)

(g)

---FOOTNOTES---

| | GFR | WITH KIDNEY DAMAGE | W/O.DAMAGE |
|---|---|---|---|
| (a) | GFR | WITH KIDNEY DAMAGE | W/O.DAMAGE |
| (b) | >=90 | STAGE 1 | NORMAL |
| (c) | 60-89 | STAGE 2 | DEC GFR |
| (d) | 30-59 | STAGE 3 | STAGE 3 |
| (e) | 15-29 | STAGE 4 | STAGE 4 |
| (f) | <15 | STAGE 5 | STAGE 5 |

(g) The MDRD GFR formula is valid only for adults b/w age18 and 70.

CONTINUED

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO, KY 42303
Dr. David Graham (Director)

PAGE: 2
NAME: PERRY, MADONNA G
MR# : 103958
ACCT:
ADT: 11/06/2009

DR: HOBELMANN, III CHAR

DISC: 11/07/2009

AGE : 47Y SEX: F

LOC : ERM
DOB:

************************* COMPLETE BLOOD COUNT *************************

| DATE: | 11/06/09 | REF RANGE | UNITS |
|---|---|---|---|
| TIME: | +1527 | | |
| WBC | H 15.9 | 4.8-10.8 | THS/uL |
| RBC | L 4.16 | 4.2-5.4 | MIL/uL |
| HGB | L 11.7 | 12-16 | G/DL |
| HCT | L 35.1 | 37-47 | % |
| MCV | 84.4 | 80-98 | FL |
| MCH | 28.2 | 26-34 | PG |
| MCHC | 33.4 | 31-36 | G/DL |
| RDW | H 17.0 | 11.5-14.5 | % |
| PLTC | H 494 | 150-450 | THS/uL |
| MPV | 9.0 | 7.4-10.4 | FL |
| DIFFERENTIAL | AUTO DIFF | | |
| NEUT% | H 70.9 | 36.0-66.0 | % |
| LYMP% | L 20.6 | 24.0-44.0 | % |
| MONO% | 6.1 | 0.0-12.0 | % |
| EOS% | 0.7 | 0.0-5.0 | % |
| BASO% | 1.7 | 0.0-2.0 | % |
| ABS NEUT | H 11.3 | 1.8-7.7 | THS/uL |
| ABS LYMPH | 3.3 | 1.0-4.0 | THS/uL |
| ABS MONO | H 1.0 | 0.0-0.8 | THS/uL |
| ABS EOS | 0.1 | 0.0-0.5 | THS/uL |
| ABS BASO | H 0.3 | 0.0-0.2 | THS/uL |

CONTINUED

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO,KY 42303
Dr. David Graham (Director)

PAGE: 3
NAME: PERRY,MADONNA G
MR# : 103958
ACCT:
ADT:11/06/2009

DR: HOBELMANN,III CHAR
DISC:11/07/2009

AGE : 47Y SEX: F
LOC : ERM
DOB:

************************ ROUTINE CULTURES ************************

11/06/2009 WOUND/LESION CULTURE PRELIMINARY
+ 1440 ACC. NO.: F67865
SPECIMEN DESCRIPTION: ABDOMEN
SPECIAL REQUESTS: AEROBIC CULT

GRAM SMEAR: 1. 1+ POLYS SEEN
2. NO ORGANISMS SEEN

CULTURE: 1. RARE GRAM NEGATIVE RODS (ET: 10 HOURS)
2. FURTHER STUDIES IN PROGRESS

END OF REPORT
PRINTED BY: U3253
DATE 1/4/2011

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO,KY 42303
Dr. David Graham (Director)

PAGE: 1
NAME: PERRY,MADONNA G
MR# : 103958
ACCT:

DR: HOBELMANN,III CHAR
11/10/2009 20:05
DISC:11/07/2009

AGE : 47Y SEX: F
LOC : ERM
DOB:

************************ METABOLIC CHEMISTRY ************************

DATE: 11/06/09
TIME: 1527

| Test | Flag | Result | REF RANGE | UNITS |
|---|---|---|---|---|
| GLUCOSE | | 98 | 70-100 | MG/DL |
| BUN | | 7 | 7.0-18.0 | MG/DL |
| CREATININE | | 0.6 | 0.6-1.3 | MG/DL |
| SODIUM | L | 134 | 136-145 | MMOL/L |
| POTASSIUM | L | 3.2 | 3.3-5.0 | MMOL/L |
| CHLORIDE | L | 96 | 99-111 | MMOL/L |
| CO2 | | 22 | 20-31 | MMOL/L |
| CALCIUM | | 9.1 | 8.1-10.2 | MG/DL |
| ANION GAP | H | 19 | 4-16 | MMOL/L |
| GFR ESTM | | 114 | | mL/min |
| AFR-AMER | | 138 | | ml/min |

(a)
(b)
(c)
(d)
(e)
(f)

(g)

---FOOTNOTES---

| | GFR | WITH KIDNEY DAMAGE | W/O DAMAGE |
|---|---|---|---|
| (a) | GFR | WITH KIDNEY DAMAGE | W/O DAMAGE |
| (b) | >=90 | STAGE 1 | NORMAL |
| (c) | 60-89 | STAGE 2 | DEC GFR |
| (d) | 30-59 | STAGE 3 | STAGE 3 |
| (e) | 15-29 | STAGE 4 | STAGE 4 |
| (f) | <15 | STAGE 5 | STAGE 5 |

(g) The MDRD GFR formula is valid only for adults b/w age18 and 70.

CONTINUED

PAGE: 1 PRINTED BY: U3253
MADONNA G PERRY DATE 1/4/2011
OUTPATIENT MED RECORDS COPY

H #: 103958
LOC: ERM

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO,KY 42303
Dr. David Graham (Director)

PAGE: 2
NAME: PERRY,MADONNA G
MR# : 103958
ACCT:
ADT:11/06/2009

DR: HOBELMANN,III CHAR
DISC:11/07/2009

AGE : 47Y SEX: F
LOC : ERM
DOB:

************************* COMPLETE BLOOD COUNT *************************

| DATE: | 11/06/09 | REF RANGE | UNITS |
|---|---|---|---|
| TIME: | 1527 | | |
| WBC | H 15.9 | 4.0-10.0 | THS/uL |
| RBC | L 4.16 | 4.2-5.4 | MIL/uL |
| HGB | L 11.7 | 12-16 | G/DL |
| HCT | L 35.1 | 37-47 | % |
| MCV | 84.4 | 80-98 | FL |
| MCH | 28.2 | 26-34 | PG |
| MCHC | 33.4 | 31-36 | G/DL |
| RDW | H 17.0 | 11.5-14.5 | % |
| PLTC | H 494 | 150-450 | THS/uL |
| MPV | 9.0 | 7.4-10.4 | FL |
| DIFFERENTIAL | AUTO DIFF | | |
| NEUT% | H 70.9 | 36.0-66.0 | % |
| LYMP% | L 20.6 | 24.0-44.0 | % |
| MONO% | 6.1 | 0.0-12.0 | % |
| EOS% | 0.7 | 0.0-5.0 | % |
| BASO% | 1.7 | 0.0-2.0 | % |
| ABS NEUT | H 11.3 | 1.8-7.7 | THS/uL |
| ABS LYMPH | 3.3 | 1.0-4.8 | THS/uL |
| ABS MONO | H 1.0 | 0.0-0.8 | THS/uL |
| ABS EOS | 0.1 | 0.0-0.5 | THS/uL |
| ABS BASO | H 0.3 | 0.0-0.2 | THS/uL |

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO,KY 42303
Dr. David Graham (Director)

PAGE: 3
NAME: PERRY,MADONNA G
MR# : 103958
ACCT:
ADT:11/06/2009

DR: HOBELMANN,III CHAR
DISC:11/07/2009

AGE : 47Y SEX: F
LOC : ERM
DOB:

************************** ROUTINE CULTURES **************************

11/06/2009 + 1440
WOUND/LESION CULTURE
ACC. NO.: F67865
SPECIMEN DESCRIPTION: ABDOMEN
SPECIAL REQUESTS: AEROBIC CULT

FINAL 11/09/2009

GRAM SMEAR: 1. 1+ POLYS SEEN
2. NO ORGANISMS SEEN

CULTURE: 1. RARE KLEBSIELLA PNEUMONIAE
2. RARE ENTEROBACTER CLOACAE

| DRUG | ORG#1 KPNE MIC | INT | ORG#2 ECLO MIC | INT | ADULT ROUTE | DOSAGE AMOUNT | COST/DAY |
|---|---|---|---|---|---|---|---|
| AMPICILLIN | 16 | R | | | IV | 1 GM Q 6HR | $(1) |
| | | | | | PO | 500 MG Q 6HR | $(1) |
| AMOX/CLAV ACID | 4 | SS | >=32 | R | PO | 875 MG Q 8HR | $(2) |
| AMIKACIN | <=2 | SS | <=2 | SS | IV | 750 MG Q 12HR | $(2) |
| AMP/SULBACTAM | 4 | SS | | | IV | 1.5 GM Q 6HR | $(4) |
| AZTREONAM | <=1 | SS | <=1 | SS | IV | 1 GM Q 8HR | $(5) |
| CEFTRIAXONE | <=1 | SS | | | IV | 1 GM Q 24HR | $(4) |
| CEFTAZIDIME | <=1 | SS | <=1 | SS | IV | 1 GM Q 8HR | $(4) |
| CEFOXITIN | <=4 | SS | >=64 | R | | | $ |
| CEFAZOLIN | <=4 | SS | | | IV | 1 GM Q 8HR | $(1) |
| CIPROFLOXACIN | <=0.25 | SS | <=0.25 | SS | IV | 400 MG Q 12HR | $(5) |
| | | | | | PO | 500 MG Q 12HR | $(2) |
| CEFPODOXIME | <=0.25 | SS | <=0.25 | R | PO | 200 MG Q 12HR | $(2) |
| CEFUROXIME (AXETIL) | <=1 | SS | | | PO | CEFTIN 250 Q 12H | $(3) |
| CEFUROXIME(SODIUM) | <=1 | SS | | | IV | 1.5 GM Q 8HR | $(3) |
| CEFOTETAN | <=4 | SS | | | IV | 1 GM Q 12HR | $(3) |
| CEFEPIME | <=1 | SS | <=1 | SS | IV | 1 GM Q 12HR | $(4) |
| GENTAMICIN | <=1 | SS | <=1 | SS | IV | 120 MG Q 12HR | $(1) |
| ***IMIPENEM | <=1 | SS | <=1 | SS | IV | 500 MG Q 6HR | $ |
| LEVOFLOXACIN | <=0.12 | SS | <=0.12 | SS | IV | 500 MG Q 24HR | $(3) |
| | | | | | PO | 500 MG Q 24HR | $(2) |
| MEROPENEM | <=0.25 | SS | <=0.25 | SS | IV | 1 GM Q 8HR | $(6) |
| NALIDIXIC ACID | 4 | SS | 4 | SS | | | $ |
| ***PIPERACILLIN | 8 | R | <=4 | SS | | | $ |
| TRIMETH-SULFA | <=20 | SS | <=20 | SS | IV | 15 ML Q 6HR | $(3) |
| | | | | | PO | DS Q 12HR | $(1) |
| TETRACYCLINE | <=1 | SS | <=1 | SS | IV | DOXY 100MG Q 12H | $(4) |
| | | | | | PO | DOXY 100MG Q 12H | $(1) |
| TICARCILLIN | 32 | R | <=8 | SS | | | $ |
| TOBRAMYCIN | <=1 | SS | <=1 | SS | IV | 120 MG Q 12HR | $(2) |

<< CONTINUED ON NEXT PAGE >>

PRINTED BY: U3253
DATE 1/4/2011

OWENSBORO MEDICAL HEALTH SYSTEM
OWENSBORO,KY 42303
Dr. David Graham (Director)

PAGE: 4
NAME: PERRY,MADONNA G
MR# : 103958
ACCT:
ADT:11/06/2009

DR: HOBELMANN,III CHAR
DISC:11/07/2009

AGE : 47Y SEX: F
LOC : ERM
DOB:

******************** ROUTINE CULTURES (CONTINUED) ********************
<< ACC. NO: F67865 - CONTINUED FROM PREVIOUS PAGE >>

11/06/2009 WOUND/LESION CULTURE FINAL 11/09/2009
+ 1440 ACC. NO.: F67865
SPECIMEN DESCRIPTION: ABDOMEN
SPECIAL REQUESTS: AEROBIC CULT

| DRUG | ORG#1 KPNE MIC | INT | ORG#2 ECLO MIC | INT | ADULT ROUTE | DOSAGE AMOUNT | COST/DAY |
|---|---|---|---|---|---|---|---|
| PIP/TAZOBACTAM | <=4 | SS | <=4 | SS | IV | 3.375 GM Q 6HR | $(5) |

ACQUISITION COST RANGES $ (1)0-4.99 (2)5-9.99 (3)10-19.99 (4)20-39.99 (5)40-49.99 (6)50-99.99 (7)100-200
*** ANTIBIOTIC NOT STOCKED BY OMHS PHARMACY
SS = SUSCEPTIBLE, R = RESISTANT, I = INTERMEDIATE
SYNS = INDICATES SYNERGY WITH A PENICILLIN IS LIKELY
SYNR = INDICATES SYNERGY WITH A PENICILLIN IS NOT LIKELY

END OF REPORT

PAGE: 4 PRINTED BY: U3253
MADONNA G PERRY DATE 1/4/2011 H #: 103958
OUTPATIENT MED RECORDS COPY LOC: ERM

Notes for Patient " Perry, Madonna G "





RADIOLOGY

**OMHS - Study Notes/Preliminary Report**

| | | | |
|---|---|---|---|
| Patient: | Perry, Madonna G | Ordering Physician: | Hobelmann Iii, Charles |
| ID: | 00103958 | Phone, Pager: | Phone: 270-685-0216 Pager: |
| DOB: | | | |
| Age/Gender: | 47Y, F | Primary Location: | ERM |
| Procedure: | ED Abd/Pelvis(ORAL & IV) CT | Study Date: | 11/6/2009 4:07:51 PM |
| Accession #: | 3526968 | Order #: | 3526968 |
| Reason: | Diagnosis: abd pain History: post op complications Comments: med4 READY | | |

**OMHS\P9494, Ash, Md, Deborah - 11/6/2009 5:09:36 PM**
subcapsular liver

**OMHS\P9494, Ash, Md, Deborah - 11/6/2009 5:09:24 PM**
subcapsular dense fluid ? blood vs bile post op cellulitis at incision site ? ileus vs partial sbo dashmd

00103958 DOB
PERRY, MADONNA G. B F 47
11/06/2009
OMHS

PRINTED BY: U3253
DATE 1/4/2011

Owensboro Medical Health System
Radiology Diagnostic Report

Name: PERRY, Madonna G
MRN: 00103958
DOB:
Sex: F
Account#:
Accession: 3526968
Exam: (OMHS) CTABDPELEDCT- ED Abd/Pelvis(ORAL IV)

MFID: 00103958
Patient Location: ERM
Date of Service: 11/06/2009 16:37
Department: CAT Scan

Requesting Provider: HOBELMANN III, CHARLES
Primary Provider: MATTHEWS, SUSAN
Comments: abd pain
History: post op complications
Reason for Exam: pt c/o pn drainage from abd incision on lt upper abd. pt

CT-ED Abd/Pelvis (Oral and IV)

CLINICAL HISTORY: Recent post-op complication. Complains of drainage.

TECHNIQUE: Multiple axial images of the abdomen and pelvis were obtained from the base of the lungs to the proximal femurs after the administration of oral and IV contrast. Sagittal and coronal reconstructive views were performed.

FINDINGS: The base of the heart, spleen, adrenal glands, and both kidneys are grossly unremarkable. There are surgical clips in the gallbladder fossa. There is a small subcapsular fluid collection adjacent to the liver. There is mild intrahepatic ductal dilatation demonstrated. There is stranding and inflammation in the fat between the stomach and the liver. There is focal low attenuating area near major hepatic fissure which is questionably intrahepatic or subcapsular just underlying the liver. The Hounsfield units are in the range of complex fluid. There is a drain in the left upper abdomen coursing superiorly to the stomach and with the tip sitting above the spleen. There are surgical clips in and about the medial aspect of the stomach. There is a soft tissue density adjacent to the stomach which contains a small amount of gas and is surrounded by surgical clips which is continuous with a noncontrasted collapsed lumen. There is contrast in the fundus of the stomach. There is distention of the first, second and third part of the duodenum as well as proximal small bowel to what appears to be an anastomosis. There is also a few distal distended loops of small bowel present which contains some contrast. The bladder is decompressed. The uterus and ovaries are not seen. The colon is decompressed. The aorta demonstrates fairly normal course into the abdomen withouy significant peri aortic adenopathy. There is no significant evidence

PRINTED BY: U3253
DATE 1/4/2011

of free fluid. The cecum and the ascending colon appear fluid filled. In the left to midline abdomen, on image number 55, there is focal inflammatory change within the soft tissue extending to the fascia. This focal area measures approximately 5.1 x 2.3 cm. There is minimal inflammatory change near the fascia on the right side.

Minimal bibasilar atelectasis is demonstrated.

Mild degenerative changes seen in the thoracolumbar spine.

IMPRESSION:

1. Patient is status-post gastric bypass.
2. Unusual subcapsular liver fluid collection which is seen on the underside of the liver near the gallbladder fossa and near the dome of the diaphragm. The differential diagnosis would include the possibility of a injury to the liver and subcapsular blood versus the possibility of bile leak.
3. Inflammatory change at the incision site in the left abdominal wall without definitive drainable fluid collection, could represent hematoma versus cellulitis.
4. Status-post hysterectomy.
5. Mild degenerative change thoracolumbar spine.
6. Distended loops of small bowel cannot exclude post operative ileus versus developing partial small bowel obstruction.
7. These findings are called to Dr. Hobelmann at the time of this dictation.

Performed By: LeClair, Jennifer
Dictated By: ASH, DEBORAH
11/06/2009 17:02
Transcribed By:
11/06/2009 17:29
Signed By: ASH, DEBORAH
11/06/2009 22:31

PRINTED BY: U3253
DATE 1/4/2011

NS92

Logicare Complaint: Post op comp

Onset: today

GENERAL ADMISSION DATA

NAME Madonna Perry Date 11-6-09 Time 1245

Patient statement of problem gastric bypass 20th - incision open draining pink - Rocephin 1gm IM Phenergan 25mg IM given 3 ⊕ MRSA swab

Primary Language & Method of Communication

V/S T 99.3 BP (R) 141/74 BP (L) P 114 R 28 SpO2 100

☐ Temp Art ☐ Tymp ☐ Rectal ☐ Reg ☐ Irreg ☐ R/A ☐ O2

Private Physician Matthews (Buchanan) Specialist Surgeon Sonnanstine (502 8673303)

**ED/LDR Nursing Assessment** ESI Level 1 | 2 | 3 | 4 | 5

Arrived by: ☒ Family/SO ☐ Police ☐ Self ☐ In house pt ☐ EMS

Age 47 Gender: ☐ Male ☒ Female

Prior Care:

**Allergies/Reactions**

NKA

**Current Meds/Vitamins/Supplements/Herbals** ☒ None ☐ See list

Weight 270 ☐ actual ☒ stated

LMP ☒ Hysterectomy

Triage Interventions: ☐ Ice ☐ Cleanse ☐ Splint ☐ Elevate ☐ Dressing ☐ PCollar ☐ Wheelchair ☐ Urine ☐ Other

**Suicide Risk Assessment**
Are you having thoughts of suicide or hurting yourself now, or have you had those thoughts recently? ☐ Yes ☒ No

**Mental Status**
☒ Alert/oriented x 3
☐ Disoriented
☐ Cooperative
☐ Uncooperative
☐ Age appropriate
☐ Crying
☐ Anxious
☐ Smells of ethanol

**TETANUS/INFECTION SCREEN: All units must complete**

TETANUS STATUS: ☐ >5 yrs ☒ Imm UTD ☐ Unknown

TB Screening: ☐ Cough > 3 wks ☐ Fever/night sweats ☐ Bloody sputum w/cough ☐ wt loss/anorexia ☐ Mask applied ☒ No symptoms

MRSA SCREENING: ☒ hx of MRSA ☐ hospitalization in last 12 months ☐ on hemodialysis ☐ seen at a wound care center in past 12 months ☐ admitted to a LTCF in past 12 months

Implement MRSA protocol/gown, gloves, (mask for cough)

**MEDICAL HISTORY** ☒ None ☐ Wound/Pressure Ulcer ☐ Bowel/Bladder Incontinent ☐ Constipation/Diarrhea

Heart: ☐ MVP/Valve Dz. ☐ ICD/Pacer ☐ MI ☐ CHF ☐ CP ☒ CAD ☐ Rhythm probl.

☒ Hypertension ☐ Lung Problems ☐ TB ☐ Asthma ☐ COPD ☐ SOB/DOE ☐ Cough ☐ Bleeding Problems

☐ Diabetes ☐ Dialysis ☐ Stroke ☐ Urinary cath W/I last 30 days ☐ Seizures ☐ Hepatitis

☐ Cancer ☐ Clinical trials - past or currently undergoing ☐ Alcohol use occ reg amount per day

☐ Tobacco use occ reg amount per day ☐ Recreational drug use ☐ Other

Past hospitalizations/surgeries: ☐ None Cushings, stent, bypass, tubal, tonsils, CCB, gastric bypass

What are you currently being treated for? (within the last 2 weeks) ☐ N/A Matthews - today Sonnanstine - yest

FAMILY HISTORY OF: ☒ Diabetes ☒ Cancer ☐ Heart disease

INITIAL PAIN ASSESSMENT: ☐ See above documentation Are you currently experiencing pain? ☒ Yes ☐ No

If so: Location abd Intensity (Pain scale) 10 Oriented to pain scale ☒ Yes ☐ No

Character Duration/Frequency

What meds/alternatives (heating pad, ice pack, massage, etc) help reduce your pain?

Are there any meds/alternatives that have not helped your pain? ☐ Yes ☐ No Specify

☐ Unable to complete in ED due to patient condition

Nurse [signature]

Time 11/6/1240 TxRoom M4 Initials [signature]

00103958 DOB
PERRY, MADONNA G. E F 47
11/06/2009
OHHS

☐ Page 1 completed by ED Triage

PRINTED BY: U3253
DATE: 1/4/2011

Owensboro Medical Health System

ADMISSION DATA PG 1 OF 5
NS 92 - Revised 8/09 draft
Policy #600-220, 100-007



PTINST
PATIENT INSTRUCTIONS

rensboro Medical Health System - Emergency Department
1 East Parrish Avenue Owensboro, KY 42303 Phone: (270) 688-2911
tient: Madonna PERRY, Med. Rec.# 000103958 Acct.#:
te: 11/08/2009 Time: 17:59
ror Valley Behavior Crisis Line - 1-270-684-9466

Discharge Instructions

IMPORTANT: We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had X-rays, we will review them again within 24 hours and will call you if there are any new suggestions. After you leave, you should follow the instructions below.

You were treated today by CHARLES HOBELMANN III, MD.

THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

Call your doctor if you do not get better. Call sooner if you feel worse. You can reach your doctor by calling their clinic phone number.

THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

ABSCESS.
Your health care provider lanced or opened your abscess. Your wound is packed with sterile gauze to keep the wound open, allowing pus to continue to drain and to let your wound heal from the inside before the skin on top heals. One end of the gauze will remain inside your wound and the other end will be left sticking out through the cut in your skin. This prevents your skin from healing back over the pocket of infection. The gauze packing is initially changed from twice a day to every other day, depending on how much pus is draining. We will continue to pack your wound until it looks healthy and is almost healed.

It is important to keep all follow-up appointments with your doctor.

At home, please follow these instructions:
- Return to normal activities when you feel able to do so.
- You may take a shower..
- If you were prescribed antibiotic medicine to treat the bacteria in your wound, take it exactly as directed.
- Leave the packing inside your wound in place. You may change the outside dressing as needed, when it gets soiled with pus.
- Keep your wound and dressings clean and dry at all times.
- If your packing comes out before your next scheduled appointment, call your doctor.
- If you were prescribed pain medicine, take some before your next dressing change.

Call your doctor if you have:
- increased drainage or bleeding from the wound.
- increased redness, or swelling from the wound.
- red streaks from the wound.
- foul smell or pus from the dressing or wound.
- chills or fever over 101 degrees.
- increased pain in your wound.
- any new problems or concerns.

ABDOMINAL PAIN ("stomach pain")
Pain in the abdomen can come from many different sources. The cause of abdominal pain can be hard to find right away. Your symptoms, examination and lab tests did not show an obvious reason for your pain.

Some causes of abdominal pain include:
- a viral or bacterial infection
- gas
- eating certain foods, such as spicy foods or foods that are new to you
- food poisoning
- appendicitis
- heartburn
- gallstones
- urinary tract infection
- kidney stone
- irritable bowel syndrome
- constipation

At home, follow these instructions:
- Rest more than usual while you have pain.
- Drink sips of clear liquids if you are vomiting. If you do not vomit after 6 hours, try eating bland solid food, such as:
  - white rice
  - bananas
  - white bread
  - applesauce
  - jello
- Avoid the following foods and drinks while you have abdominal pain:
  - citrus foods and drinks (oranges, grapefruit, lemonade)
  - fried or greasy foods
  - dairy foods (milk, cheese, yogurt)
  - tomato products
  - alcohol
  - carbonated drinks
  - coffee
- Avoid ibuprofen (Motrin, Advil), naproxen (Aleve) and aspirin while you have abdominal pain. These medicines irritate the stomach.
- Drink plenty of clear liquids (water or juice) so your body does not get dehydrated or low on fluids.

Call your doctor if:
- you are not much better in 2 days.
- you have increased pain or the pain starts to hurt in one spot.
- you have sudden, sharp pain.
- your stomach feels very hard and stiff.
- you develop a fever.
- you have blood in your vomit that is bright red or looks like coffee grounds.
- you have blood in your bowel movements that is bright red or black and tar-like.
- you are not able to pass a bowel movement.
- (FOR WOMEN): your vaginal discharge is foul smelling or has a change in color.
- you have any new or severe symptoms.

THIS INFORMATION IS ABOUT YOUR MEDICINE

MORPHINE SULFATE IV
This medication will be given to you through an IV (a small tube in a vein in your hand or arm). The nurse may give it to you as needed, or you may have a "patient-controlled analgesia" (PCA) pump with a button you can push when you need something for pain. Sometimes morphine IV is also given as a continuous infusion in cases of severe pain.
Morphine IV may be used:
- for moderate to severe pain
- for pain after surgery
- before surgery to decrease anxiety and prepare you for anesthesia
- to help with shortness of breath in severe heart failure

Side effects may include:


PRINTED BY: U3253
DATE 1/4/2011




Owensboro Medical Health System - Emergency Department
811 East Parrish Avenue Owensboro, KY 42303 Phone: (270) 688-2011
Patient: Madonna PERRY, Med. Rec.# 000103058 Acct.#:
Date: 11/08/2009 Time: 17:58
River Valley Behavior Crisis Line - 1-270-684-9466

- Sleepiness
- Dizziness
- Weakness
- Nausea and vomiting
- Dry mouth
- Constipation
- Low blood pressure
- Slow or shallow breathing
- Sweating

Other side effects may occur, but are not as common. Allergy would show up as rash, itching, swelling of the mouth or throat, or difficulty breathing.

Follow these instructions while receiving morphine IV:
- Get up from lying down slowly to avoid dizziness.
- Ask for pain medicine (or use your PCA button) before activity or pain-producing events.
- Ask for pain medicine (or use your PCA button) before your pain is severe.
- Drink plenty of fluids (if you are able) to prevent constipation.

Notify your nurse or doctor if you have:
- pain or redness at your IV site.
- nausea or vomiting.
- difficulty breathing.
- rash or other signs of allergy.
- any unusual symptoms or sensations.
- any new or severe symptoms.

ONDANSETRON (Zofran).

Take this medicine as directed.

This medicine is used to prevent nausea and vomiting that can happen after your dose of chemotherapy. It also can be used to prevent nausea and vomiting after surgery or radiation.
Side effects may include:
- headache
- anxiety
- dizziness
- cramping
- dry mouth
- drowsiness
- constipation (hard stools)
- diarrhea
- fever or chills

Other side effects may occur, but are not as common. Allergy would show up as: rash or itching, wheezing or shortness of breath.

Follow these instructions:
- Sit or stand slowly to avoid dizziness.
- Keep all follow-up appointments with your doctor and lab.
- Use gum, hard candy or ice chips for a dry mouth.
- Talk with your doctor before taking any other medicines (including vitamins and herbals) as you may require additional monitoring.

Call your doctor if you have:
- any sign of allergy.
- any bothersome side effects.
- increased nausea or vomiting.
- any new or severe symptoms.

OXYCODONE WITH ACETAMINOPHEN (Percocet, Tylox, Roxicet)

Take this medicine as directed.

This is a mixture of two pain relievers. Together they can relieve moderate to severe pain. This combination medicine may be used for other reasons, as prescribed by your doctor.

Side effects may include:
- sleepiness or dizziness
- upset stomach
- constipation (hard stools)

Other side effects may occur, but are not as common. Allergy would show up as: rash or itching, facial or throat swelling, wheezing or shortness of breath. This medicine can be habit forming if used for a long period of time.

Follow these instructions:
- Never take more of this medicine than prescribed. Too much acetaminophen in your body can cause liver damage.
- Read the labels of non-prescription medicines. Many contain acetaminophen. To avoid an overdose, do not take any other medicines that contain acetaminophen.
- Do not share this medicine with others as this medicine is a controlled-substance. Sharing this medicine with others is against the law.
- To avoid constipation while taking this medicine:
  - Drink plenty of liquids. Try to drink 8 to 10 eight-ounce glasses of water or juice each day.
  - Include extra fiber in your diet.
  - Exercise daily.
- Watch for signs of dependence:
  - feeling that you "cannot live without this medicine".
  - you need more of this medicine than before to get the same relief.
- Do not drink alcohol.
- Store this medicine away from heat, moisture or direct light.
- If you are taking this on a regular schedule and you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and return to your regular schedule. Do not double the doses.

Talk with your doctor before taking any other medicines (including herbals) as you may require additional monitoring especially:
- other medicines that cause sedation

Call your doctor if you have:
- any sign of allergy or dependence.
- slow, irregular breathing or heartbeat.
- a yellow-color to your skin or eyes, or dark urine.
- stomach pain.
- unusual or extreme tiredness.
- any new or severe symptoms.

TRIMETHOPRIM & SULFA (Bactrim, Septra, Cotrim, Sulfatrim, or generic)

Take this medicine as directed.

This is a combination of medicines used to treat certain infections caused by bacteria. This medicine may be used for other reasons, as prescribed by your doctor.
Side effects may include:
- diarrhea
- dizziness
- drowsiness
- upset stomach, nausea or vomiting, loss of appetite
- headache
- mouth sores or tongue swelling

PRINTED BY: U3253
DATE 1/4/2011



Owensboro Medical Health System - Emergency Department
811 East Parrish Avenue Owensboro, KY 42303 Phone: (270) 688-2011
Patient: Madonna PERRY, Med. Rec.# 000103968 Acct.#:
Date: 11/08/2009 Time: 17:58

Other side effects may occur, but are not as common. An upset stomach is not a sign of allergy. Allergy would show up as rash or itching, facial or throat swelling, wheezing or shortness of breath.

Follow these instructions:

- Space your medicine doses evenly throughout the day. This medicine works best if there is a constant amount in your blood.
- Take this medicine with a full 8-ounce glass of water. Try to increase the amount of water you drink while you are taking this medicine. Drinking extra water prevents some side effects of this medicine.
- Take this medicine until gone, even if you are feeling better.
- If you will be having any dental work done, tell your dentist that you are taking this medicine. This medicine can cause slow healing and bleeding of your gums. Use care when using a toothpick, brushing your teeth and flossing.
- Protect your skin from the sun. Wear sunscreen and protective clothes when you are outside. This medicine can cause you to sunburn more easily.
- For diabetics taking diabetes medicine by mouth, this medicine can affect your blood sugar or increase the side effects of your diabetes medicine.
- Do not drink alcohol.

If you are taking the birth control pill, the pill is not as effective while taking this medicine. Use other forms of birth control.

- Store the tablet form of this medicine away from heat, moisture or direct light. Store the liquid form of this medicine in the refrigerator. Shake the liquid form well before each use.
- If you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose. Do not double the doses.
- Talk with your doctor before taking any other medicines (including vitamins and herbals) as you may require additional monitoring.

Call your doctor if you have:

- any sign of allergy.
- no improvement after you've taken all the medicine.
- any sign of a new infection (fever, general aches, unusual weakness or tiredness).
- mood changes or confusion.
- a yellow color to your eyes or skin; or dark colored urine.
- easy bruising or bleeding.
- white patches in your mouth.
- women: itching in or change in discharge from your vagina.
- inflammation (pain and swelling) in your intestine during treatment or up to weeks after you've finished this medicine:
  - ongoing diarrhea
  - stomach pain or cramping
  - blood or mucus in your bowel movements
- any new or severe symptoms.

GENERAL HEALTH INFORMATION

SEATBELTS AND CARSEATS
There is no doubt that seatbelts and carseats save lives. Here in the Emergency Room we see every day how unseatbelted people are hurt much more severely. We always buckle-up! Please do the same!

DOMESTIC VIOLENCE/ABUSE (A health service message) No one deserves to be abused. If you or someone you know is in an unsafe relationship, or is a victim of abuse, there is help. You may obtain help or suport by calling:

1) SPOUSE ABUSE CENTER (24 hour service)
   a) Owensboro & Daviess County: 686-0260
   b) Outside Daviess County: 1-800-88-ABUSE

River Valley Behavior Crisis Line - 1-270-684-9466

2) Ky Dept of Social Services (Child, Adult, Family Welfare) 687-7401.
3) 24 hour Domestic Violence Hotline: 1-800-799-SAFE (this is a nationwide number).

CIGARETTE SMOKING.
This is surely your greatest health problem! The facts are clear that cigarette smoking will shorten your life. Smoking can cause many illnesses along the way. If you need help to quit smoking, talk to your regular doctor. Through a partnership between Owensboro Medical Health System, Green River Heart Institute, Green River District Health Department and Kentucky Cancer Program, we are able to offer Cooper Clayton method to stop smoking. If you would like more information about this program, you can call 688-0808.

IF YOU RECEIVED SUTURES OR STAPLES TODAY PLEASE MAKE ARRANGEMENTS WITH YOUR PHYSICIAN TO HAVE YOUR SUTURES/STAPLES REMOVED. YOU MAY ALSO GO TO THE OMHS CONVENIENT CARE AT 2211 MAYFAIR AVENUE, OWENSBORO, KENTUCKY TO HAVE YOUR SUTURES REMOVED FOR A FEE OF $25.00. YOU WILL BE CHARGED AN EMERGENCY DEPARTMENT FEE FOR SERVICES IF YOU RETURN TO THE EMERGENCY DEPARTMENT.

CONDITION AT DISCHARGE

A & O, No acute distress.

YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.
Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

Madonna PERRY or Responsible Person

Madonna PERRY or Responsible Person has received this information and tells me that all questions have been answered.

RN/Staff Signature

PRINTED BY: U3253
DATE 1/4/2011

Portions Copyrighted 1987-2006, LOGICARE Corporation