Fac: OMHS

**HEALTH INFORMATION FACESHEET**

Label ID:MDFACE0

Account Number:
Patient Name: PERRY, MADONNA G.
Medical Record #:00103958

DNA?:

Clerk:T. HODSKINS

Adm Date:  11/06/2009
Account Type:
Source:  EMERGENCY DEPARTMENT-DONO

Adm Time:  20:49
Acct Subtype:
Financial Class: H

Discharge Date:
Medical Service: EMERGENCY RO

OP Attending MD:

Primary Care MD:

---

FINAL DIAGNOSIS:

| | |
|---|---|
| OTHER POSTOPERATIVE INFECTION | 998.59 |
| OTH ACUTE POSTOPERATIVE PAIN | 338.18 |
| HYPERTENSION NOS | 401.9 |
| BARIATRIC SURGERY STATUS | V45.86 |

---

OPERATIONS AND NON-SURGICAL PROCEDURES:

---

CONSULTATIONS:

---

SIGNED:

DATE:

ATTENDING PHYSICIAN

**EXHIBIT**

tabbies

**3**

    

**PATIENT REGISTRATION FACESHEET**                                    Label ID:EFACE

Fac:OHHS
Account Number:                          DNA?:N                    Checked by:_____
Patient Name:PERRY, MADONNA G.          IFO:                       Clerk:T. HODSKINS
Medical Record #:00103958

| | | |
|---|---|---|
| Chief Complaint: abdominal pain | Reg Time: 20:49 | Financial Class: H |
| Reg Date: 11/06/2009 | Acct Subtype: | Medical Service:EMERGENCY RO |
| Account Type:EMERGENCY | | |
| Source:EMERGENCY DEPARTMENT | | |

ED Attending MD:                         Referring MD:
                                         MATTHEWS, SUSAN        P9916

| PATIENT DEMOGRAPHIC INFORMATION: | MAILING ADDRESS: | EMPLOYER INFORMATION: |
|---|---|---|
| D.O.B.:          Age:47 | 726 W 4TH STREET | Empl Status:NOT EMPLOYED |
| SS#:             Sex:F | BEAVER DAM KY 42320 | Empl:disabled |
| Marital Status:Married | County: 183  Ohio | Addr: |
| Race:Caucasian | Home Phone:(270)363-3869 | |
| Religion: Pentecostal Other | Work Phone: | Phone: |
| Interpreter Required?:Not Applic | SPOUSE/INSURED INFORMATION: | |
| POA?: | Name:PERRY KEVIN | |
| | DOB: | |

| GUARANTOR DEMOGRAPHIC INFORMATION: | MAILING ADDRESS: | EMPLOYER INFORMATION: |
|---|---|---|
| Name: PERRY, Madonna G. | 726 W 4TH ST | Empl Status: NOT EMPLOYED |
| D.O.B.: | BEAVER DAM KY 42320 | Empl: |
| SSN: | County: 183  Ohio | Addr: |
| Sex:F | Home Phone: (270)363-3869 | |
| Relation to Patient:PATIENT | | Phone: |

| EMERGENCY CONTACT INFORMATION: | NEXT OF KIN: | EMER CONTACT: |
|---|---|---|
| Name: | PERRY Kevin | GOFF Alma |
| Street/PO Box: | 726 W 4TH STREET | 102 ECHOLS CHURCH LANE |
| City/State/Zip: | BEAVER DAM KY 42320 | BEAVER DAM KY 42320 |
| Home Phone: | (270)363-3869 | (270)274-3683 |
| Message Phone: | | |
| Relationship: | HUSBAND | PARENT |

| FIRST INSURANCE: | SECOND INSURANCE: | THIRD INSURANCE: |
|---|---|---|
| Ins Name:Humana Claim Office | Medicare | |
| Address:P O BOX 14610 | 9901 Linn Station Road | |
| City:    LEXINGTON | Louisville | |
| State:   KY | KY | |
| Zip Code:40512 | 40223 | |
| Insured: PERRY Kevin | PERRY Madonna | |
| Ins DOB: | | |
| Policy #: | | |
| Group #: | | |
| Rel to PT:Spouse | Patient is insured | |
| Auth#: | | |

| ACCIDENT DATE: Date: | Hour: | Type: |
|---|---|---|
| Place: | Nature: | |

PRINTED BY: U3253
DATE      1/4/2011

# OWENSBORO MEDICAL HEALTH SYSTEM
## PATIENT AUTHORIZATION RECORD

**1. CONSENT TO TREATMENT.** I voluntely consent to care involving routine diagnostic tests, procedures and medical treatment as ordered by my admitting and attending physician. I acknowledge that in life threatening emergencies treatment may include administration of universal donor blood that lacks completion of some compatibility testing. I also agree that, as part of the medical procedures or tests that may be performed during my hospital stay, I may be tested for HIV infection, hepatitis or other blood-borne infectious diseases if a physician orders the test for diagnostic purposes or in the event of exposure to health care personnel. I understand that the use of telemedicine may be used in the course of my treatment and by providing my signature below, I hereby consent to the use of telemedicine in my medical care. I am under the care and supervision of my attending physician and it the responsibility of my physician, not OMHS or its employees, to obtain my informed consent to medical or surgical treatment. No one has guaranteed the results that may be obtained from my care.

**2. OTHER PRACTITIONERS AND HEALTH CARE EDUCATION.** I understand and acknowledge that most physicians furnishing services to me, including, but not limited to, the radiologist, pathologist, anesthesiologist and emergency department physician, as well as residents and medical students, are not employees or agents of OMHS and may be involved in my care. I further understand and agree that there are other health care providers in the Hospital including, but not limited to, certified registered nurse anesthetists, nurse practitioners, registered nurses, physician assistants, physical therapists, occupational therapists, surgical technicians, and psychologists, who may render care to me, and who are NOT employees or agents of the Hospital but who are independent contractors or employees of an independent contractor. I agree that the signing of this document does not in any way imply that OMHS is responsible for or assumes any liability for the activities of any physician or practitioner who is not its employee. As independent contractors, these physicians and other health care providers may bill me separately for their services. I also understand that, from time to time, students in health care occupations, including but not limited to nursing, physical therapy, radiation therapy, and laboratory sciences, may observe and participate in my care at OMHS in a supervised environment and I agree that, by signing this document, I am consenting to such student observation and participation.

**3. PATIENT RIGHTS.** Hospital patients have specific rights under state and federal law. I acknowledge receipt of information concerning patient rights under state law to make decisions about health care, including the right to refuse treatment, to formulate an advance directive, and the transmission and prevention of AIDS and HIV infection. By signing below, I consent to photographing (including still and video photography) of myself or parts of my body as deemed necessary for inclusion in my medical record for patient identification/safety and treatment.

**4. PERSONAL BELONGINGS.** I understand that OMHS shall not be responsible for my personal belongings. If I wish to keep items with me in the hospital, I can ask that they be placed in the hospital safe. OMHS reserves the right to confiscate any illegal substances, paraphernalia, alcoholic beverages, firearms or weapons of any kind located on OMHS property.

**5. USES AND DISCLOSURES OF INFORMATION.** OMHS' Notice of Privacy Practices states how OMHS may use and disclose medical information. OMHS gives patients a copy of the Notice.

**6. ASSIGNMENT OF BENEFITS.** By signing below, I agree to direct payment to OMHS of any third-party benefits otherwise payable to or on my behalf for the care OMHS provides to me, including emergency services if rendered. Payment to OMHS by a third-party payor shall discharge the payor of any and all obligations under my policy to the extent of such payment. I agree to pay for all charges that are not covered or paid by any third-party payor to the extent allowed by law. If my bill must be turned over to a collection agency, I agree to pay OMHS attorney's fees and collection expenses.

**7. BILLING.** In order to permit OMHS to bill for the services it has provided to me, I agree to furnish or arrange to have furnished to OMHS any and all information needed to process my insurance claim and, if I have no insurance coverage, a signed agreement to make payment arrangements. I authorize OMHS to receive from the Social Security Administration any Medicare eligibility information necessary to process my account. OMHS must receive verification from my insurance company as to the amount of coverage under my policy for hospital services.

**8. FOR MEDICARE RECIPIENTS ONLY.** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and/or the Medicare program or its intermediaries or carriers or to the Professional Review Organization any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. My signature below only acknowledges the receipt of "An Important Message from Medicare" from OMHS on the admission date listed below and does not waive any of my rights to request a review or make me liable for payment.

I, _____ (print name), agree that a copy of this patient authorization record may be used in place of the original copy. If I am eligible for TRICARE benefits, I acknowledge that I have received a copy of the "Important Message from TRICARE." I acknowledge that I have read and understood all of the information above and I have had the opportunity to ask questions and have them answered to my satisfaction. I agree to all of the conditions for admission to OMHS described above. If I am not the patient, I certify that I am authorized by law to agree to these conditions of admission on the patient's behalf.

| 11.6.09 | X _____ | _____ | J. Hodskins |
|---|---|---|---|
| Date | Patient/Parent/Guardian/Power of Attorney | Relationship to Patient | Witness |

I, _____ (print name), acknowledge that I have received OMHS' Notice of Privacy Practices.

| 11.6.09 | X _____ | _____ | J. Hodskins |
|---|---|---|---|
| Date | Patient/Parent/Guardian/Power of Attorney | Relationship to Patient | |

*This facility does not discriminate against any patient because of HIV,*
*patient is covered by a program such as Medicaid or Medicare.*

DATE  1/4/2011

A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND MEDICAL RECORD

00103958
PRRRY, MADONNA O.

DOB
E F 47
11/06/2009

OMHS   MENT

# OWENSBORO MEDICAL HEALTH SYSTEM
## PATIENT AUTHORIZATION RECORD

### LEAVING THE HOSPITAL AGAINST MEDICAL ADVICE

DATE: _____ TIME: _____ THIS WILL CERTIFY THAT _____, A PATIENT IN THIS HOSPITAL HAS BEEN DISCHARGED AGAINST THE ADVICE OF THE ATTENDING PHYSICIAN.  NOW THEREFORE, HAVING FULL KNOWLEDGE AND REALIZING THE DANGER THAT MAY RESULT BY REASON OF REMOVAL OF SAID PATIENT, I HEREBY PROMISE AND AGREE TO HOLD OWENSBORO MEDICAL HEALTH SYSTEM, ALL OF ITS OFFICERS AND EMPLOYEES AND THE ATTENDING PHYSICIAN FREE FROM LIABILITY FOR ANY INJURY THAT MAY RESULT DIRECTLY OR INDIRECTLY BY REASON OF SAID REMOVAL.

SIGNED: _____

WITNESS: _____

---

### OMHS USE ONLY

TO BE COMPLETED BY OMHS PERSONNEL: IF PATIENT OR REPRESENTATIVE WILL NOT OR CANNOT SIGN ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES AT THE BOTTOM OF PAGE ONE:

PLEASE CHECK THE APPROPRIATE STATEMENT:

EITHER:

_____    PATIENT WAS IN AN EMERGENCY TREATMENT SITUATION DURING FIRST SERVICE DELIVERY, AND THE NOTICE OF PRIVACY PRACTICES WAS PROVIDED AS SOON AS WAS PRACTICABLE AFTER THE EMERGENCY TREATMENT SITUATION PASSED.

OR:

A GOOD FAITH EFFORT WAS MADE TO OBTAIN AN ACKNOWLEDGEMENT FROM THE PATIENT OR HIS/HER REPRESENTATIVE THAT THE NOTICE OF PRIVACY PRACTICES WAS RECEIVED, BUT (CHECK ONE):

_____    PATIENT OR REPRESENTATIVE REFUSED TO SIGN.

_____    OTHER (LIST REASON WHY ACKNOWLEDGEMENT NOT OBTAINED):

_____
_____
_____
_____

0010395B                        DOB
PERRY, MADONIA G.              B F 47
                               11/06/2009
                                  OMHS

PRINT NAME

SIGNATURE          PRINTED BY: U3253
                   DATE   1/4/2011

ACJ

Smith & Butterfield • Evansville, IN • (800) 321-6543

# OWENSBORO MEDICAL HEALTH SYSTEM
## PATIENT AUTHORIZATION RECORD

**1. CONSENT TO TREATMENT.** I voluntarily consent to care involving routine diagnostic tests, procedures and medical treatment as ordered by my admitting and attending physician. I acknowledge that in life threatening emergencies treatment may include administration of universal donor blood that lacks completion of some compatibility testing. I also agree that, as part of the medical procedures or tests that may be performed during my hospital stay, I may be tested for HIV infection, hepatitis or other blood-borne infectious diseases if a physician orders the test for diagnostic purposes or in the event of exposure to health care personnel. I understand that the use of telemedicine may be used in the course of my treatment and by providing my signature below, I hereby consent to the use of telemedicine in my medical care. I am under the care and supervision of my attending physician and it the responsibility of my physician, not OMHS or its employees, to obtain my informed consent to medical or surgical treatment. No one has guaranteed the results that may be obtained from my care.

**2. OTHER PRACTITIONERS AND HEALTH CARE EDUCATION.** I understand and acknowledge that most physicians furnishing services to me, including, but not limited to, the radiologist, pathologist, anesthesiologist and emergency department physician, as well as residents and medical students, are not employees or agents of OMHS and may be involved in my care. I further understand and agree that there are other health care providers in the Hospital including, but not limited to, certified registered nurse anesthetists, nurse practitioners, registered nurses, physician assistants, physical therapists, occupational therapists, surgical technicians, and psychologists, who may render care to me, and who are NOT employees or agents of the Hospital but who are independent contractors or employees of an independent contractor. I agree that the signing of this document does not in any way imply that OMHS is responsible for or assumes any liability for the activities of any physician or practitioner who is not its employee. As independent contractors, these physicians and other health care providers may bill me separately for their services. I also understand that, from time to time, students in health care occupations, including but not limited to nursing, physical therapy, radiation therapy, and laboratory sciences, may observe and participate in care at OMHS in a supervised environment and I agree that, by signing this document, I am consenting to such student observation and participation.

**3. PATIENT RIGHTS.** Hospital patients have specific rights under state and federal law. I acknowledge receipt of information concerning patient rights under state law to make decisions about health care, including the right to refuse treatment, to formulate an advance directive, and the transmission and prevention of AIDS and HIV infection. By signing below, I consent to photographing (including still and video photography) of myself or parts of my body as deemed necessary for inclusion in my medical record for patient identification/safety and treatment.

**4. PERSONAL BELONGINGS.** I understand that OMHS shall not be responsible for my personal belongings. If I wish to keep items with me in the hospital, I can ask that they be placed in the hospital safe. OMHS reserves the right to confiscate any illegal substances, paraphernalia, alcoholic beverages, firearms or weapons of any kind located on OMHS property.

**5. USES AND DISCLOSURES OF INFORMATION.** OMHS' Notice of Privacy Practices states how OMHS may use and disclose medical information. OMHS gives patients a copy of the Notice.

**6. ASSIGNMENT OF BENEFITS.** By signing below, I agree to direct payment to OMHS of any third-party benefits otherwise payable to or on my behalf for the care OMHS provides to me, including emergency services if rendered. Payment to OMHS by a third-party payor shall discharge the payor of any and all obligations under my policy to the extent of such payment. I agree to pay for all charges that are not covered or paid by any third-party payor to the extent allowed by law. If my bill must be turned over to a collection agency, I agree to pay OMHS attorney's fees and collection expenses.

**7. BILLING.** In order to permit OMHS to bill for the services it has provided to me, I agree to furnish or arrange to have furnished to OMHS any and all information needed to process my insurance claim and, if I have no insurance coverage, a signed agreement to make payment arrangements. I authorize OMHS to receive from the Social Security Administration any Medicare eligibility information necessary to process my account. OMHS must receive verification from my insurance company as to the amount of coverage under my policy for hospital services.

**8. FOR MEDICARE RECIPIENTS ONLY.** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and/or the Medicare program or its intermediaries or carriers or to the Professional Review Organization any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. My signature below only acknowledges the receipt of "An Important Message from Medicare" from OMHS on the admission date listed below and does not waive any of my rights to request a review or make me liable for payment.

I, _____ (print name), agree that a copy of this patient authorization record may be used in place of the original copy. If I am eligible for TRICARE benefits, I acknowledge that I have received a copy of the "Important Message from TRICARE." I acknowledge that I have read and understood all of the information above and I have had the opportunity to ask questions and have them answered to my satisfaction. I agree to all of the conditions for admission to OMHS described above. If I am not the patient, I certify that I am authorized by law to agree to these conditions of admission on the patient's behalf.

_J. Hodskins_
Witness

11.6.09                                    Relationship to Patient
Date          Patient/Parent/Guardian/Power of Attorney

PRINTED BY: 03253                          I have received OMHS' Notice of Privacy Practices
DATE    1/4/2011

_J. Hodskins_

1.6.09                                     Relationship to Patient
Date          Patient/Parent/Guardian/Power of Attorney

00103958                      DOB        E P 47      P34

36  ◆ Abdominal Pain / Flank Pain ◆

ED39

DATE:_____ TIME: _2/10_ (on arrival) ROOM: _IC-2_ EMS Arrival
HISTORIAN: _patient_ spouse  paramedics _____
___HX / ___EXAM LIMITED BY: _____
TRANSFER FROM: _____  ☐ see transfer record

## HPI

**chief complaint:**  abdominal pain   vomiting
flank pain ( R / L )   diarrhea
_N/V — Recurrence_

**onset / duration:** ____ min / hrs / days ago · constant
_ab dl pain_   · waxing / waning
· gradual  sudden-onset
· persistent (worse)
· since

**timing:** (still present)  better  gone now
intermittent episodes  lasting:

**context:** out of country travel  bad food  recent trauma

**severity:** max:  mild  moderate  severe  (1/10)
currently:  mild  moderate  severe  (1/10)  gone

**quality:**
(pain)
(aching)
dull
burning
cramping
sharp
stabbing
fullness

**location:**

migration  ( show migration )     m_____

**associated symptoms:**
fever / chills
(nausea / vomiting X)
bloody  blood-streaks  coffee-grounds
diarrhea x
blood-streaks  gross / bloody  mucus
sweating
loss of appetite
chest pain
testicular pain
back / neck pain

**exacerbated by:**
supine
movements
cough
(food)
upright position
walking
deep breaths
nothing

**relieved by:**
supine
remaining still
food
upright position
antacids
(nothing)

Similar symptoms previously _____
Recently seen / treated by doctor / hospitalized _____

## ROS

**CONST**
recent illness _____
**GI / GU**
constipation _____
black / bloody stools _____
bloody / dark urine _____
problems urinating _____
**CVS / RESP**
palpitations _____
shortness of breath _____
hurts to breath _____
cough _____
LNMP ____ pre____ post-menop ____

**MS / SKIN / LYMPH**
joint pain _____
leg / ankle swelling _____
rash _____
swollen glands _____
recent injury _____
**EYES / ENT**
problems with vision _____
sore throat _____
**NEURO / PSYCH**
headache _____
dizziness / light-headedness _____
anxiety / depression _____
☐ all systems neg except as marked

CONST / CVS / RESP / GI components also addressed in HPI

## PAST HX
peptic ulcer _____
gall stones _____
kidney stones _____
bladder / kidney infections _____
ischemic bowel risk factors:
valvular disease  elderly
low BP  recent MI
cardiac disease  AMI  *CHF  *A-Fib
pancreatitis / GERD / diverticulitis
endometriosis _____
abdominal aneurysm _____
CVA / TIA deficit _____
diabetes  Type I  Type 2 _____
diet / oral / insulin
ectopic pregnancy _____
fecal impaction _____
hepatitis _____
hyperlipidemia _____
(hypertension)
intestinal obstruction _____
ovarian cysts / fibroids _____
pelvic infection / STD _____

___ labs reviewed by ER physician
___ old records ordered / summary: _____

**Surgeries / Procedures** ___ none
appendectomy _____
(cholecystectomy) _____
endoscopy upper lower _____
hernia repair ( R / L ) _____
cardiac bypass / stent _____
hysterectomy / BTL / C-section
tonsillectomy _____
EGD _____

**Immunizations:** UTD / referred to PCP
**Medications** ___ none  see nurses note  **Allergies** (NKDA)
aspirin  coumadin  clopidogrel  NSAID   see nurses note

## SOCIAL HX  smoker _____  drugs _____
alcohol (recent / heavy / occasional) _____  occupation _____
## FAMILY HX  gall stones  ovarian cysts  CAD  ulcer
kidney stones  aortic aneurysm _____

© 1996 - 2007 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**Owensboro**
Medical Health System
EMERGENCY PHYSICIAN RECORD   U3263
DATE   1/4/2011

00103958
PERRY, MADONNA G.

DOB
E F 47
11/06/2009
OHHS

P35

☑ Nursing Assessment Reviewed   ☑ Vital signs reviewed

## PHYSICAL EXAM

**General Appearance** ............ mild / moderate / severe distress ....
___ no acute distress ........ anxious / lethargic ....
___ alert

**EENT**
___ eyes inspection nml ........ scleral icterus / pale conjunctivae ....
___ ENT inspection nml ........ EOM palsy / anisocoria ....
___ pharynx nml ........ pharyngeal erythema ....
........ abnml TM / hearing deficit ....

**NECK**
___ nml inspection ........ thyromegaly / lymphadenopathy ....

**RESPIRATORY**
___ no resp. distress ........ wheezes / rales / rhonchi ....
___ breath sounds nml

**CVS**
___ reg. rate & rhythm ........ Irregularly irregular rhythm ....
___ heart sounds nml ........ tachycardia / bradycardia ....
___ equal pulses / full ........ JVD present / gallop ( S3 / S4 ) ....
........ murmur   grade ___ /6   sys / dias ....
........ decreased pulse(s) ....
........ R / L   radial ___ fem ___ dors ped ___

*'t'=tenderness*
*G=guarding*
*R=rebound*
*m = mild*
*mod = moderate*
*sev=severe*

## ABDOMEN
___ soft, non-tender ........ rigid / distended ....
___ no organomegaly ........ tenderness / guarding / rebound ....
___ nml bowel sounds ........ hepatomegaly / splenomegaly / mass ....
___ no abdominal bruit ........ abnml bowel sounds ....
___ no pulsatile mass ........ increased / decreased / absent / tympanic ....
........ prominent aortic pulsations ....
........ McBurney's point tenderness ....
........ psoas / Rovsing's sign / obturator sign ....

## PELVIC EXAM
___ external exam nml ........ vaginal bleeding / discharge ....
___ speculum exam nml ........ cervical motion tenderness ....
___ bimanual exam nml ........ adnexal tenderness / mass ( R / L ) ....
........ enlarged / tender uterus ....

**MALE GENITAL**
___ nml inspection ........ tenderness / swelling   testicular / inguinal ....

**RECTAL**
___ non-tender ........ black / bloody / heme pos. stool ....
........ tenderness ....
........ fecal impaction ....
___ heme neg stool / ........ heme pos. stool / control done ....
___ control done

## BACK
___ nml inspection ........ CVA tenderness ....

**SKIN**
___ color nml, no rash ........ cyanosis / diaphoresis / pallor ....
___ warm, dry ........ skin rash   zoster-like ....
........ embolic lesions / signs of IVDA ....
........ decubitus ....

**EXTREMITIES**
___ non-tender ........ pedal edema ....
___ nml ROM ........ calf tenderness ....
___ no pedal edema ........ Homan's sign ....

**NEURO / PSYCH**
___ oriented x3 ........ disoriented to person / place / time ....
___ CN's nml as tested ........ weakness / sensory loss facial droop ....
___ motor nml ........ speech / cognition abnormalities ....
___ sensation nml ........ depressed mood / affect ....
___ mood / affect nml

## EKG
**RHYTHM STRIP** ___ NSR ___ Rate ___
EKG ___ NML   ☐ Interp. by me   ☐ Reviewed by me   Rate ___
___ NSR ___ nml intervals ___ nml axis ___ nml QRS ___ nml ST/T
not / changed from: ___ repeat EKG ___ unchanged

Abdominal Pain - 36

## LABS & XRAYS

| CBC | Chem. 7 24 CCU | Lipase___ | UA |
|---|---|---|---|
| *normal except* | *normal except* | Amylase___ | *normal except* |
| WBC___ | Na___ | Alk Phos___ | WBC___ |
| Hgb___ | K___ | AST___ | RBC___ |
| Hct___ | CO2___ | ALT___ | bacteria___ |
| Platelets___ | Gluc___ | Clamydia___ | dip.___ |
| segs___ | BUN___ | GC___ | |
| bands___ | Creat___ | HCG___ | |
| | | serum / urine | |
| | | POS   NEG | |

___ labs reviewed by ER physician

**XRAYS◆** ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/ radiologist
___ KUB ___ upright abd ___ 3-view ___ CXR   portal op
___ nml / NAD ___ nml bowel gas ___ no free air ___ no mass
___ no infiltrates ___ nml heart size ___ nml mediastinum

**CT Scan** ___ abdomen / pelvis ___ ☐ Discsd w/ radiologist
___ nml
**Ultrasound** ___ nml / NAD
**Pulse Ox** ___ % on RA / ___ L O₂ Interp: nml / hypoxic   Time: ___

## PROGRESS

*C.T. scan, edu.-syes. imp.*

Time ___ unchanged ___ improved ___ re-examined ___
◆ CP/AMI - EKG / ASA / B-Blocker / Thrombolytics / PCI / transfer.

Consulted with Dr. ___
will see patient in: ER / hospital / office
Counseled patient / family regarding: ___
lab / rad. results diagnosis need for follow-up

Additional history from:
family caretaker paramedics
Rx given.

**CRIT CARE TIME**  (excluding separately billable procedures) ___ min

## CLINICAL IMPRESSION

| | |
|---|---|
| Abdominal Pain - acute | Diverticulitis - acute |
| ◆ Chest Pain - acute | Ectopic Pregnancy - ruptured |
| precordial / tightness / pressure | Mesenteric Ischemia - acute |
| chest wall / discomfort / angina | Ovarian Cyst - ruptured  torsed |
| Vomiting / Diarrhea | Pancreatitis - acute |
| ◆ Myocardial Infarction - acute | Pelvic Inflammatory Disease |
| Appendicitis | Peptic Ulcer Disease |
| Aortic Aneurysm - ruptured | Testicular Torsion |
| Bowel Perforation / Obstruction | Ureterolithiasis / Renal Colic |
| Cholecystitis / Biliary Colic | UTI / Pyelonephritis - acute |

___ PA
___ MD

☐ Template Complete   ☐ See Addendum (Dictated / Template #___)
☐ F-T-F Interaction with MD:   ___ History ___ Exam ___ Review of findings / plan
**DISPOSITION◆** ☐ home ☐ transferred ☐ No EMC
☐ Inpatient ☐ obs ☐ POA decubitus / UTI (foley)__
☐ discharged with instructions.
off ___ days Light duty ___ days Referral to ___ Recheck ___ days
**CONDITION◆** ☐ unchanged ☐ improved ☐ stable
Care transferred to Dr. ___ Time: ___
◆ Quality Measure Initiative

0010395B
PERRY, MADONNA  G.
DOB
B  F  47
11/06/2009
OMHS

PRINTED BY: ___ 113253
DATE   1/4/201__

P36

ER104

## (3) PROGRESS NOTES

| Time | Progress |
|------|----------|
|      |          |

## (4) ORDERS

| Time | Order | RN Noted |
|------|-------|----------|

O2        IV

Dilaudil 2/20L4 IV        P/05

Bactrm DS ½ PO Now & RX        NKDA

Percoat 10/325 ½ PO
in 30 min

① Fill script

② NPO x sips/water-in
K24hr        meds
My have small
pcic toast;

PA _____   MD _____

70   EPG ADD-ON SHEET

Owensboro
Medical Health System

ER104 · 9/03 PRINTED BY: U3253
DATE   1/4/2011

PATIENT LABEL

00103958        DOB
PERRY, MADONNA G.        B  F  47
11/06/2009
OMHS

P37

**ER74**

## EMERGENCY DEPARTMENT FLOW SHEET

| ESI Level | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|

### PRIMARY NURSING ASSESSMENT

| | | | TIME | INITIAL | PROCEDURES AND THERAPIES INITIATED |
|---|---|---|---|---|---|
| NEURO | WNL *anxious* | Loss of Cons____ GCS____ MAB____ Pupils: L___mm reaction____ Weakness____ R___mm reaction____ Other____ NIH Stroke Scale____ Visual Acuity OS____ OD____ | | | Oxygen____ JSAO2 Monitor____ Rhythm____ EKG____ Respiratory Treatment____ Behavioral Health Access____ Labs Drawn____ ☐ With IV Start ☐ Per Lab U/A ☐ CO ☐ In and Out Cath ☐ From Foley Cath ABG By____ Site____ Accucheck____ NG (Size)____ Type____ (Site)____ Return____ Foley Cath (Size)____ (Return)____ X-Rays ☐ Portable ☐ To X-Ray____ ☐ Returned ☐ To CT____ ☐ Returned ☐ To US____ ☐ Returned |
| RESP | No distress *↑ R.R.* | Non-labored  Nasal Congestion Short of Breath  Stridor  Retractions  Accessory Muscles Breath sounds: Clear  Rales  Rhonchi  Wheezes  Diminished  Absent Cough - Productive + - color____ | | | |
| CV | N/A | Rhythm NSR  Pain Location____ Skin Normal/Warm/Dry  Other____ Edema: None  Other____ ORTHOSTATIC  Lying  BP____ P____  Standing  BP____ P____ | | | |
| ABD | WNL *c/o severe abd pn* | Nausea  Emesis  Diarrhea  Dysuria Non-tender  Tender  Veg. Discharge____ Distended  Firm  FHT____ Bowel sounds + -  Last BM____ | SKIN/ WOUND | INTACT | Description *ecchymosis to abd.* Location____ *skin is intact* Length/Size____ Distal pulses:____ Rash/lesion____ Abrasion____ ☐ See nurses notes |
| EXT | WNL | Moves all well  CMS:  Intact  Altered Deformity____  Edema  Weakness PULSES  LUB____ LLB____ Cap refill____ RUB____ RLB____ Cap refill____ Denny Brown: RUB____ RLB____ LUB____ LLB____ | | | |
| | | | FALL RISK: ☐ limited mobility ☐ altered mental status ☐ dizziness/syncope Fall Risk: Yes___ No_X_ (if yes, initiate fall precautions) ☐ Call light within reach ☐ Family at bedside ☐ Side rails up x 2 ☐ Bed lowest position | | |
| PEDS | N/A | Appetite____  Last wet diaper____ Immunizations: UTD  other____ Trunk cap refill____ | | | |
| ABUSE/ NEGLECT SCREEN | | Is there evidence of neglect/abuse? ☐ Yes ☒ No For any "Yes" complete DSS115 and notify the appropriate DSS agency. Describe "Yes" answers in Nurses' Notes below. | RN SIGNATURE: *S Wiggins RN* |

| SUICIDE PRECAUTIONS DOCUMENTATION N/A | ☐ Search reason provided to patient ☐ Verbal agreement obtained by patient ☐ Search refused security performed "wand" search | Result of search | ☐ Disposition ☐ Family ☐ Contraband ☐ Pt valuables | ☐ Security @ bedside ☐ Room made safe | Witness 1____ Witness 2____ |
|---|---|---|---|---|---|

| TIME | BP | P | R | TEMP | SAO2 | PAIN SCALE | GCS | ETCO2 | ONGOING ASSESSMENT | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 0105 | 105/83 | 130 | 28 | | 100 | 10/10 | 11C5 | | Pt nausea. A&Ox3. Resp ↑ unlabored EProbit Sec. Will monitor — RW | |
| 0218 | 130/80 | 148 | 20 | | 96 | 3-5/10 | 9C5 | | Pain improved ready to go — RW home instructions IV/sac cath intact for wheeled out. Husband @ side sec | |
| 0225 | | | | | | | | | | |

RN SIGNATURE: ____  RN SIGNATURE: *K Nolen RN*

| PATIENT DISPOSITION | ☐ SBAR Report | Notified: |
|---|---|---|
| ☐ Discharged ☐ Admitting Room #____ ☐ Report Called To____ Time to Room____ | Transport with: ☐ IV  ☐ Pulse Ox ☐ O2  ☐ Monitor | ☐ Family ☐ Police ☐ Social Services ☐ Other ☐ Animal bite form |

Owensboro Medical Health System

ER 74 - REV. 4/03 Policy #600E-072  Page 1 of 1 White - chart  Canary Physician  Pink Lab / 2011

PRINTED 7/7/2011

00103958   DOB PERRY, MADONNA O.   E F 47 11/06/2009 OMHS

P38

    


ER114

## EMERGENCY DEPARTMENT FLUID & MEDICATION ADMINISTRATION RECORD

### MEDICATION

| TIME | MEDICATION AND DOSE (mg) | ROUTE | START TIME | STOP TIME | INITIAL |
|------|--------------------------|-------|------------|-----------|---------|
| | Dilaudid 4mg | IVSP | 2126 | 2126 | DW |
| | Zofran 4mg | IVSP | 2126 | / | DW |
| 2018 | Phenergen | PO | | | DW |
| 2018 | Percocet  5mg  I/II tab | PO | | | DW |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TIME | SITE | ANALGESIA | IV SIZE/RATE/FLUID | START TIME | STOP TIME | INITIAL |
|------|------|-----------|--------------------|------------|-----------|---------|
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |
| | | TOP/LIDO | | | | |

### VACCINATION DOCUMENTATION LABEL AREA

### NOTES

RN Signature _DWIGGINS RN_

RN Signature _____

00102968          JB
PERRY, HADONIA G.          E F 47
                          11/06/2009
                          OMHS

PRINTED BY:  U3253
ER 114   Revised 3/09  Policy 600E-072   Page 1 of 1
White - chart   Canary - Physician   Pink - Unit  /2011

Owensboro
Medical Health System

P39

**OHIO CO. EMS**
**LICENSE # 1050**
**AMBULANCE RUN REPORT**

DISPATCH
DATE: 10-6-09   RESPONSE # 3051   UNIT #: 4

RESPONDING FROM: St 1

INCIDENT INFORMATION:   COUNTY: Ohio
ADDRESS: 726 west 4th st
CITY: Beaver Dam   STATE: Ky   ZIP: 42320
REASON FOR DISPATCH: abd pain
LOCATION PATIENT FOUND: couch

MODE OF RESPONSE TO SCENE: ☑LIGHTS ☑SIREN ☐NONE

CREW MEMBERS    CERT. NUMBERS
DRIVER / ATT. 1: Rosie Simpson
DRIVER / ATT. 2: Ralph Miller   281820
DRIVER / ATT. 3:

TYPE OF RESPONSE:
☐ SCH. TRANSFER
☐ UNSCH. TRANSFER
☐ STAND BY
☐ INTERCEPT / ASSIST
☑ SCENE ☐ NA
☐ EMS ONR PRESENT

TYPE OF SCENE / PICK-UP LOCATION
☐ HOSPITAL
☑ HOME
☐ FARM
☐ MINE / QUARRY
☐ INDUSTRIAL
☐ SPORT / RECREATION
☐ STREET / HIGHWAY
☐ EDUCATIONAL INST.
☐ RECENTIAL/HEALTH CARE FACILITY
☐ OTHER
☐ UNKNOWN / UNSPEC.

**POOR ORIGINAL**

PATIENT DEMOGRAPHIC INFORMATION:
PATIENT NAME: Madonna Perry   SEX ☐MALE ☑FEMALE
ADDRESS: 726 west 4th st
CITY: Beaver Dam   STATE: Ky   ZIP: 42320
PHONE   DOB   AGE: 47
RACE ☐WHITE ☐BLACK ☐AMERICAN INDIAN ☐ALASKAN NATIVE
☐ASIAN / P.I. ☐OTHER ☐UNKNOWN
ETHNIC ORIGIN ☐HISPANIC ☐NON-HISPANIC ☑UNKNOWN

RESTRAINTS USED? ☑NO ☐YES   (REASON)

PATIENT INSURANCE TYPE CODE:

RESPONSE:
CIRCUMSTANCES AFFECTING RESP.
☐ ADVERSE WEATHER
☐ CROWD CONTROL
☐ EXTRICATION 20 MIN.
☐ HAZ-MAT
☐ INFECTIOUS EXPOSURE
☐ LANGUAGE BARRIER
☐ ROAD CONDITIONS
☐ UNSAFE SCENE
☐ VEHICLE COLLISION
☐ VEHICLE PROBLEMS
☐ OTHER
☑ NONE

TIME (MILITARY)
| | | | |
|---|---|---|---|
| CALL RECEIVED | | | |
| DISPATCH / NOTIF. | | | |
| EN ROUTE | 2 | 0 | 0 | 2 |
| ON SCENE | 2 | 0 | 0 | 6 |
| AT PATIENT | | | |
| PATIENT MOVED | | | |
| DEPARTED SCENE | 2 | 0 | 2 | 1 |
| ARRIVAL AT DEST. | 2 | 0 | 5 | 2 |
| RETURN TO SERVICE | | | |

AID BEFORE ARRIVAL BY:
☐ NA ☐ UNKNOWN
☑ BY-STANDER / FAMILY
☐ BLS FIRST RESPONSE
☐ ALS FIRST RESPONSE
☐ OTHER

OTHER RESPONDERS:
☐ EMS AGENCY (BLS)
☐ EMS AGENCY (ALS)
☐ AIR AMBULANCE (ALS)
☐ FIRE DEPARTMENT
☐ RESCUE SQUAD
☐ NONE
☐ MEDICAL RESP.
☐ HAZ-MAT TEAM
☐ CORONER
☐ LAW ENF. AGENCY
☐ OTHER

PATIENT HISTORY:
PATIENT'S PHYSICIAN:
CHIEF COMPLAINT: abd pain
ONSET DATE / TIME   WORK RELATED? ☐ YES ☑ NO
ALLERGIES: n/a None
MEDICATIONS: meds Health

MEDICAL HISTORY:
☐ ASTHMA
☐ BEHAVIORAL DIS.
☐ CANCER
☐ CARDIAC DIS.
☐ DIABETES
☐ EMPHYS. / COPD
☐ HYPERTENSION
☐ RENAL DISORDER
☐ NONE / UNK
☐ SEIZURES
☐ STROKE / CVA
☐ SUBST. ABUSE
☐ TOBACCO USE
☐ TRACHEOSTOMY
☐ TUBERCULOSIS
☐ OTHER (SPEC.) N/A

CARDIAC ARREST:
☑ NA ☐ UNK
☐ BLS ☐ ALS
☐ BY-STANDER
CPR Provided By:
☐ NA ☐ UNK
☐ BLS ☐ ALS
☐ BY-STANDER

| EVENT | TIME |
|---|---|
| ARREST | |
| FIRST DEFIB | |
| SECOND DEFIB | |
| THIRD DEFIB | |
| RESUSCITAT. | |
| TERMINATED | |

SUSPECTED USE/ABUSE: ☐ALCOHOL ☐DRUGS ☐BOTH ☑NONE

PHYSICAL:
AIRWAY: ☑PATENT ☐OBSTRUCTED
BREATHING EFFORT: ☑NORM ☐INCR. ☐DECR. ☐ABSENT
SKIN COLOR: ☑NORM ☐PALE ☐CYAN. ☐FLUSH
SKIN COND.: ☑NORM ☐COOL ☐DRY ☐MOIST

BREATH SOUNDS:
L ☑NORMAL ☐DECR. ☐ABSENT ☐RALES ☐RHO
R ☑NORMAL ☐DECR. ☐ABSENT ☐RALES ☐RHO

NEURO: ☑ALERT ☐VERBAL ☐PAIN ☐UNRESPONSIVE
CHEST WALL ☐ABNORMAL SYMMETRY ☐CREPITUS ☐FLAIL CHEST
ABDOMEN ☐DISTENDED ☑TENDER SOUNDS ☐INCR. ☐DECR. ☐ABSENT

PUPILS: L ☑NORM ☐DILAT. ☐CONST. ☑REACT. ☐NON-REACT.
R ☑NORM ☐DILAT. ☐CONST. ☑REACT. ☐NON-REACT.

EXTREM: R-UP: ☑ROM ☐-ROM ☑PULSE ☑SENS. CAP. REFILL ☑<2 ☐>2
L-UP: ☑ROM ☐-ROM ☑PULSE ☑SENS. CAP. REFILL ☑<2 ☐>2
R-LO: ☑ROM ☐-ROM ☑PULSE ☑SENS. CAP. REFILL ☑<2 ☐>2
L-LO: ☑ROM ☐-ROM ☑PULSE ☑SENS. CAP. REFILL ☑<2 ☐>2

NECK: ☐JVD ☐CAROTID ☐PRESENT ☐DECR.
☐PAIN PULSE ☑PRESENT ☐DECR. ☐ABSENT

SIGNS/SYMPTOM BAR #.1   (CHECK ALL THAT APPLY)
☑ABDOMINAL PAIN ☐INHALATION
☐AIRWAY OBSTR. ☐NAUSEA / VOMITING
☐ALLERGIC REACT. ☐OBVIOUS DEATH
☐ALTERED L.O.C. ☐PALPITATIONS
☐BACK PAIN ☐PARALYSIS
☐BEHAVIOR / PSYCH. ☐POISON / DRUG
☐CARDIAC ARREST ☐MED. / OD DELIVERY
☐CARD. RHYT. DIST. ☐RESP. ARREST
☐CHEST PAIN ☐RESP. DISTRESS
☐DIABETIC EMERG. ☐SEIZURE
☐DIARRHEA ☐SEXUAL ASSAULT
☐DIZZINESS ☐SMOKE INHALATION
☐EAR PAIN ☐STING / BITE
☐ELECTROCUTION ☐STROKE / CVA
☐EYE PAIN ☐SYNCOPE / FAINTING
☐HEADACHE ☐TRAUMA (PAGE 2)
☐HYPERTENSION ☐VAGINAL HEMORR.
☐HYPERTHER. / FEVER ☐WEAKNESS
☐HYPOTHERMIA ☐NOT APPLICABLE
☐HYPOVOL. / SHOCK ☐UNKNOWN

PRIMARY IMPRESSION CODE
USE NUMBERS FROM BOX BELOW: 2 3

PATIENT DISPOSITION:
☐NA ☐UNKNOWN
☑TREATED, TRANSPORT. ☐TREATED, RELEASED ☐OBVIOUSLY DECEASED
☐TREATED, TRANSF. CARE ☐NO TREATMENT REQ. ☐NO PATIENT FOUND
☐TREATED, TR. BY P.O.V. ☐TREATMENT REFUSED ☐CALL CANCELED

PATIENT CONDITION AT DEST.:
☑UNCHANGED ☐EXPIRED
☐BETTER ☐UNKNOWN
☐WORSE

MODE OF TRANSPORT: ☐LIGHTS ☐SIREN ☑NONE   DESTINATION: OCHS ER

DESTINATION DETERMINED BY: ☑PATIENT ☐PROTOCOL ☐CLOSEST ☐LAW ENF. ☐MANAGED CARE
☐DR. ON SCENE ☐MED. CONL. ☐MUTUAL AID ☐UNKNOWN / NA

PRINTED BY:

REPRESENTATIVE OF FACILITY ASSUMING CARE   EMS CARE PROVIDER

P40

REPORT ID:
AGENCY NAME: O C EMS          LICENSE # 1050

**Ohio Co. EMS**
**License # 1050**
**Page 2 - ALS/Injury/Narrative**

INCIDENT #:          RESPONSE # 3051     UNIT #: 4

DATE: 10-6-09        TIME CALL RECEIVED:                    47

PATIENT NAME: Madonna Perry       SEX [ ] MALE [X] FEMALE   AGE: 47    NOTE:

BLS PROCEDURE CODES:
06-CPR
07-COLD/HOT APPLIED
08-EXTRICATION
09-LOAD BD/KED
10-SHORT BD/KED
11-SPLINT, ARM
12-SPLINT, LEG

13-SPLINT, TRACTION
14-POSITION/ELEV.
15-MAST/PASG
16-MAINTENANCE
17-OB CARE/DELIV.
18-SUCTION
19-OXYGEN, MASK

20-OXYGEN, CANNULA
21-AIRWAY, ORAL
22-AIRWAY, NASAL
23-DEFIB, AUTOMATIC
24-OTHER BLS PROC.

01-ASST. VENTILATION
02-BLEEDING CONTROL
03-BANDAGE/DRESSING
04-BURN CARE
05-C-COLLAR APPLIED

ALS PROCEDURE CODES:
55-ECG MONITORING
56-CARDIAC PACING
57-GLUCOSE, BLOOD
58-INTUBATION
59-INTRAOSSEOUS ACCESS
60-INTRAVENOUS ACCESS
61-GASTRIC TUBE

50-CARDIOVERSION
51-CAPNOMETRY
52-CHEST DECOMP.
53-CRICOTHYROTOMY
54-DEFIB, MANUAL

62-PULSE OXIMETRY
63-OTHER ALS PROG.

| TIME | CERT.# | PULSE | RESP | BP/DBP | TEMP. | EYE | VERB | MOT. | G.C.S | R.T.S | PROC. | ATT. | SUC. | AMOUNT | OXY. SAT. | CARDIAC RHYTHM | RATE |
|------|--------|-------|------|--------|-------|-----|------|------|-------|-------|-------|------|------|--------|-----------|----------------|------|
| 2022 | 2817-P | 82 | 78 | 131/72 | — | 4 | 5 | 6 | 15 | | 62 | | | | | | |
| 1024 | | | | | | | | | | | 55 | | | | | | |
| 1026 | 2817-P | | | | | | | | | | 62 | | | 982 | | | |
| 102 8 | 2817-P | | | | | | | | | | 70 | | 949 | | | | |
| 1030 | | | | | | | | | | | 80 | | 22 | 59 | 60% | | |
| 2074 | 2817-P | | | | | | | | | | 57 | | | 979 | | | |

| TIME | CERT. # | MEDICATION ADMINISTERED | DOSE | ROUTE | SITE | AUTHORITY |
|------|---------|-------------------------|------|-------|------|-----------|
| 1022 | 2817-P | oxygen | 4 LP | | | prtcl order |
| 10 40 | 2818-P | morphine | 4 mg. | | | order |

CAUSE OF INJURY:
[ ] MOTOR VEH. TRAF.
[ ] MOTOR VEH. OTH.
[ ] PEDESTRIAN, TRAF.
[ ] BICYCLE
[ ] BOAT/WATERCRAFT
[ ] AIRCRAFT
[ ] DRUG POISONING
[ ] CHEMICAL POISON
[ ] FALL OR JUMP

[ ] FIRE / FLAMES
[ ] SMOKE INHALATION
[ ] EXCESSIVE HEAT
[ ] EXCESSIVE COLD
[ ] VENOMOUS STING
[ ] BITE
[ ] LIGHTNING
[ ] DROWNING(N.D.)
[ ] MEC. SUFFOCATION
[ ] MACHINERY

[ ] ELECTROCUTION
[ ] RADIATION EXPOSURE
[ ] FIREARM
[ ] KNIFE
[ ] BLUNT OBJECT
[ ] RAPE/SEXUAL ASSAULT
[ ] BATTERING/ASSAULT
[ ] OTHER
[ ] UNKNOWN
[ ] NOT APPLICABLE

INTENT OF INJURY:  [ ] ACCIDENT   [ ] INTENT - SELF
[ ] PT UNKNOWN   [ ] INTENT. - OTHER

**MANUAL DEFIBRILLATION: JOULES 1st____ 2nd____ 3rd____**

SUPPLEMENTARY INFORMATION:

SAFETY DEVICES USED BY PT:
[ ] AIR BAG
[ ] LAP & SHOULDER BELTS
[ ] LAP BELT ONLY
[ ] SHOULDER BELT ONLY
[ ] HELMET   2233

[ ] NONE / UNKNOWN
[ ] CHILD SAFETY SEAT
[ ] EYE PROTECTION
[ ] PROTECTIVE CLOTHING
[ ] PERS. FLOTATION DEVICE
[ ] OTHER (SPECIFY BELOW)

Fluids Administered (CC)
200 cc —

Fluids Output (cc)

Est. Blood Loss (cc)

Pediatric Training Score

INJURIES: [ ] Amput [ ] Blunt [ ] Burn [ ] Crush [ ] Disloc [ ] GSW [ ] Lacer [ ] Pain [ ] Punc [ ] Sprn
External
Head
Face
Neck
Thorax
Abdomen
Spine
Upper Ext.
Lower Ext.
Unspecified

00103958          DOB
PERRY, MADONNA G.          B F 47
                           11/06/2009
                                 OHHS

**POOR ORIGINAL**

M.V.C.:
VEHICLE PLATE _____ STATE _____
DRIVER LICENSE _____ STATE _____
PATIENT POSITION IN VEHICLE _____

TRIAGE CRITERIA

NARRATIVE:
Response to Resd for female abd pain
pt recieved surgery for stmach past week, pain increasing by time
pt at ER hrs ago got home pain back less than before
pt c/o to ____ c/o comfort, pt adjust to help pain
pt monitor sinus, pt o2 sat 98%, pt vital fine
pt 22 ga left wrist p/s, blood sugar 119, o2 4 lt nc attch
pt given 4mg morphine in 4x order, pain better status by pt
pt to ER   pt report

RD Wigginson                PRINTED BY: U3288
REPRESENTATIVE OF FACILITY ASSUMING CARE   DATE: _____   E.M.S. CARE PROVIDER

MEDICAL CONTROL FACILITY NUMBER:

P41

NS92

Logicare Complaint: *Postop pain*
Onset: *Today*

**GENERAL ADMISSION DATA**
NAME: *Madonna Perry*   Date: *11-6-09*   Time: *10:50*
Patient statement of problem: *CT and RT had gastric bypass left @ 1300*
*Didn't give get meds filled*

Primary Language & Method of Communication:
V/S T *98*   BP (R):   BP (L):   P *134*   R *37*   SpO2 *100*
☐ Temp Art ☐ Tymp ☐ Rectal   ☐ Reg ☐ Irreg   ☐ RA ☐ O2
Private Physician: *S. Matthews*   Specialist: *Georgetown*

Arrived by:
☐ Family/SO   ☐ Police
☒ Self   ☐ In house pt
☐ EMS

**ED/LDR Nursing Assessment**   ESI Level:  1  2  3  4  5
Age: *41*   Gender: ☐ Male  ☒ Female
Prior Care:   *Sinus tach   4 morphine*

Current Meds/Vitamins/Supplements/Herbals
☐ None  ☐ See list
*atenolol   pepcid*
*prescription in hand for percocet / Bactrim*

Allergies/Reactions:
*NKDA*

Weight: *272*  ☐ actual ☒ stated
LMP:   ☒ hysterectomy

Triage Interventions:
☐ Ice  ☐ Cleanse  ☐ Splint  ☐ Elevate
☐ Dressing  ☐ PCollar  ☐ Wheelchair
☐ Urine  ☐ Other

**Suicide Risk Assessment**
Are you having thoughts of suicide or hurting yourself now, or have you had those thoughts recently?
☐ Yes  ☒ No

**Mental Status** *3*
☒ Alert/oriented x
☐ Disoriented
☒ Cooperative
☐ Uncooperative
☐ Age appropriate
☐ Crying
☐ Anxious
☐ Smells of ethanol

**TETANUS/INFECTION SCREEN: All units must complete**
TETANUS STATUS: ☐ >5 yrs  ☐ Imm UTD  ☒ Unknown
TB Screening: ☐ Cough > 3 wks  ☐ Fever/night sweats  ☐ Bloody sputum w/cough
☐ wt loss/anorexia  ☐ Mask applied  ☒ No symptoms
☒ Hospitalization in last 12 months  ☐ on hemodialysis
MRSA SCREENING: ☐ hx of MRSA  ☐ admitted to a LTCF in past 12 months
☐ seen at a wound care center in past 12 months
Implement MRSA protocol/gown, gloves, (mask for cough)

**MEDICAL HISTORY**  ☐ None   ☐ Wound/Pressure Ulcer  ☐ Bowel/Bladder Incontinent   ☐ Constipation/Diarrhea
Heart: ☐ MVP/Valve Dz.   ☒ Hypertension   ☐ Diabetes   ☐ Cancer   ☐ Tobacco use  pcs  reg  amount per day
☐ ICD/Pacer   ☐ Lung Problems ☐ TB   ☐ Dialysis  ☐ Stroke   ☐ Clinical trials - past or currently undergoing   ☐ Recreational drug use
☐ MI  ☐ CHF   ☐ Asthma  ☐ COPD   ☐ Urinary cath W/ last 30 days   ☐ Alcohol use  occ  reg   ☐ Other
☐ CP  ☐ CAD   ☐ SOB/DOE ☐ Cough   ☐ Seizure  ☐ Hepatitis   amount per day
☐ Rhythm probl.   ☐ Bleeding Problems
Past hospitalizations/surgeries: ☐ None  *hyst. gastric bypass  rehab  tonsillectomy  CPB*

What are you currently being treated for? (within the last 2 weeks) ☐ N/A

FAMILY HISTORY OF: ☐ Diabetes  ☐ Cancer  ☐ Heart disease
**INITIAL PAIN ASSESSMENT:** ☐ See above documentation  *10/10*  Are you currently experiencing pain? ☒ Yes ☐ No
If so:  Location *hip*   Intensity (Pain scale)  Oriented to pain scale ☐ Yes ☐ No
Character   Duration/Frequency
What meds/alternatives (heating pad, ice pack, massage, etc) help reduce your pain?
Are there any meds/alternatives that have not helped your pain? ☐ Yes ☐ No  Specify
☐ Unable to complete in ED due to patient condition.

Nurse: *[signature]*
Time: *1100*   TxRoom:   Initials: *DN*

☐ Page 1 completed by ED Triage

Owensboro Medical Health System

PATIENT INFORMATION
00103958   DOB
PERRY, MADONNA G.   E F 41
11/06/2009
OHHS

P42



## PTINST
### PATIENT INSTRUCTIONS

...nsboro Medical Health System - Emergency Department
East Parrish Avenue Owensboro, KY 42303    Phone: (270) 688-2011
...nt: Medonna PERRY, Med, Reg.# 000103959  Acct.#:
...: 11/06/2009 Time: 22:20
...r Valley Behavior Crisis Line - 1-270-684-9466

Discharge Instructions

**IMPORTANT!** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had X-rays, we will review them again within 24 hours and will call you if there are any new suggestions. After you leave, you should follow the instructions below.

You were treated today by  David Dwyer, MD.

### THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

Call your doctor if you do not get better. Call sooner if you feel worse. You can reach your doctor by calling their clinic phone number.

Please return to the Emergency Department if your symptoms get worse.

### THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

**ABDOMINAL PAIN ("stomach pain")**
Pain in the abdomen can come from many different sources. The cause of abdominal pain can be hard to find right away. Your symptoms, examination and lab tests did not show an obvious reason for your pain.

Some causes of abdominal pain include:
- a viral or bacterial infection
- gas
- eating certain foods, such as spicy foods or foods that are new to you
- food poisoning
- appendicitis
- heartburn
- gallstones
- urinary tract infection
- kidney stone
- irritable bowel syndrome
- constipation

At home, follow these instructions:
- Rest more than usual while you have pain.
- Drink sips of clear liquids if you are vomiting. If you do not vomit after 6 hours, try eating bland solid food, such as:
  - white rice
  - bananas
  - white bread
  - applesauce
  - Jello
- Avoid the following foods and drinks while you have abdominal pain:
  - citrus foods and drinks (oranges, grapefruit, lemonade)
  - fried or greasy foods
  - dairy foods (milk, cheese, yogurt)
  - tomato products
  - alcohol
  - carbonated drinks
  - coffee
- Avoid ibuprofen (Motrin, Advil), naproxen (Aleve) and aspirin while you have abdominal pain. These medicines irritate the stomach.

- Drink plenty of clear liquids (water or juice) so your body does not get dehydrated or low on fluids.

Call your doctor if:
- you are not much better in 2 days.
- you have increased pain or the pain starts to hurt in one spot.
- you have sudden, sharp pain.
- your stomach feels very hard and stiff.
- you develop a fever.
- you have blood in your vomit that is bright red or looks like coffee grounds.
- you have blood in your bowel movements that is bright red or black and tar-like.
- you are not able to pass a bowel movement.
- (FOR WOMEN): your vaginal discharge is foul smelling or has a change in color.
- you have any new or severe symptoms.

### THIS INFORMATION IS ABOUT YOUR MEDICINE

**TRIMETHOPRIM & SULFA (Bactrim, Septra, Cotrim, Sulfatrim, or generic)**
Take this medicine as directed.

This is a combination of medicines used to treat certain infections caused by bacteria. This medicine may be used for other reasons, as prescribed by your doctor.
Side effects may include:
- diarrhea
- dizziness
- drowsiness
- upset stomach, nausea or vomiting, loss of appetite
- headache
- mouth sores or tongue swelling

Other side effects may occur, but are not as common. An upset stomach is not a sign of allergy. Allergy would show up as rash or itching, facial or throat swelling, wheezing or shortness of breath.

Follow these instructions:
- Space your medicine doses evenly throughout the day. This medicine works best if there is a constant amount in your blood.
- Take this medicine with a full 8-ounce glass of water. Try to increase the amount of water you drink while you are taking this medicine. Drinking extra water prevents some side effects of this medicine.
- Take this medicine until it is gone, even if you are feeling better.
- If you will be having any dental work done, tell your dentist that you are taking this medicine. This medicine can cause slow healing and bleeding of your gums. Use care when using a toothpick, brushing your teeth and flossing.
- Protect your skin from the sun. Wear sunscreen and protective clothes when you are outside. This medicine can cause you to sunburn more easily.
- For diabetics taking diabetes medicine by mouth, this medicine can affect your blood sugar or increase the side effects of your diabetes medicine.
- Do not drink alcohol.
If you are taking the birth control pill, the pill is not as effective while taking this medicine. Use other forms of birth control.
- Store the tablet form of this medicine away from heat, moisture or direct light. Store the liquid form of this medicine in the refrigerator. Shake the liquid form well before each use.
- If you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose. Do not double the doses.



Owensboro Medical Health System - Emergency Department
811 East Parrish Avenue Owensboro, KY 42303    Phone: (270) 688-2011
Patient: Madonna PERRY, Mod. Rec.# 000103958  Acct.#:
Date: 11/08/2009 Time: 22:20
River Valley Behavior Crisis Line - 1-270-684-0466

- Talk with your doctor before taking any other medicines (including vitamins and herbals) as you may require additional monitoring.

**Call your doctor if you have:**
- any sign of allergy,
- no improvement after you've taken all the medicine,
- any sign of a new infection (fever, general aches, unusual weakness or tiredness),
- mood changes or confusion,
- a yellow color to your eyes or skin, or dark colored urine,
- easy bruising or bleeding,
- white patches in your mouth,
- women: itching in or change in discharge from your vagina,
- inflammation (pain and swelling) in your intestine during treatment or up to weeks after you've finished this medicine:
  - ongoing diarrhea
  - stomach pain or cramping
  - blood or mucus in your bowel movements
- any new or severe symptoms.

**OXYCODONE WITH ACETAMINOPHEN (Percocet, Tylox, Roxicet)**

Take this medicine as directed.

This is a mixture of two pain relievers. Together they can relieve moderate to severe pain. This combination medicine may be used for other reasons, as prescribed by your doctor.

**Side effects may include:**
- sleepiness or dizziness
- upset stomach
- constipation (hard stools)

Other side effects may occur, but are not as common. Allergy would show up as: rash or itching, facial or throat swelling, wheezing or shortness of breath. This medicine can be habit forming if used for a long period of time.

**Follow these instructions:**
- Never take more of this medicine than prescribed. Too much acetaminophen in your body can cause liver damage.
- Read the labels of non-prescription medicines. Many contain acetaminophen. To avoid an overdose, do not take any other medicines that contain acetaminophen.
- Do not share this medicine with others as this medicine is a controlled-substance. Sharing this medicine with others is against the law.
- To avoid constipation while taking this medicine:
  - Drink plenty of liquids. Try to drink 8 to 10 eight-ounce glasses of water or juice each day.
  - Include extra fiber in your diet.
  - Exercise daily.
- Watch for signs of dependence:
  - feeling that you "cannot live without this medicine",
  - you need more of this medicine than before to get the same relief.
- Do not drink alcohol.
- Store this medicine away from heat, moisture or direct light.
- If you are taking this on a regular schedule and you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and return to your regular schedule. Do not double the doses.

Talk with your doctor before taking any other medicines (including herbals) as you may require additional monitoring especially;

- other medicines that cause sedation

**Call your doctor if you have:**
- any sign of allergy or dependence,
- slow, irregular breathing or heartbeat,
- a yellow color to your skin or eyes, or dark urine,
- stomach pain,
- unusual or extreme tiredness,
- any new or severe symptoms.

**GENERAL HEALTH INFORMATION**

**SEATBELTS AND CARSEATS**

There is no doubt that seatbelts and carseats save lives. Here in the Emergency Room we see every day how unseatbelted people are hurt much more severely. We always buckle-up! Please do the same!

**DOMESTIC VIOLENCE/ABUSE (A health service message)** No one deserves to be abused. If you or someone you know is in an unsafe relationship, or is a victim of abuse, there is help. You may obtain help or suport by calling:
  1) SPOUSE ABUSE CENTER (24 hour service)
     a) Owensboro & Daviess County: 685-0260
     b) Outside Daviess County: 1-800-88-ABUSE
  2) Ky Dept of Social Services (Child, Adult, Family Welfare) 687-7491.
  3) 24 hour Domestic Violence Hotline: 1-800-799-SAFE (this is a nationwide number).

**CIGARETTE SMOKING.**

This is surely your greatest health problem! The facts are clear that cigarette smoking will shorten your life. Smoking can cause a many illnesses along the way. If you need help to quit smoking, talk to your regular doctor. Through a partnership between Owensboro Medical Health System, Green River Heart Institute, Green River District Health Department and Kentucky Cancer Program, we are able to offer Cooper Clayton method to stop smoking. If you would like more information about this program, you can call 688-0808.

IF YOU RECEIVED SUTURES OR STAPLES TODAY PLEASE MAKE ARRANGEMENTS WITH YOUR PHYSICIAN TO HAVE YOUR SUTURES/STAPLES REMOVED. YOU MAY ALSO GO TO THE OMHS CONVENIENT CARE AT 2211 MAYFAIR AVENUE, OWENSBORO, KENTUCKY TO HAVE YOUR SUTURES REMOVED FOR A FEE OF $25.00. YOU WILL BE CHARGED AN EMERGENCY DEPARTMENT FEE FOR SERVICES IF YOU RETURN TO THE EMERGENCY DEPARTMENT.

**CONDITION AT DISCHARGE**

A & O. No acute distress.

YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY. Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

PRINTED BY:  U3253
Portions Copyrighted 1987-2009, LOGICARE Corporation Page 2 of 3
DATE     1/4/2011



Owensboro Medical Health System • Emergency Department
811 East Parrish Avenue Owensboro, KY 42303   Phone: (270) 688-2011
Patient: Madonna PERRY, Med. Rec.# 000103958  Acct.#:
Date: 11/08/2009 Time: 22:28
River Valley Behavior Crisis Line • 1-270-684-9466

"I have received this information and my questions have been
answered. I have discussed any challenges I see with this plan with the
nurse or physician."

_____
Madonna PERRY or Responsible Person

Madonna PERRY or Responsible Person has received this information and
tells me that all questions have been answered.

_____
RN Staff Signature

Portions Copyrighted 1987-2009, LOGICARE Corporation Page 3 of 3

PRINTED BY: U3253
DATE     1/4/2011