The deposition of Cynthia Bratcher, taken on September 7, 2012

Page 38

1  infused 11 minutes before that. So there wasn't
2  adequate time for that pain to have be -- become
3  effective enough to evaluate what her pain is going to
4  be when you treated -- when you gave morphine, took her
5  IV out and put her in a wheelchair and -- and had her
6  out the door 11 minutes later.
7     Q  So is it your opinion that her pain had not
8  decreased at the time of discharge?
9     A  No, sir. My opinion was that adequate time
10 had not passed to have done an assessment, to determine
11 whether her pain was improving.
12    Q  How much time, in your opinion, should have
13 passed between the administration of medication and
14 discharge then?
15    A  Minimum of 15 minutes to 30 minutes to
16 determine the effectiveness of the dose of IV morphine.
17    Q  Well, if a patient reports to you that their
18 pain has decreased, do you have any reason to doubt
19 that?
20    A  No, sir. But the standard of care is not
21 that it's decreasing but that -- how -- how is it doing
22 with a numerical scale, in this instance.
23    Q  All right. And -- and where can I go to find
24 the standard of care requires a numerical scale?
25    A  It is -- you can find it with Joint

Page 39

1  Commission or you can also find it in the Owensboro
2  Medical Health System's policy on pain assessment on
3  the assorted types of scales to be used for pain
4  assessment.
5     Q  So we're -- so we have the unstable vital
6  sign, in your opinion, of the pain. What else was
7  unstable?
8     A  Well, we still don't have adequate evaluation
9  of her abdomen, by the nursing staff. This lady came in
10 with a -- a drain, and I can't find anything in her
11 medical records to indicate the amount of drainage that
12 was coming from her abdominal cavity. She had
13 abdominal wounds, I can't find anything in the -- the
14 notes to indicate what the abdominal wounds -- how
15 their appearance was.
16    Q  Okay. So she was unstable, because they
17 didn't record their abdominal examination?
18    A  She was unstable because they didn't prove
19 that she was stable. The most important thing that
20 emergency departments do is provide stabilizing care,
21 and without the assessment to identify what was going
22 on in our abdomen, then you can't say she's stable at
23 discharge.
24    Q  You would agree with me though that Dr.
25 Hobelmann did do an abdominal examination, correct?

Page 40

1     A  According to his notes, yes, sir.
2     Q  So an abdominal examination was performed on
3  Ms. Perry, correct?
4     A  By the physician according to the notes, yes,
5  sir.
6     Q  But an abdominal examination was performed on
7  Ms. Perry, correct?
8     A  Yes, sir.
9     Q  Were -- other than the pain, were any of her
10 vital signs considered abnormal, at the time of
11 discharge?
12    A  We didn't have a temperature repeated during
13 her stay according to the record, so there's no way to
14 determine whether her vital signs were stable.
15    Q  Well -- well, she didn't have a fever, when
16 she was admitted, correct?
17    A  She had an elevated temperature of
18 100.3.
19    Q  But she didn't have a fever, when she was
20 admitted, correct?
21    A  Yes, sir.
22    Q  That's correct?
23    A  Yes, sir.
24    Q  Okay. Would you agree her blood pressure was
25 stable at the time of discharge?

Page 41

1     A  Her -- her blood pressure -- diastolic 139,
2  systolic 92. 92 is considered to be slightly elevated,
3  if I'm reading this correctly, that would be stable.
4  Yes, sir.
5     Q  How about her pulse?
6     A  Yes, sir.
7     Q  How about her respirations?
8     A  Yes, sir.
9     Q  And her Glasgow Coma Scale was normal?
10    A  Yes, sir.
11    Q  What other vital signs do you consider, or
12 what other signs of instability do you consider during
13 her first hospitalization, at the time of discharge?
14    A  We didn't have a -- a oxygen saturation on
15 her, which actually goes to -- to speak to -- to
16 wellness on a -- on a patient that's a -- a post-op
17 patient that has the presentation that she had.
18    Q  Do you have any evidence that her oxygen
19 saturation would have been abnormal?
20    A  No, sir.
21    Q  Anything else that would indicate ins --
22 unstability that we haven't discussed already?
23    A  Right. Again, just the -- the mention from
24 Ms. Peach that she was having difficulty standing. I
25 couldn't find any indication that there was ever any

11 (Pages 38 to 41)



Kentuckiana Reporters
The Starks Building, Suite 250
455 South 4th Street
Louisville, KY 40202

502.589.
502.58
schedule@kentu
www.kentuck

EXHIBIT 7

The deposition of Cynthia Bratcher, taken on September 7, 2012

**Page 42**

1  effort to evaluate her stability and her ability to
2  stand up, which actually could have an affect on her
3  blood pressure and hypotension -- if you have a patient
4  who's complaining of abdominal pain and vomiting that
5  they stand up and their blood pressure drops. So that
6  would have been an indication, you know, that they had
7  stood her and she did fine standing, and I couldn't
8  find any mention of that in the notes.
9      Q   And where would you record that, if you were
10 evaluating Ms. Perry -- that you evaluated her ability
11 to stand?
12     A   Just in a written note.
13     Q   If the nurses were -- were monitoring her to
14 go do various things in the ER, and she had the ability
15 to stand would you expect them to note in the records,
16 has ability to stand?
17     A   Yes, sir. When she came in with the --
18 saying that she was having trouble standing, I would.
19 Yes, sir.
20     Q   And other than the reference in the testimony
21 of -- of Ms. Peach, did you see any other reference
22 that she had a inability to stand?
23     A   The testimony of her mother -- when the --
24 when she brought her to the hospital.
25     Q   And in your opinion, what injury was caused

**Page 43**

1  to Ms. Perry by the nurses not recording vital signs
2  every 30 minutes.
3      A   It could have identified trends in her heart
4  rate and her oxygen level that would have indicated
5  that she needed further care. Her temperature could
6  have indicated signs of worsening or systemic
7  infection. Actually, having a -- a very low
8  temperature can be signs of sepsis as well.
9      Q   Did you note in a -- in the records that --
10 from 15:45 until 17:40 she had one, two, three, four
11 sets of vital signs taken?
12     A   Yes, sir. I see that.
13     Q   Okay. The next one, failure -- oh -- provide
14 a Registered Nurse for initial assessment upon
15 placement to a room at 13:40 hours. What evidence do
16 you have that a Registered Nurse was not involved in
17 that assessment?
18     A   It had the -- the signature of the -- a
19 nursing student, who said that she did the nursing
20 assessment. And then the -- the hospital's policy is -
21 - was that if a -- a nurse was with her, that they co-
22 sign behind that.
23     Q   Okay. But do you have any evidence that she
24 -- that Nurse Bennett was not part of that assessment?
25     A   No, sir. I do not.

**Page 44**

1      Q   And did you see in the nursing notes, it says
2  report from M. Bennett, RN and preceptee?
3      A   Yes, sir.
4      Q   Do you think Ms. Bennett could have given a
5  report if she was unfamiliar with the patient?
6      A   No, sir.
7      Q   Do you see in the records that Dr. Hobelmann
8  indicated he evaluated Ms. Perry also at
9  1:40?
10     A   (No verbal response.)
11     Q   It should be on page P8 at the top.
12     A   Yes, sir.
13     Q   Do you have any evidence that Dr. Hobelmann's
14 evaluation would have been different than the nursing
15 evaluation at that time?
16     A   No, sir.
17     Q   If Ms. Carrico was the only one to evaluate
18 Ms. Perry at that time, what injury do you think she
19 suffered?
20     A   Again, it goes back to the -- failing to
21 identify life-threatening conditions in Mrs. Perry.
22     Q   Based on the things you discussed earlier
23 that the evaluation they didn't do?
24     A   Yes, sir.
25     Q   But what injury was actually caused to her?

**Page 45**

1      A   Well, she ended up being discharged, and she
2  was very ill. The lack of stabilizing treatment was
3  the result of in-depth assessment.
4      Q   And what treatment did -- did -- would you
5  have expected the nurses to have performed?
6      A   I would have expected the nurses to have been
7  able to have identified changes to report it to the
8  physician to initiate treatment.
9          MR. TRIONA:  Trailed off again, ma'am.
10         MR. BURNHAM:  The failure of nurse employees
11 of OMHS to reassess abnormal vital signs upon
12 discharge.
13 BY MR. BURNHAM:
14     Q   I think we already discussed that the pulse,
15 the respirations, the Glasgow Coma Scale, and the blood
16 pressure were -- were all normal. Now what were the
17 abnormal vital signs they failed to assess?
18     A   The temperature and they didn't assess vital
19 signs at discharge. They assessed them 20 minutes
20 prior to her being discharged and after she received IV
21 narcotics, which had the ability to alter those vital
22 signs.
23     Q   Well, how soon prior to actual discharge
24 should vital signs have been taken?
25     A   Definitely after the administration of

12 (Pages 42 to 45)



Kentuckiana Reporters
The Starks Building, Suite 250
455 South 4th Street
Louisville, KY 40202

502.589.2273 OFFICE
502.584.0119 FAX
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The deposition of Cynthia Bratcher, taken on September 7, 2012

Page 62

1  21:10?
2  A  Yes, sir.
3  Q  Do you agree that Dr. Dwyer did not note any
4  distension?
5  A  Yes, sir.
6  Q  Agree that Dr. Dwyer did not note any
7  rigidity?
8  A  Yes, sir.
9  Q  Agree that Dr. Dwyer did not note any
10 guarding?
11 A  Yes, sir.
12 Q  Agree that Dr. Dwyer did not note any rebound
13 tenderness?
14 A  Yes, sir.
15 Q  Would you -- what -- what difference would
16 you have expected Nurse Wiggins to find when she -- if
17 she had performed an examination or documented an
18 examination?
19 A  I don't know that I would have expected her
20 to have found anything different.
21 Q  So what injury was caused to Ms. Perry by --
22 if Nurse Wiggins did not perform an abdominal exam?
23 A  Again it goes back to my previous statement
24 of assessment and reassessment and changes in -- in an
25 acute abdomen.

Page 63

1  Q  And -- and what injury was -- specifically
2  was caused to Ms. Perry for failure to follow this
3  policy?
4  A  Ms. Perry was unstable and discharged home.
5  Q  Did the nurses make the decision to discharge
6  Ms. Perry?
7  A  No, sir.
8  Q  Did you see the note from Dr. Dwyer that he
9  felt Ms. Perry was stable at the time of discharge?
10 A  I see that noted on two sheets.
11 Q  Next one is "Failure to comprehensively
12 assess Ms. Perry at 20:50 hours." Again, we're on
13 E110. Do you agree that do -- Nurse Wiggins documented
14 the onset of Ms. Perry's pain? Look in the top right.
15 It says, "onset today."
16 A  Yes, sir.
17 Q  Would you agree she noted the location of the
18 pain?
19 A  I see severe abdominal pain. I don't see
20 anything else. Am I overlooking it?
21 Q  In the bottom left. Initial pain assessment
22 -- ipso location. Looks like it says
23 ABD.
24 A  Yes, sir.
25 Q  Do you agree she documented the severity of

Page 64

1  the pain?
2  A  Yes, sir.
3  Q  Do you agree that she actually complied with
4  this policy?
5  A  No, sir.
6  Q  And what part didn't she comply with?
7  A  The abdomen is a general location that typic
8  -- typically the standard of care is that you document
9  the location in the abdomen not just say a generalized
10 abdominal pain, unless the patient complains of
11 generalized abdominal pain, and then that should be
12 noted.
13 Q  What should be noted? How should that be
14 noted?
15 A  Left lower quadrant, left upper quadrant,
16 left -- right lower quadrant, right upper quadrant, or
17 if the patient complains of global abdominal pain, then
18 you could say entire abdomen.
19 Q  Wouldn't -- so you -- standard of care
20 wouldn't allow you to put just abdomen if they're
21 complaining of general ab -- abdominal pain?
22 A  No, sir.
23 Q  You'd -- where could I go to find that
24 specifically that a nurse has to say global or general
25 abdomen?

Page 65

1  A  I believe still if you look back to just
2  location of pain, that the abdomen is too general a
3  location and that it would be more specific.
4  Q  Well, what injury was caused to Ms. Perry by
5  Nurse Wiggins not stating general abdomen -- only
6  putting abdomen?
7  A  I don't know that that caused any injury, but
8  you didn't -- it left the ability to identify a
9  worsening condition on Mrs. Perry because of the
10 assessment.
11 Q  Next one "Failure to recognize uncompensated
12 shock." What are the signs and symptoms -- or sorry.
13 "Failure to identify compensated shock." What are the
14 signs and symptoms of compensated shock?
15 A  Elevated heart rate with a normal blood
16 pressure.
17 Q  I want to make sure I get these down. So
18 elevated you said pulse rate?
19 A  Yes, sir.
20 Q  Okay.
21 A  With a normal blood pressure.
22 Q  Okay.
23 A  And often you'll have a -- a -- a decreased
24 oxygen level.
25 Q  Okay. Any others?

17 (Pages 62 to 65)



Kentuckiana Reporters
The Starks Building, Suite 250
455 South 4th Street
Louisville, KY 40202

502.589.2273 OFFICE
502.584.0119 FAX
schedule@kentuckianareporters.com
www.kentuckianareporters.com