THE BARIATRIC CENTER AT GEORGETOWN COMMUNITY HOSPITAL
1138 LEXINGTON ROAD
SUITE 230
GEORGETOWN, KY 40324
Phone (502) 570-3717
Fax (502) 570-3719

PATIENT NAME: PERRY, MADONNA G             ACCT#: J10007513409
DATE OF BIRTH: 04/19/62                    UNIT#: J000147439

Confidential Psychological Evaluation/Consultation Report for Bariatric Surgery

Date of Service: 07/13/09

Evaluation Method: Beck Depression Inventory-II (BDI-II); Psychosocial Assessment & Consultation for Bariatric Surgery (PAC-BS)

Evaluation Results: A 47-year-old who presents with life long history of morbid obesity, multiple failed diet attempts and comorbid medical conditions listed below. The patient is able to communicate adequate understanding of laparoscopic adjustable gastric banding which is her preferred procedure. She does communicate a realistic description of the potential benefits. She also communicates adequate knowledge of risks and possible medical and/or psychosocial complications of her preferred procedure and also of noncompliance with the postoperative medical, dietary, and behavioral guidelines. Patient education on these topics was given to the patient by this provider. This patient was instructed also to followup with the surgeon to address any additional questions.

Weight Loss Surgery Planning: Patient states that she has utilized discussions with her primary care physician, supportive family members and many friends who have had successful weight loss surgery to educate herself about her decision. Patient has been considering weight loss surgery for about a year as her overall health and quality of life have been impacted deeply by her chronic struggle with obesity particularly in terms of her limited mobility and poor quality of life. Patient has discussed her desire to have weight loss surgery with her husband and extended family; all are very supportive of her decision to proceed. Patient's primary goal for surgical weight loss is to improve her health and longevity. This patient appears to be very motivated to proceed with the bariatric surgery preparation program and, in fact, is already preparing for weight loss surgery by sipping water, reducing portions, reducing her soda-pop consumption as directed by the dietitian and talking with her family and increasing physical activity in preparation. Patient states she will be able to set aside at least 3-4 weeks of protected time to establish the recommended postsurgical diet and lifestyle regimen prior to returning to work or other obligations.

Weight, Diet & Exercise History: Patient's current weight is 279.5 pounds at a height of 5 feet 3 inches. Her lowest weight since age 16 was 160 and her highest lifetime weight was 289 pounds. Patient states that she developed obesity as an infant. Patient states her mother tells her that the pediatrician says she was given bottles of milk because she would not eat baby food. Patient states they described this as milk fat and that her mother blames herself for the patient's obesity. The patient does state there is a history of late life onset obesity in both parents. This patient has tried numerous weight loss regimens in the past and has had some success. However, weight loss was followed by weight regain as with the yoyo diet syndrome. This patient has tried Weight Watchers, liquid weight loss, cabbage soup, and physician supervised plans. She has also tried a course of Phentermine a few years ago prescribed by her primary care physician. This patient has a good history of maintaining a physical fitness regimen in an effort to manage her weight. She has walked, used bicycling, water aerobics, home gym equipment, gym memberships and

THE BARIATRIC CENTER AT GEORGETOWN COMMUNITY HOSPITAL
1138 LEXINGTON ROAD
SUITE 230
GEORGETOWN, KY 40324
Phone (502) 570-3717
Fax (502) 570-3719

PATIENT NAME: PERRY, MADONNA G                ACCT#: J10007513409
DATE OF BIRTH: 04/19/62                       UNIT#: J000147439

fitness classes. Patient currently is using a treadmill bike and gym equipment 3-4 times a week in preparation for weight loss surgery. Upon receipt of education on the relationship between common presurgical eating problems and necessary postsurgical diet and behavioral change, this patient estimates her impulse to eat when not physically hungry is a current problem at a 10 point out of 10 on a 10 point high scale. She describes primarily emotionally triggered eating when feeling bored or stressed, however, she also is aware of sights and smells of food also serving as triggers. Patient has had success using primarily sedentary activities including reading and crocheting to redirect her attention and avoid eating at those times. Upon receipt of additional education on other eating problems, patient denies history of anorexia nervosa, bulimia nervosa, binge eating disorder, night eating syndrome, sleep related eating disorder, PICA or grazing behaviors. Patient does admit to poor food choices at times and difficulty with portion control. This patient has been advised to use behavioral changes as directed by the dietitian and to avoid emotionally triggered eating in preparation for compliance with the postsurgical diet regimen.

Personal History: Patient was born and raised in Indiana until about age 12. She grew up with mother and father in Indiana and they moved to Kentucky when she was 12. Patient states she was spoiled and very loved as a child and was a good student. Patient has a high school education. She has worked a clerk in a health department and at other clerical jobs prior to becoming a stay at home mother. Patient is currently medically disabled due to fibromyalgia. Patient has been married twice prior. Patient does report a childhood history of sexual abuse perpetrated upon her by an uncle. Patient states that unfortunately her second husband was also a child molester and she divorced him for that reason. Patient states her third husband with whom she has been married 10 years, has been a God send. Patient states that they have a very happy life together, they have adopted a son, Nathaniel, age 4. Patient has three other children by her prior relationships. Patient states there is a history of depression and anxiety in her family of origin and also that her dad is believed to be bipolar.

Psychiatric Functioning: Patient states that she does have a history of utilization of outpatient psychotherapy services. Patient states that she had about a year of psychotherapy in 1985 at Riverside Clinic in Owensboro to address symptoms of posttraumatic stress disorder that arose when she was pregnant with her first child. Patient states that she learned that she had buried the issue surrounding her childhood sexual molestation and that they were emerging at this time. Patient states that this counseling was very helpful to her. Patient states that she took a second course of about a year of psychotherapy upon discovering her daughter's molestation. Patient states again this counseling was helpful and that she has dealt well with these issues. Patient is currently taking fluoxetine prescribed by her primary care physician and also taking nortriptyline prescribed by her rheumatologist for her fibromyalgia. Patient states she does understand that these are psychotropic medications. Depressive symptoms were assessed with the BDI-II, a 21-item self-report instrument for measuring the severity of depression in adults and adolescents age 13 years and older. Patient scored a 10 on the BDI indicating minimal evidence of depression. This patient arrived on time for the interview, she was appropriately dressed and neatly groomed. Her motor activity was observed to be

Run: 07/13/09-12:12 by LONER, LORRAINE T

DR. WEST-SMITH CONSULT - Dictating Physician's copy                    Page 2 of 5

THE BARIATRIC CENTER AT GEORGETOWN COMMUNITY HOSPITAL
1138 LEXINGTON ROAD
SUITE 230
GEORGETOWN, KY 40324
Phone (502) 570-3717
Fax (502) 570-3719

PATIENT NAME: PERRY, MADONNA G  ACCT#: J10007513409
DATE OF BIRTH: 04/19/62  UNIT#: J000147439

calm. She was oriented to time, place, person, and situation. Patient's speech pattern was normal, her mood was euthymic with affect appropriate to content. Patient's thought content was logical and goal directed with no gross evidence of disorder. There was no evidence of memory problem elicited or reported. Patient's insight and judgment appeared to be good. Patient's intellectual functioning appeared to be average although not objectively assessed. There was no evidence of impulse control reported or elicited. Patient denies prior or current history of suicidal ideation, intention, or plan. Patient's attitude and rapport were cooperative and friendly and she appeared to be very forthright in discussing her history. Patient education on the potential impact of surgical weight loss on psychiatric and psychosocial functioning was given in this session by this provider. Patient states that although she does have occasional symptoms of her posttraumatic stress disorder, overall, that her mood is good most days and that any of these symptoms are minimal.

Psychosocial Functioning: Patient states that she experiences occasional stress related to finances and management of her health problems, but that overall the only significant change she expects for the next six months are positive changes as a result of successful weight loss surgery.

Lifestyle/Health Habits: Patient states in her spare time she enjoys walking, reading, activities with her family, church, movies, television, and crafts. Patient denies prior history of tobacco use. Patient states that she never uses alcohol nor has had any drug experimentation in her life due to religious reasons. Patient denies any prior history of alcohol or substance abuse, misuse, or treatment. Patient reports a good history of health care recommendation compliance and that she takes her medications as directed.

Personal Strengths, Coping Skills and Support System: Patient states her greatest personal strength is her organization skills and that other people admire her personality and faith in God. Patient uses her faith, hardheadedness, and family to help her overcome difficulties in life she states. Patient states that walking, screaming, and calling friends helps her reduce stress. Patient states that her husband will be most supportive of her in her weight loss surgery journey and that he will be home with her the first 24 hours or so on discharge. Patient states she is planning to followup with all providers in the surgical weight loss clinic for assistance in obtaining maximum benefit from her weight loss surgery tool.

Current Medications: Fluoxetine; furosemide, atenolol; Diovan; nortriptyline; Tramadol; cyclobenzaprine; omeprazole; Lipitor; multivitamin; calcium; fish oil; flax oil.

Diagnoses:
Axis I:      History of 309.81, posttraumatic stress disorder, chronic.
Axis II:     V71.09 - No diagnosis
Axis III:    Morbid obesity; degenerative disk disease; dyspnea; fatigue; gastroesophageal reflux disease; heartburn; hyperlipidemia; hypertension; migraines; peripheral edema; seasonal allergies; sleep apnea; sleep disorder; stress urinary incontinence; varicose veins;

Run: 07/13/09-12:12 by LONER, LORRAINE T

THE BARIATRIC CENTER AT GEORGETOWN COMMUNITY HOSPITAL
1138 LEXINGTON ROAD
SUITE 230
GEORGETOWN, KY 40324
Phone (502) 570-3717
Fax (502) 570-3719

PATIENT NAME:PERRY,MADONNA G                ACCT#:J10007513409
DATE OF BIRTH:04/19/62                       UNIT#:J000147439

                osteoarthrosis; musculoskeletal pain; fibromyalgia; irritable bowel
                syndrome.
Axis IV:        Psychosocial stressors - financial, health.
Axis V:         (GAF) 65.

Recommendations: This patient is a good candidate for weight loss surgery from a psychosocial perspective. She is well informed, well supported, and highly motivated for surgical weight loss. This appears to be a reasonable time for her to proceed with the program given her current level of psychosocial stability and general life focus improving her health. Although she does have a history of posttraumatic stress disorder, overall, her symptoms appear to be mild and well managed with her current course of psychotropic medications, supportive family and friends, and good problem solving and coping skills. Assuming ongoing appropriate management of these issues, there is no other readily evident barrier to this patient's ability to comply with the necessary postsurgical behavior on dietary recommendations. This patient has been advised to:

1.  Proceed with completion of all bariatric program prerequisites including psychological readiness for weight loss surgery, group classes I and II.

2.  Begin utilizing behavior change and coping techniques discussed today.

3.  To continue psychiatric medications as prescribed before and after surgery. Any changes to these medications should be done only under the supervision of the provider who prescribed them and ideally in consultation with bariatric center providers.

4.  To followup with me 4-8 weeks postsurgically. She has been counseled that it is not unusual to experience the blues for a brief time after weight loss surgery. However, if she experiences any new or increased symptoms of depression, anxiety, or other concern, that she should call our office and her regular health care provider for an appointment at any time.

5.  To followup with the bariatric surgeon, physician assistant, and dietitian as directed.

6.  To utilize program support groups as needed.

Job #:    49697

Run: 07/13/09-12:12 by LONER,LORRAINE T

DR.WEST-SMITH CONSULT - Dictating Physician's copy                Page 4 of 5

THE BARIATRIC CENTER AT GEORGETOWN COMMUNITY HOSPITAL
1138 LEXINGTON ROAD
SUITE 230
GEORGETOWN, KY 40324
Phone (502) 570-3717
Fax (502) 570-3719

PATIENT NAME: PERRY, MADONNA G
DATE OF BIRTH: 04/19/62

ACCT#: J10007513409
UNIT#: J000147439

License # KY-1039

_____
Lisa West-Smith PhD LCSW

_____
Lisa West-Smith, PhD LCSW

DD: 07/13/09 0902
DT: 07/13/09 1047
LTL

Run: 07/13/09-12:12 by LONER, LORRAINE T

DR. WEST-SMITH CONSULT - Dictating Physician's copy

Page 5 of 5