GEORGETOWN COMMMUNITY HOSPITAL
1140 LEXINGTON ROAD
GEORGETOWN, KENTUCKY 40324
Phone (502) 868-1100

PATIENT: PERRY, MADONNA G  ACCT#: J10007666969
DATE OF ADMISSION: 10/28/09  UNIT#: J000147439
DATE OF DISCHARGE: 10/31/09

DATE OF ADMISSION:  10/28/2009

DATE OF DISCHARGE:  10/31/2009

ADMITTING AND DISCHARGING PHYSICIAN:  Thomas Sonnanstine, M.D.

ADMISSION DIAGNOSES:
1. Morbid obesity.
2. Fibromyalgia.
3. Depression.
4. Gastroesophageal reflux disease.
5. Hypertension.
6. Hyperlipidemia.
7. Obstructive sleep apnea.
8. Migraine headaches.
9. Urinary stress incontinence.
10. Irritable bowel syndrome.
11. Varicose veins.
12. Degenerative disc disease.
13. Degenerative joint disease.
14. Chronic back pain.
15. Lower extremity edema.
16. Anxiety disorder.
17. Asthma.
18. Suspected nonalcoholic steatohepatitis.

DISCHARGE DIAGNOSES:
1. Morbid obesity.
2. Fibromyalgia.
3. Depression.
4. Gastroesophageal reflux disease.
5. Hypertension.
6. Hyperlipidemia.
7. Obstructive sleep apnea.
8. Migraine headaches.
9. Urinary stress incontinence.
10. Irritable bowel syndrome.
11. Varicose veins.
12. Degenerative disc disease.
13. Degenerative joint disease.
14. Chronic back pain.
15. Lower extremity edema.
16. Anxiety disorder.
17. Asthma.
18. Suspected nonalcoholic steatohepatitis.
19. Postoperative hemorrhagic anemia.
20. Status post laparoscopic Roux-en-Y gastric bypass.

DESCRIPTION OF HOSPITALIZATION: The patient is a morbidly obese 47-year-old female who underwent uncomplicated laparoscopic Roux-en-Y gastric bypass surgery by myself at Georgetown Community Hospital on 10/28/2009. The patient's operation was

Run: 11/08/09-13:25 by WIESEPAPE, MARCIA J.

GEORGETOWN COMMMUNITY HOSPITAL
1140 LEXINGTON ROAD
GEORGETOWN, KENTUCKY 40324
Phone (502) 868-1100

PATIENT: PERRY,MADONNA G
DATE OF ADMISSION:10/28/09
DATE OF DISCHARGE:10/31/09

ACCT#: J10007666969
UNIT#: J000147439

unremarkable.

On postoperative night, the patient convalesced in the intensive care unit. She remained hemodynamically stable.

On postoperative day #1, the patient was found to be anemic. Her hemoglobin had dropped in the 8 range. There was no frank evidence of hematochezia or hematemesis. The patient did have significant ecchymosis in her abdominal wall. She remained hemodynamically stable. Decision was made to transfuse the patient 2 units of packed red blood cells.

The patient was started on a stage 1 bariatric diet. Her Foley catheter was discontinued. She ambulated in the hallways without difficulty.

The patient was advanced to a stage 2 bariatric diet on postoperative day #2. She was discharged home with her Jackson-Pratt drain in place. It had put out a significant amount of sanguinous output. There was no evidence for enteric leak. The patient was afebrile and hemodynamically stable throughout her entire hospitalization.

ISPOSITION: The patient was discharged home with a prescription for p.o. pain medication as well as p.o. Pepcid. She was instructed to follow up in my office in approximately 1 week's time for her first postoperative visit and hopefully removal of her Jackson-Pratt drain.

Job #:   24299

_____
Thomas E. IV Sonnanstine          M.D.

DD:11/08/09 1105
DT:11/08/09 1310
MJW
Attending Physician: Thomas E. IV Sonnanstine