Page 1

```
          COMMONWEALTH OF KENTUCKY
           DAVIESS CIRCUIT COURT
                 DIVISION I
           CIVIL ACTION NO. 10-CI-01759
```

KEVIN LEE PERRY, Individually, and
as Administrator of the Estate of
MADONNA G. PERRY, Deceased; NATHANIEL
PERRY, minor by his father and next friend,
KEVIN LEE PERRY; and
ANDREA SMITH BUTLER                                   PLAINTIFFS


 vs.


CHARLES F. HOBELMANN, III, MD;
DAVID A. DWYER, MD;
EMERGENCY PHYSICIANS GROUP, P.S.C.;
THOMAS E. SONNANSTINE, IV, MD;
CENTRAL KENTUCKY ADVANCED
SURGERY & MEDICINE, PSC; AND
OWENSBORO MEDICAL HEALTH SYSTEM, INC.      DEFENDANTS



   VIDEOTAPED DEPOSITION OF DR. CHARLES F. HOBELMANN, III

                    MARCH 29, 2012


The videotaped deposition of DR. CHARLES F. HOBELMANN,

III, was taken pursuant to Notice on the 29th day of

March, 2012, beginning at approximately 10:03 a.m., at the

offices of FOREMAN*WATSON*HOLTREY, LLP, 530 Frederica

Street, Owensboro, Kentucky; said deposition was taken for

any and all purposes permitted by law.

Page 54

1  February of 2010 we began having issues.
2      Q   So it's your testimony then that in
3  November of 2009 there was no difficulty?
4      A   That is my - - yes.  That is my
5  recollection is that in 2009 we had no issues.  We had 11
6  physicians and we were all working full clinical hours
7  appropriately.
8      Q   All right.  Dr. Hobelmann, we've kind of
9  talked generally about Ms. Perry, Madonna Perry.  As you
10 sit here now in March 2012, do you have independent
11 recollection of Ms. Perry and/or her course of treatment
12 through the emergency department November 6, 2009?
13     A   Absolutely.
14     Q   Okay.  What do you, without the benefit - -
15 now, I know you've looked at your chart, but sitting here
16 without looking at it now, what do you recall about Ms.
17 Perry and/or her treatment and course through the
18 emergency department independently?
19     A   What I recall is a lady who came in who was
20 uncomfortable.  She had come in from her primary care
21 physician's office who had given her a shot of ceftriaxone
22 and Phenergan and sent her to the ER for further
23 evaluation.  In the emergency department I remember her
24 two main complaints.  The main complaint, number one
25 reason that she came in for was a left incision that had

Page 55

1  opened and drained and was draining some.  She also
2  complained of a right abdominal pain that she had had
3  since the surgery.  In the emergency department I did a
4  complete work-up on her.  I gave her pain medicine and
5  fluids, nausea medicine.  I got a CT scan on her.  I
6  looked at the results of those CT scans from the
7  radiologist read.  We get a wet read or a preliminary
8  read.  With those readings in hand and information that I
9  had, I believe her white count was 15.7 or so.  I called
10 Dr. Sonnanstine and initially got ahold of his nurse.
11 After talking to her, Dr. Sonnanstine called me back.  We
12 discussed the findings.  We discussed the plan.  Several
13 times I had gone in and seen Ms. Perry during this.  At
14 the end, after I had discussed it with Dr. Sonnanstine, I
15 went in and discussed our final plan together with her.
16 She was feeling comfortable.  She still had some pain at
17 that point and asked for another pain shot, which I gave
18 her.  I put her on antibiotics and gave her pain medicine
19 and had her follow-up with Dr. Sonnanstine or return, as
20 we tell everybody to do, if something worsens.  I also did
21 an IND on her draining or her infected wound.  I do
22 remember specifically talking to Dr. Sonnanstine about a
23 fluid collection under the right liver because that was a
24 finding that was abnormal on CAT scan.  He told me that
25 she had bled a significant amount during the surgery and

Page 56

1  he left AGP drain in there, which she still had in.  Her
2  hemoglobin was stable at, I believe, 11.8 or so, 11.2,
3  which would be unlikely to indicate active bleeding.  If
4  she was actively bleeding, I would have expected it to
5  have dropped since the surgery.  I know she was feeling
6  better and stable at the time of discharge.
7      Q   Just so I'm clear, this testimony is what
8  you recall about that date, that time without looking at
9  the chart?
10     A   Obviously I've looked at the chart, so some
11 of that has helped me to remember this, but when you hear
12 about a bad outcome on a patient, whether it's your fault,
13 whether it's not your fault, as a physician, we
14 immediately go over what we had done.  It's a natural
15 reaction.  You go over what did I do.  Could I have missed
16 something.  Could I have done something wrong.  And so in
17 this case I did that.
18     Q   Okay.
19     A   And it helped to imbed it in my memory.  I
20 even recall, and I've seen my dictation, I dictated a note
21 about this patient so that everyone would understand
22 exactly where I was coming from, why I did what I did.
23     Q   When did you dictate that note in
24 relationship to the patient's visit to the ER?
25     A   Before she left, or right at the time of

Page 57

1  discharge.
2      Q   And you said that it's a natural
3  inclination for a physician when they hear of a bad result
4  to immediately begin to ask "what did I do" and kind of
5  look back at that?
6      A   Sure.
7      Q   What else did you do as a part of that
8  analysis of what did you do other than look at your chart?
9      A   Only my chart.  I've unfortunately been
10 through a lawsuit before and I know not to look at
11 anything but my chart and what I did, unless my counsel
12 specifically tells me to look otherwise.
13     Q   So at this point in time, if asked and
14 already answered I'll apologize ahead of time so we can
15 forego the objection, but you've not talked to Dr. Dwyer
16 at any time about his subsequent care, correct?
17     A   Again, we've talked about the case in
18 general, that we were both being sued about it, but, no,
19 we've not talked about the specifics of the case.
20     Q   And you have not - - and purposefully have
21 not looked at his treatment records or the treatment notes
22 for the subsequent ER emergency department visit on
23 11/6/09 by Ms. Perry.  Is that correct?
24     A   That is correct.  And that is why if he did
25 send me the autopsy, I did not look at that either.

15 (Pages 54 to 57)

Page 90

1  is to find out how he wants to - -
2     Q   And as a part of that discussion did
3  admitting her ever come up, admitting her as a patient?
4     A   Likely.  I don't remember specifically
5  talking about it, but I would have asked him if he - - you
6  know, I would have considered transfer of the patient to
7  him if he felt she needed it, or I would have performed
8  other procedures or tests if he felt that they were
9  necessary.
10    Q   And in that you would defer to him because
11 it was his surgical patient, post-op patient, correct?
12    A   Well, there's two things.  One, it was his
13 surgical patient and, two, the patient was improving in
14 condition.
15    Q   Why did you conclude that she was improving
16 in condition?
17    A   Her heart rate came down.
18    Q   Okay.
19    A   Patient felt better.  Was in good spirits.
20    Q   What was her last pain scale?
21    A   Her last pain scale was a 9, I believe, but
22 you have to realize that was after I had done the IND and
23 before we had given her the last dose of pain medicine.
24 And also, as we discussed earlier, pain is a subjective
25 number, whereas if you look at her vital signs, her heart

Page 91

1  rate was 80, I believe, and her heart rate was improved.
2  All of her other vital signs had no indication of
3  significant pain.  So pain being subjective is a little
4  more difficult.  I go by objective data.
5     Q   Is there anything else that I have - - that
6  you can - - that stands out to you about the phone
7  conversation that you had with Dr. Sonnanstine, that
8  caught your attention, that was significant to you, that
9  you remember from that conversation?
10    A   I mean, I'm going to refer to my dictated
11 note here.  You know, I told him of the symptoms, the
12 right and left abdominal pain.  I told him of the
13 cellulitis at the incision site, the CT findings.  Told me
14 that she bled a fair amount.  Caused him to leave the JP
15 drain in longer.  Given that her H and H was stable, he
16 did not feel that she had a liver injury and she actually
17 had no active bleeding with contrast of the liver to
18 suggest that.  He wanted to continue to leave the drain
19 in.  He asked me to do the IND on it.  Place her on - - it
20 says, "I will place her on antibiotics," so it's likely
21 that I actually chose to do that.  "I will give her pain
22 medicine to last until Tuesday."  And that was the extent
23 of the conversation.
24    Q   Okay.  While we're there, if you'll go over
25 to Page 13, where your dictation continues, it says,

Page 92

1  "Knows to return if symptoms worsen, particularly if she
2  gets a fever or has increased pain and to follow-up with
3  Dr. Sonnanstine on Tuesday."  Is that something you
4  communicated to her?
5     A   Absolutely.
6     Q   All right.  And why would you want her to
7  come back if she had another fever?
8     A   There would be a potential for something
9  else going on.
10    Q   And what would that something else be?
11    A   Could be any number of of things.
12    Q   Like what?
13    A   Could be a worsening infection, cellulitis
14 at the incision site.  Could be some complication or
15 abscess formation that wasn't obvious on the first CT that
16 may have developed later.  She could have gotten a
17 pneumonia.  When you're not breathing as well because
18 you're in pain and when you're bedridden and, you know,
19 you've just had surgery, pneumonia is an increased risk.
20    Q   And then in addition to if she gets a fever
21 to come back if she has increased pain.  Is that correct?
22    A   Correct.
23    Q   And again, why would you want her to come
24 back if she has increased pain?
25    A   Well, if there's increased pain, again, it

Page 93

1  could be a sign or a symptom of something worse in
2  condition.
3     Q   Those same conditions that you just
4  testified to?
5     A   Yes.
6     Q   Would that include a leak or an abscess
7  internally that's causing infection?
8     A   I would find that odd given what we've just
9  gone over with the CT scan and there are no evidence of an
10 abscess.  There was the subcapsular fluid, but it did not
11 look like an abscess, so I would find it odd depending
12 upon how far out after.  I mean, it could have been, you
13 know, two or three days later, certainly something could
14 have worsened.  A few hours later, less likely, but I'd
15 still want her to return to be evaluated.
16    Q   And if she returned to be evaluated,
17 certainly issues such as her fever and her pain scale and
18 everything that you documented as a part of her first
19 hospitalization would be important as a part of her
20 work-up.  Is that correct?
21    A   Yes.
22    Q   All right.  I think we were back at Page 9
23 because we had gotten to the point where you had
24 referenced that you had contacted Dr. Sonnanstine,
25 correct?

24 (Pages 90 to 93)