UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NO. 4:14-CV-00046-JHM

KEVIN LEE PERRY, Individually, and
as Administrator of the Estate of
MADONNA G. PERRY, Deceased,
N.P., minor, by his father and next friend
Kevin Perry, and ANDREA SMITH BUTLER                     PLAINTIFFS

V.

OWENSBORO HEALTH, INC.,
formerly known as OWENSBORO
MEDICAL HEALTH SYSTEM, INC.                              DEFENDANT

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by Defendant, and the Court on this date having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant consistent with the Court's Memorandum Opinion and Order and Plaintiffs' EMTALA claims be dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' state-law claims be dismissed without prejudice.

*Joseph H. McKinley*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

July 16, 2015

cc: counsel of record