UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:14CV-00046-M

KEVIN LEE PERRY, ET. AL.                                                    PLAINTIFFS

vs.

OWENSBORO HEALTH, INC.                                                  DEFENDANT

**AGREED ORDER**

This matter has come before the Court upon representation of both parties that they are in

agreement regarding the referral of this case back to State court.  The Court has considered its

Judgment entered on the 16th day of July, 2015, wherein Plaintiffs' State Court claims were dismissed

without prejudice (DN 37).  The court has further considered the necessity for a mechanism by

which the matter can properly be referred back to State court.

WHEREFORE, upon the Court being so advised and based upon the representation that

the parties are in agreement, the Court hereby orders, decrees and adjudges as follows:

Plaintiffs' State Court claims which were dismissed without prejudice can now be properly

remanded back to State court for further proceedings in action 10-CI-01759, Daviess County Circuit

Court.

**Seen and Agreed by:**

*[signature]*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

/s/ Travis L. Holtrey
Travis L. Holtrey, Esq. 86224                                        July 27, 2015
Hollie B. Lindsey, Esq.
Foreman·Watson·Holtrey, LLP
530 Frederica Street
Owensboro, KY 42301
tholtrey@fwhlegal.com
hlindsey@fwhlegal.com
*Co-Counsel for Plaintiffs*

and

/s/ Phillip Monhollen
Phillip Monhollen, Esq.
Ronald Sheffer, Esq.
National City Tower
101 South 5th Street, Ste. 1450
Louisville, KY  40202
rsheffer@kylaw.com
pmonhollen@kylaw.com
*Counsel for Defendant, Owensboro Health, Inc.*